IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR -2  P 4 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AAF                             , a    )
minor, by and through her mother as    )
natural guardian and next friend, Debra S.  )
Woodall, f/k/a Debra S. Fondren,       )
                                       )
        Plaintiff,                     )        CIVIL ACTION NO.:
                                       )        2:07-CV192-WKW
v.                                     )
                                       )
THE SOUTHERN COMPANY, INC., a          )
Delaware corporation,                  )
                                       )
        Defendant.                     )


## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned

matter does hereby make the following disclosure concerning parent companies, subsidiaries,

affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable

under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Defendant The Southern Company has issued shares or debt securities to the public. The

following are parents, subsidiaries, and/or affiliates of The Southern Company: Alabama Power

Company, Georgia Power Company, Gulf Power Company, Mississippi Power Company,

Southern Power Company, Southern Communications Services, Inc., Southern Company

Services, Inc., Southern Electric Generating Company, Southern Company Holdings, Inc., and

Southern Nuclear Operating Company, Inc.

Respectfully submitted this 2nd day of March, 2007.

894087.1

One of the Attorneys for Defendant
The Southern Company

**OF COUNSEL:**

Leigh Anne Hodge (HOD010)
Lindsay S. Reese (REE061)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Louis M. Calligas
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (877) 313-6054
E-mail: lcalligas@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by the United States Postal Service, properly addressed and postage prepaid, on this the 2nd day of March, 2007:

Stephen T. Etheredge
Dustin Fowler
BUNTIN, ETHEREDGE & DOWLING, LLC
P.O. Box 1193
Dothan, Alabama 36302

Of Counsel