IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren,  )<br>)<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>THE SOUTHERN COMPANY, INC., a Delaware corporation,   )<br>)<br>)<br>Defendant.   )<br>) | CIVIL ACTION NO.: 2:07 CV192-WKW |

## MOTION TO DISMISS

The Southern Company ("Southern"), incorrectly named in the complaint as The Southern Company, Inc., moves this Court to dismiss Plaintiff's claims against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As grounds therefore, Southern states as follows:

1. Southern is not the proper defendant in this matter and, therefore, Plaintiff's complaint against it is due to be dismissed.

2. The correct parties to be properly named as Defendants are the Southern Company Pension Plan ("the Plan") and the Southern Company Pension Plan Retirement Board ("the Board"), as fiduciary and administrator for the Plan.

3. Southern does not and never has sponsored the Plan, and does not serve as plan administrator for the Plan. Southern plays no role in the administration of claims or benefits under the Plan. Southern was not involved in the decision to deny the benefits made the basis of Plaintiff's complaint.

4.     Southern will support this Motion by filing a declaration and supporting brief with this Court in the near future.

WHEREFORE, for the foregoing reasons, Southern respectfully requests that this Court dismiss Plaintiff's complaint and all claims therein as to The Southern Company.

DATED this 9th day of March, 2007.

                                                s/Leigh Anne Hodge
                                                One of the Attorneys for The Southern Company, Southern Company Pension Plan, and Southern Company Pension Plan Retirement Board

**OF COUNSEL:**

Leigh Anne Hodge (HOD010)
Lindsay S. Reese (REE061)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Louis M. Calligas
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (877) 313-6054
E-mail: lcalligas@balch.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of March, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen T. Etheredge
Dustin Fowler
BUNTIN, ETHEREDGE & DOWLING, LLC
P.O. Box 1193
Dothan, Alabama 36302

                                s/Leigh Anne Hodge

                                One of the Attorneys for The Southern Company, Southern Company Pension Plan, and Southern Company Pension Plan Retirement Board

                                Leigh Anne Hodge (HOD010)
Lindsay S. Reese (REE061)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Louis M. Calligas
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (877) 313-6054
E-mail: lcalligas@balch.com