# #2:07-cv-00192-WKW

# R.A.F. v. The Southern Company, Inc.

# DOCUMENT #6

# AMENDED COMPLAINT
# IS
# STRICKEN FROM THE RECORD.

# (FILED PREMATURELY
# WITHOUT LEAVE OF COURT)