**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 12, 2007

# NOTICE OF NON-COMPLIANCE

To:                     ALL COUNSEL OF RECORD

Case Style:             R.A.F. v. The Southern Company, Inc.

Case Number:            #2:07-cv-00192-WKW

Referenced Pleading:    Amended Complaint

Docket Entry Number:    #6

**The referenced pleading was electronically filed on 4/11/2007 in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**Leave of court has not been granted allowing the filing of the amended complaint. The referenced document has been filed prematurely.**

**The above referenced pleading did not contain your electronic signature as required by Civil Administrative Procedure II-C.**

**Therefore, Document #6 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**