# #2:07-cv-00192-WKW

# R.A.F. v. The Southern Company, Inc.

# DOCUMENT #8

# FIRST MOTION TO AMEND/CORRECT AND THE PROPOSED AMENDED COMPLAINT ARE STRICKEN FROM THE RECORD.

# (PLEADINGS WERE NOT FILED IN COMPLIANCE WITH THE E-GOVERNMENT ACT)

# #2:07-cv-00192-WKW

# R.A.F. v. The Southern Company, Inc.

# DOCUMENT #8

# FIRST MOTION TO AMEND/CORRECT AND THE
# PROPOSED AMENDED COMPLAINT ARE
# STRICKEN FROM THE RECORD.

# (PLEADINGS WERE NOT FILED IN COMPLIANCE WITH THE
# E-GOVERNMENT ACT)