IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| R.A.F., a minor, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-00192-WKW |
| ) | |
| The Southern Company, Inc., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is ORDERED that the Motion for Leave of Court to Amend Complaint is STRICKEN from the record for failure to comply with the E-Government Act requiring parties either to refrain from including or to redact personal data identifiers including names of minor children. *(See General Order Implementing Requirement of the E-Government Act*, 2:04-mc-3228.)

It is further ORDERED that the plaintiff shall file **on or before May 1, 2007,** an amended motion for leave that complies with the E-Government Act.

DONE this 27th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE