IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| R.A.F., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-00192-WKW |
| | ) | |
| THE SOUTHERN COMPANY | ) | |
| PENSION PLAN and THE SOUTHERN | ) | |
| COMPANY PENSION PLAN | ) | |
| RETIREMENT BOARD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Motion for Leave of Court to Amend Complaint (Doc. # 10), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically **on or before May 4, 2007**, an exact duplicate of the amended complaint that is attached to the plaintiff's motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

In accordance with Rule 15(a) of the Federal Rules of Civil Procedure, the defendants shall plead or otherwise respond **on or before May 18, 2007.**

It is further ORDERED that all claims against The Southern Company, Inc., are DISMISSED and The Southern Company, Inc., is DISMISSED as a party to this action. The clerk of the court is DIRECTED to amend the docket sheet accordingly.

DONE this 30th day of April, 2007.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE