# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE SOUTHERN COMPANY PENSION PLAN and THE SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD, | ) ) ) ) ) |
| Defendant. | |

CIVIL ACTION NO: 2:07 CV-00192-WKW

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW the Defendants The Southern Company Pension Plan ("the Plan") and Southern Company Pension Plan Retirement Board (the "Retirement Board"), as fiduciary and administrator for the Plan, (hereinafter collectively referred to as "Defendants"), and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move this Court for an Order granting summary judgment in their favor on all claims asserted by Plaintiff.  There are no genuine issues of material fact with respect to the Plaintiff's claims and, therefore, Defendants are entitled to judgment as a matter of law.  This Motion is supported by the pleadings, the declaration of Nancy Jones, with exhibits, and the administrative record, which

have been filed of record with the Clerk of Court. This Motion is also supported by Defendants' Brief in Support of Motion for Summary Judgment, which has been filed of record with the Clerk of Court.

WHEREFORE, the Defendants move this Honorable Court to enter an Order granting summary judgment in favor of the Defendants on all claims in Plaintiff's Complaint.

DATED this 30th day of October, 2007.

                        s/Leigh Anne Hodge
                        One of the Attorneys for The Southern Company Pension Plan and Southern Company Pension Plan Retirement Board

**OF COUNSEL:**
Leigh Anne Hodge (HOD010)
Lindsay S. Reese (REE061)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Louis M. Calligas
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (877) 313-6054
E-mail: lcalligas@balch.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen T. Etheredge
Dustin J. Fowler
Lexa Dowling
BUNTIN, ETHEREDGE & DOWLING, LLC
P.O. Box 1193
Dothan, Alabama  36302

                                      s/Leigh Anne Hodge
                                      One of the Attorneys for The Southern Company
                                      Pension Plan and Southern Company Pension Plan
                                      Retirement Board

                                      Leigh Anne Hodge (HOD010)
                                      Lindsay S. Reese (REE061)
                                      BALCH & BINGHAM LLP
                                      Post Office Box 306
                                      Birmingham, Alabama 35201-0306
                                      Telephone:  (205) 251-8100
                                      Facsimile:  (205) 226-8798

                                      Louis M. Calligas
                                      BALCH & BINGHAM LLP
                                      Post Office Box 78
                                      Montgomery, AL 36101-0078
                                      Telephone: (334) 834-6500