**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **R.A.F., a minor, by and through her mother** ) | |
| **as natural guardian and next friend, Debra S.** ) | |
| **Woodall, f/k/a Debra S. Fondren**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO: 2:07 CV-00192-WKW** |
| ) | |
| **THE SOUTHERN COMPANY PENSION** ) | |
| **PLAN AND THE SOUTHERN COMPANY** ) | |
| **PENSION PLAN RETIREMENT BOARD,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF FILING EVIDENTIARY SUBMISSION**

Defendants The Southern Company Pension Plan ("the Plan") and Southern Company

Pension Plan Retirement Board (the "Retirement Board"), as fiduciary and administrator for the

Plan, (hereinafter collectively referred to as "Defendants") file the attached Declaration of Nancy

K. Jones, with Exhibit A thereto (the Administrative Record), in support of their Motion for

Summary Judgment:

                                        s/Leigh Anne Hodge
                                        One of the Attorneys for The Southern Company
                                        Pension Plan and Southern Company Pension Plan
                                        Retirement Board

**OF COUNSEL:**
Leigh Anne Hodge (HOD010)
Lindsay S. Reese (REE061)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205) 251-8100
Facsimile:  (205) 226-8798

Louis M. Calligas
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (877) 313-6054
E-mail: lcalligas@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2007, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following:

Stephen T. Etheredge
Dustin J. Fowler
Lexa Dowling
BUNTIN, ETHEREDGE & DOWLING, LLC
P.O. Box 1193
Dothan, Alabama  36302

                                    s/Leigh Anne Hodge
                                    One of the Attorneys for The Southern Company
                                    Pension Plan and Southern Company Pension Plan
                                    Retirement Board

                                    Leigh Anne Hodge (HOD010)
                                    Lindsay S. Reese (REE061)
                                    BALCH & BINGHAM LLP
                                    Post Office Box 306
                                    Birmingham, Alabama 35201-0306
                                    Telephone:  (205) 251-8100
                                    Facsimile:  (205) 226-8798

                                    Louis M. Calligas
                                    BALCH & BINGHAM LLP
                                    Post Office Box 78
                                    Montgomery, AL 36101-0078
                                    Telephone: (334) 834-6500
                                    Facsimile: (877) 313-6054
                                    E-mail: lcalligas@balch.com

2002 SPD

# Pension Plan

*The following is a summary of your benefits available under the Pension Plan offered by the Company (Southern Company Services, Inc.). The terms of the Plan document will control in the event of any conflict between the Plan document and this summary. Your benefits are determined under the terms of the Plan in effect at the time you terminate your employment with an Employing Company.*

This summary describes Pension Plan benefits offered by the Company, which are available to certain employees of Employing Companies who:

- have an hour of service on or after January 1, 1996;
- are not covered by the terms of a collective bargaining agreement; or
- are covered by a collective bargaining agreement where the bargaining unit representative and an Employing Company have mutually agreed to participation in amendments adopted in 1996.

*Special Note: If you are an employee covered by the terms of a collective bargaining agreement and your bargaining unit representative and an Employing Company have not agreed to participation in amendments adopted in 1996, please refer to the section of this document titled **Employees Represented by the IBEW** for a description of your Pension Plan benefits.*

Employing Companies as of January 1, 2002 are:

- Alabama Power Company
- Georgia Power Company
- Gulf Power Company
- Mississippi Power Company
- Savannah Electric and Power Company

- Southern Communications Services, Inc.
- Southern Company Energy Solutions, Inc.
- Southern Company Services, Inc.
- Southern Nuclear Operating Company, Inc.

## PLAN MERGER

Effective January 1, 1998, Savannah Electric and Power Company (Savannah Electric) merged its pension plan into the Southern Company Pension Plan.

Please note that if you retired or terminated from or had an hour of service with Savannah Electric on or after January 1, 1997, special transition rules may apply to you. See the section titled **Special Rules for Certain Employees of Savannah Electric**.

## ELIGIBILITY

You are eligible to participate if you have one year of eligibility service and you are a:

- regular full-time employee;
- regular part-time employee; or
- cooperative education employee.

You are not eligible to participate if you are classified (even if the classification is in error) as:

- a temporary employee*;
- a leased employee;
- an independent contractor; or
- an employee subject to terms of a collective bargaining agreement. (You are eligible to participate only upon agreement by an Employing Company and the representative of your bargaining unit.)

*If you are a temporary employee who was participating in the Plan prior to July 1, 1991 (or July 1, 1990 for employees of Georgia Power Company), you remained eligible to participate in the Plan until August 31, 1998. If you are a temporary Savannah employee who was participating in the Savannah Electric Plan as a temporary employee prior to October 13, 1994, you remained eligible to participate in the Plan until August 31, 1998.*

---

| YOUR RETIREMENT PROGRAM |
|---|
| Through your employment with Southern Company, you have the opportunity to participate in the following retirement programs (if you are eligible): |
|      • Pension Plan     • Performance Sharing Plan     • Employee Stock Ownership Plan     • Employee Savings Plan |
| Together, these Plans help you build retirement income and assets. Following in this section is information about participation in all of these Plans. |

---

## COST

The Employing Companies pay all costs of the Pension Plan. You are not required or allowed to make any contributions.

## SERVICE*

The Plan measures three different types of service:
- Eligibility service;
- Vesting service; and
- Accredited service.

*If you participated in a merged plan, your service prior to January 1, 1997 (prior to January 1, 1998 for the Savannah Electric Plan) will be credited as provided in that plan. Also see the special section for Savannah Electric Employees for information about service under the Savannah Electric Plan.*

*The following are "merged plans":*
*Pension Plan for Employees of Alabama Power Company*
*Pension Plan for Employees of Georgia Power Company*
*Pension Plan for Employees of Gulf Power Company*
*Pension Plan for Employees of Mississippi Power Company*
*Pension Plan for Employees of Southern Company Services, Inc., as adopted by Southern Communications Services, Inc.*
*Pension Plan for Employees of Southern Company Services, Inc., as adopted by Southern Development and Investment Group, Inc.*
*Pension Plan for Employees of Southern Company Services, Inc., as adopted by Southern Electric International, Inc.*
*Pension Plan for Employees of Southern Nuclear Operating Company, Inc.*

## HOURS OF SERVICE

Under the Pension Plan, you earn years of service based on the hours you work. Occasionally, you may earn hours of service when you did not actually work (for example, when you take paid vacation days). With a few exceptions, you earn an hour of service for each hour you are paid. Hours of service include:
- Regular and overtime hours;
- Vacations;
- Holidays;
- Paid leaves of absence (including sick days); and
- Some unpaid leaves of absence.

You do not earn hours of service for unused vacation hours for which you are paid when you leave an Employing Company. You may not earn hours of service while you are receiving Workers' Compensation benefits.

You begin earning hours of service for eligibility and vesting on your first day at work. You begin earning hours of service for accredited service after you become a Pension Plan participant.

## ELIGIBILITY SERVICE

Your eligibility service determines when you become a participant in the Pension Plan.

You earn a year of eligibility service upon completion of an "anniversary year" in which you have earned 1,000 hours of service. Your first anniversary year begins on your hire date.

Each anniversary year after that begins on the anniversary of your date of hire. If you do not earn 1,000 hours in an anniversary year, you do not receive a year of eligibility service.

## VESTING SERVICE

When you have 5 years of vesting service you are "vested." This means that you are guaranteed to receive a Pension Plan benefit. Until you are vested, you may lose your benefit if you leave an Employing Company. After you have 5 years of vesting service, your benefit cannot be taken away or reduced.

You earn a year of vesting service for each anniversary year in which you have 1,000 hours of service.

## ACCREDITED SERVICE

Accredited service is used in the formula that determines your Pension Plan benefit. If you participate in the Standard Pension Formula or the New Pension Formula, there is no limit to the number of years of accredited service that you may earn. Accredited service includes full or partial Plan years. A Plan Year is the calendar year of January 1 - December 31. See the section titled **Calculating Your Benefit** for information about the Pension Plan formulas.

*Before January 1, 1976, the rules for earning accredited service were different. For details, contact the Employee Service Center at 1-888-435-7563.*

| If Your Service Record Reflects That | IF YOU ARE PAID | | |
|---|---|---|---|
| | Fewer than 1,000 hours | 1,000-1,679 hours | 1,680 hours or more |
| Before participation | None | None | None |
| During your first Plan year of participation (if it is not a full year) | 140 hours = 1 month of service | 140 hours = 1 month of service | 1 year |
| For each full Plan year of participation | No service | 140 hours = 1 month of service | 1 year |
| For the Plan year you leave an Employing Company (if it is not a full year) | 140 hours = 1 month of service | 140 hours = 1 month of service | 1 year |

## BREAK IN SERVICE

If you have a break in service, you may lose service that you have already earned. You have a break in service if you have 500 or fewer hours of service in an anniversary year. You do not actually have to leave an Employing Company to have a break in service.

## WHEN YOU MIGHT LOSE YOUR SERVICE

You could lose your years of vesting and accredited service if:
- You do not already have 5 years of vesting service (you are not vested); and
- You have five or more consecutive breaks in service.

You cannot lose your vesting or accredited service if you had 5 years of vesting service (were vested) when you had your break in service. Remember, to be vested means that you have a guaranteed right to a benefit that cannot be taken away because you leave an Employing Company.

These break-in-service rules went into effect on January 1, 1985 (5-year vesting for the Plan became effective January 1, 1989). Call the Employee Service Center at 1-888-435-7563 for more information on the previous break-in-service rules.

## CREDIT FOR LEAVES OF ABSENCE OR LAYOFFS

You may receive credit for service even if you are not actively at work:

| REASON FOR ABSENCE | YOU RECEIVE | | |
|---|---|---|---|
| | Eligibility Service | Vesting Service | Accredited Service |
| Leave with pay (Includes paid family and medical leave) | ✓ | ✓ | ✓ |
| Leave without pay (Does not include military leave) | | ✓ | |
| Military leave (You must return to work within 90 days of discharge) | | | ✓ |
| Disability after you are vested (You must be receiving Social Security disability benefits or Employing Company-sponsored long-term disability benefits) | | | ✓ |
| Layoff due to lack of work | | | |
| Unpaid family and medical leave | | ✓ | |
| Maternity or paternity leave that does not qualify as a family and medical leave (You receive only enough service credit to keep you from having a break in service) | | ✓ | |

## WHEN YOU CAN RETIRE UNDER THE PENSION PLAN

Your *early retirement date* is the first day of the month following retirement on or after your 50th birthday (and before your normal retirement date) with 10 years of accredited service.

Your *normal retirement date* is the first of the month after your 65th birthday (or 5 years after your Plan participation date if you were hired after age 60).

Your *deferred retirement date* is the first day of the month following retirement after your normal retirement date.

## WHEN YOU MAY RECEIVE YOUR BENEFIT

You may begin receiving your full Pension Plan benefit when you retire at or after your normal retirement date. If you choose to receive your benefit earlier, it will be reduced. This is because you may receive it for a longer time.

### IF YOU WORK PAST AGE 65

If you continue to work past age 65, you will not receive a Pension Plan payment for any month you earn at least 40 hours of service. However, you must begin receiving your benefit by April 1 of the year after the year you turn 70 ½ or, if later, the year you retire.

### IF YOU RETIRE FROM AN EMPLOYING COMPANY

If you retire directly from an Employing Company before your normal retirement age, the accrued benefit you could have received at age 65 is reduced. Generally, the reduction is 0.3% for each month you start your benefit prior to age 65 but after attaining age 50.

### Standard Pension Formula
**Early Retirement Pension Benefit Percentage**

| Age when you start your benefit | Early retirement benefit percent |
|---|---|
| 65 | 100.0% |
| 64 | 96.4% |
| 63 | 92.8% |
| 62 | 89.2% |
| 61 | 85.6% |
| 60 | 82.0% |
| 59 | 78.4% |
| 58 | 74.8% |
| 57 | 71.2% |
| 56 | 67.6% |
| 55 | 64.0% |
| 54 | 60.4% |
| 53 | 56.8% |
| 52 | 53.2% |
| 51 | 49.6% |
| 50 | 46.0% |

If you participate in the New Pension Formula because you:
- Are hired or rehired by an Employing Company on or after January 1, 1997; or
- Rescind a waiver of participation on or after January 1, 1997, that was in effect on December 31, 1996,

your benefit is reduced as set forth above except that the reduction will be 0.5% for each month you start your benefit prior to age 65 but after attaining age 55 and 0.333% for each month prior to age 55 but after attaining age 50.

**New Pension Formula**
**Early Retirement Pension Benefit Percentage**

| Age when you start your benefit | Early retirement benefit percent |
|---|---|
| 65 | 100.0% |
| 64 | 94.0% |
| 63 | 88.0% |
| 62 | 82.0% |
| 61 | 76.0% |
| 60 | 70.0% |
| 59 | 64.0% |
| 58 | 58.0% |
| 57 | 52.0% |
| 56 | 46.0% |
| 55 | 40.0% |
| 54 | 36.0% |
| 53 | 32.0% |
| 52 | 28.0% |
| 51 | 24.0% |
| 50 | 20.0% |

You may retire from an Employing Company but delay the start of your benefit. If you do, your early retirement reduction is based on when your benefit begins, not on when you retired.

## IF YOU LEAVE AN EMPLOYING COMPANY BEFORE RETIREMENT

If you leave an Employing Company before you are eligible for normal or early retirement, you may still receive a benefit. If you have at least 5 years of vesting service, you are vested and entitled to a benefit at age 65. Within a year after you leave, the Employee Service Center will contact you and tell you how much your benefit is and when you can receive it.

If you have at least 10 years of accredited service, you may begin your benefit anytime after age 50. However, because you did not retire directly from active service with an Employing Company, your benefit is "actuarially reduced." This means your benefit is reduced so that statistically you should not receive any extra benefit because you started your benefit earlier. These reductions are larger than the reductions for early retirees described above.

## IF YOU RETURN TO WORK AFTER RETIREMENT

If you begin receiving your Pension Plan benefit and then return to work at any Southern Company subsidiary with a pension plan, your benefit may be stopped. Unless you waive participation in the Pension Plan, you will not receive a payment for any month you earn at least 40 hours of service.*

If your payments are suspended, you will not be paid back for the missed Pension Plan payments during your period of reemployment. You may accrue more service and earn more benefit if you are working for an Employing Company. If you accrue more benefit, your benefit will be increased when you terminate employment and start receiving your benefit again.

*To obtain a Pension Plan waiver form, contact Southern Company Compensation and Benefits.*

## CALCULATING YOUR BENEFIT

If you were an employee in an eligible class on December 31, 1996 and attained age 35 by January 1, 1997, you will participate in the Standard Pension formula — unless you elected otherwise during the 1997 election period.

Effective January 1, 1997, the benefit earned under the Pension Plan changed for employees then under age 35 and new hires. These employees are covered by a combination of a slightly smaller pension benefit calculated under the New Pension Formula and a benefit under the new **Performance Sharing Plan.** (See the Performance Sharing Plan section of this Guide for more details about that Plan.)

The following employees will participate in the New Pension Formula:
- All employees on December 31, 1996, who are under age 35 on January 1, 1997;
- All employees who are not in an eligible class to participate in a merged plan on December 31, 1996, and did not previously participate in a merged plan;
- All employees who are hired or rehired after December 31, 1996;
- All employees who rescind a waiver of participation after December 31, 1996, which waiver was in effect on that date; and
- All employees actively employed by an Employing Company on December 31, 1996, who elected under established procedures to participate in the New Pension Formula.

## NEW PENSION FORMULA

If you participate in the New Pension Formula,* there are two formulas to calculate pension benefits. The benefit you receive is the greater of the two. The formulas are as follows:

**Formula 1**
Your Pension Plan benefit =
$25 x years of accredited service

**Formula 2**
Your Pension Plan benefit =
1% x your final average pay
x
your years of accredited service

*\* Transition Benefit: If you were employed at a Southern Company subsidiary on December 31, 1996, and retire or terminate thereafter, in no event will you receive a benefit that is less than the benefit you accrued as of that date or, if greater, the benefit you would be deemed to accrue under the Standard Pension Formula as of the earlier of your retirement or termination of employment, or December 31, 2001.*

## STANDARD PENSION FORMULA

If you participate in the Standard Pension Formula, there are four formulas to calculate pension benefits. The benefit you receive is the greatest of the four. The formulas are as follows:

**Formula 1**
Your Pension Plan benefit =
Your accrued benefit on December 31, 1998,
+
$25 x years of accredited service earned
after December 31, 1998

**Formula 2**
Your Pension Plan benefit =
$25 x years of accredited service

**Formula 3**
Your Pension Plan benefit =
1.7% x your final average pay
x
your years of accredited service **minus**
a portion of your estimated Social Security benefit

**Formula 4**
Your Pension Plan benefit =
1.25% x your final average pay (adjusted as described below)
x
your years of accredited service

## FINAL AVERAGE PAY

Your final average pay is the average of your highest monthly earnings rates over a defined period of time within the last 10 calendar years. If you participate in the Standard Pension Formula, the period of time is 3 years. If you participate in the New Pension Formula and were an active employee as of December 31, 1996, the period of time is also 3 years. If you participate in the New Pension Formula because you are hired or rehired by an Employing Company on or after January 1,

1997, or rescind a waiver of participation on or after January 1, 1997, that was in effect on December 31, 1996, the period of time is 5 years.

The earnings used in determining final average pay include your monthly salary, hourly wages, and commissions (before taxes), monthly shift and 7-day differentials and nuclear plan premiums for Georgia Power and Southern Nuclear Operating Company, Inc., and before-tax contributions you make to the Employee Savings Plan and Flexible Benefits Plan. Incentive pay awards, overtime pay and contributions to a nonqualified deferred compensation plan generally are not included. However, for purposes of Formula 4, earnings include any cash payment made during the 1995 Plan Year or any later year from an annual group incentive plan designated by the Company. As of January 1, 2002, only annual earnings up to $200,000 can be used when calculating Plan benefits.

This is how to calculate your final average pay:

1.  Look at your monthly earnings rates for the last 10 calendar years.
2.  Take the highest rate in effect each year (you cannot have more than 1 rate coming from 1 year).*

*\* If you are a regular part-time employee, your highest rate will be based on a 40-hour work week.*

3.  Pick out the 3 or 5 years with the highest rates, as applicable.
4.  Add the 3 or 5 rates together, and then divide by 3 or 5, as applicable.

This will give you your final average pay per month.

### FINAL AVERAGE PAY FOR COMMISSIONED EMPLOYEES

If you are a commissioned salesperson, your final average pay is calculated slightly differently. A "monthly earnings rate" must be constructed.

1.  Look at your total salary, wages, and commissions* for the last 10 calendar years.
2.  Get a "monthly earnings rate" by dividing each annual amount by 12.
3.  Pick out the 3 or 5 years with the highest rates, as applicable.
4.  Add the 3 or 5 rates together, and then divide by 3 or 5, as applicable.

This will give you your final average pay per month.

*\* Effective July 1, 1998, earnings shall include, for appliance salespersons only, certain nonproductive pay earnings types as designated from time to time by the Board of Directors.*

## A PENSION BENEFIT EXAMPLE

The following example shows how to calculate a benefit under the Standard and New Pension Formulas.

This example is for illustrative purposes only to demonstrate how a benefit could be calculated under the Plan. Thus, it is not intended to describe eligibility for a benefit under either formula. Your eligibility for a benefit under either the Standard Pension Formula or the New Pension Formula will be determined under the terms of the Plan.

John Doe's normal retirement date was April 1, 2001.
The following information was used to calculate his benefit:

| Accrued Benefit as of December 31, 1998 | $380.00 |
|---|---|
| Date of Hire | January 1, 1980 |
| Date of Participation | January 1, 1981 |
| YEARS OF ACCREDITED SERVICE | |
| Earned as of December 31, 1998 | 18.00 |
| Earned after December 31, 1998 | 2.25 |
| Earned at retirement | 20.25 |
| Could have earned by age 65 | 20.25 |
| FINAL AVERAGE PAY | |
| Standard Formula (3 years) | $3,750.00 per month |
| Standard Formula (with incentive pay) | $4,125.00 per month |
| New Formula (5 years) | $3,500.00 per month |
| Estimated Social Security Benefit | $900.00 per month |

### STANDARD PENSION FORMULA

#### Formula 1

Accrued benefit as of December 31, 1998 + $25 x years of accredited service earned after December 31, 1998
$380.00 + ($25 x 2.25) = $436.25

#### Formula 2

$25 x years of accredited service
$25 x 20.25 = $506.25

#### Formula 3

Take 1.7% of the monthly final average pay.
$3,750 x 1.7% = $63.75

Multiply the result from step 1 by the years of accredited service.
$63.75 x 20.25 years = $1,290.94

Subtract $350 from the estimated Social Security benefit. Take half of the result.
($900 - $350) ÷ 2 = $275.00

Multiply the result from step 3 by: the years of accredited service divided by the years of accredited service Mr. Doe could have had if he worked until his normal retirement age (65).*
$275.00 x (20.25 years ÷ 20.25 years) = $275.00

*The years of accredited service at actual retirement date plus the years of accredited service that could have been earned from the date of termination until normal retirement date.*

Subtract the amount in step 4 from the amount in step 2.
$1,290.94 - $275.00 = $1,015.94

#### Formula 4

Take 1.25% of the monthly final average pay (including annual group incentive pay).
$4,125 x 1.25% = $51.56

Multiply the result from step 1 by the years of accredited service.
$51.56 x 20.25 years = $1,044.09

Mr. Doe will receive the benefit calculated under Formula 4 because it is the largest of the four possible benefits:

| | |
|---|---|
| Formula 1: | $ 436.25 |
| Formula 2: | $ 506.25 |
| Formula 3: | $1,015.94 |
| **Formula 4:** | **$1,044.09** |

### NEW PENSION FORMULA

#### Formula 1

$25 x years of accredited service
$25 x 20.25 = $506.25

#### Formula 2

Take 1.0% of the monthly final average pay.
$3,500 x 1.0% = $35.00

Multiply the result from step 1 by the years of accredited service.
$35.00 x 20.25 years = $708.75

Mr. Doe will receive the benefit calculated under Formula 2 because it is the larger of the two possible benefits.

| | |
|---|---|
| Formula 1: | $506.25 |
| **Formula 2:** | **$708.75** |

## METHODS OF PAYMENT

The method of payment for your benefit depends on whether you are married or single when you begin receiving your benefit.

### IF YOU ARE SINGLE

If you are single and retire from an Employing Company, you may choose to receive your benefit as a life annuity or the level income option (if you retire early). If you leave an

Employing Company before you retire, your vested benefit will be paid as a life annuity.

IF YOU ARE MARRIED
WAIVING SPOUSAL BENEFITS
If you are married, the law requires that your benefit be in the form of a qualified joint and survivor annuity. However, if your spouse does not want to receive this survivor's pension, your spouse can waive this benefit, and you can choose either a life annuity, the level income option (if you retire early) or a pop-up option as described on this page.

To waive spousal benefits, your spouse must sign a form that states:

- Which option you are choosing instead of a qualified joint and survivor annuity; and
- That he or she agrees to your election.

Your spouse's signature must be witnessed by a notary public to be valid. A notary public is authorized by a court to witness signatures on legal documents and administer oaths. A notary public signs the document and then validates the signature with a seal.

IF YOU ARE MARRIED AND RETIRE
FROM AN EMPLOYING COMPANY
If you are married when you start receiving your benefit, your benefit will be paid as a joint and survivor annuity, unless your spouse agrees in writing to another form of payment. If you choose an option with a survivor benefit option, only your spouse can receive the survivor benefit. This annuity pays a benefit to your spouse if you die first. The Plan offers two joint and survivor annuity options:

- 90%/45% joint and survivor annuity (sometimes referred to as the 50% Option); and
- 80%/80% joint and survivor annuity (sometimes referred to as the 100% Option).

If your spouse agrees, you may also choose from four other options. The first two are available to employees who have an hour of service after December 31, 1995. These two options are similar to the joint and survivor annuity in that your spouse receives a survivor annuity if you die first. But these two options also provide you an increased monthly benefit equivalent to what you would have received as a life annuity if your spouse, rather than you, dies first. (These are referred to as survivor annuities with a restoration or

"pop-up" feature.) The two options are as follows:

- 88%/44% (50% Pop-Up Option); and
- 75%/75% (100% Pop-Up Option).

Your annuity options are illustrated below:

| | Percentage of benefit payable if: | | |
|---|---|---|---|
| | You and Spouse Are Alive | You Survive Spouse | Spouse Survives You |
| **Joint and Survivor Annuity Options** | | | |
| Half Continues to Spouse (50% Option) | 90% | 90% | 45% |
| Same Percent Continues to Spouse (100% Option) | 80% | 80% | 80% |
| **Survivor Annuity With Restoration Options** | | | |
| Half Continues to Spouse (50% Pop-Up Option) | 88% | 100% | 44% |
| Same Percent Continues to Spouse (100% Pop-Up Option) | 75% | 100% | 75% |

Finally, with your spouse's written, notarized consent, you may also choose a:

- Life annuity; or
- Level income option (if you retire early).

PRERETIREMENT SPOUSE OPTION
Normally you choose your form of payment when you retire. However, you may want to protect your spouse in case you die after age 50, but before you retire. If you do not specify, your spouse will receive the 90%/45% joint and survivor annuity.

However, you may choose the 80%/80% joint and survivor option anytime after you reach age 50. In this case, your benefit will be reduced if you make the choice before you are age 65. In addition to any other reductions, your benefit will be reduced another 0.75% for each year the option is in

HOW PAYMENT OPTIONS AFFECT YOUR MONTHLY PENSION BENEFIT
If your age 65 pension benefit is $1,044.09 as a life annuity, and:

| You Choose… | You Monthly Benefit Is… | And Your Surviving Spouse Will Get… | If Spouse Predeceases Retiree, Retiree's Pension Will Be… |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 90%/45% (50% Option) | $939.68 | $469.84 | $  939.68 |
| 80%/80% (100% Option) | $835.27 | $835.27 | $  835.27 |
| 88%/44% (100% Pop-Up Option | $918.80 | $459.40 | $1,044.09 |
| 75%/75% (100% Pop-Up Option) | $783.07 | $783.07 | $1,044.09 |
| 80%/80% when you are age 50 (100% option) | $741.30 (reduced by 0.75% x 15 years) | $741.30 | $  741.30 |

effect between the date you choose the 80%/80% joint and survivor option and age 65. See the section titled **If You Die** for more information on spouse benefits if you die before retirement.

On and after September 1, 1996, you may not waive your preretirement spouse benefit protection. However, if you have a valid election in place before this date, it will take effect unless revoked by you.

CHANGING YOUR OPTION
Before your benefit payments begin, you may change from a 90%/45% to an 80%/80% joint and survivor annuity, or vice versa. Your benefit will be reduced for preretirement spouse protection only for the time before age 65 that you elected the 80%/80% option.

You may also change from a joint and survivor option to the other available forms of benefit before payments begin if your spouse agrees. However, you will still be charged for the time before age 65 that you were covered by the 80%/80% option, if any.

IF YOU ARE MARRIED AND LEAVE AN EMPLOYING COMPANY BEFORE YOU ARE ELIGIBLE TO RETIRE
If you are married when your benefits start, you will normally receive a joint and survivor annuity. You have these two options:
   • **Full benefit continuing to your spouse:** You receive an actuarially reduced monthly benefit for your lifetime. After you die, your spouse will continue to receive your benefit for the rest of his or her life.
   • **Half benefit continuing to your spouse:** You receive an actuarially reduced monthly benefit for your lifetime. After you die, your spouse will receive half of what you were receiving for the rest of his or her life.

You may choose either of these options before you actually begin your payment. This ensures that your spouse will receive a benefit if you die before your benefits commence; however, there will be an actuarial reduction of your benefit for this additional protection for your spouse. In lieu of these two

options, you may choose the life annuity option, which will not pay any benefit to your spouse if you die after age 50 but before you start receiving your benefit. Your choice is effective when you return your election form, but not before your 50th birthday.

If you die before you choose any option, your spouse will be paid half of the benefit you would have received if you had not died.

If your spouse agrees, you may also choose among three other options at the time your benefit payments are to begin. Your spouse must consent in writing to your choice, and a notary must witness your spouse's signature. The first option is a life annuity.

The other two choices are survivor annuities with a restoration feature.
   • **Full benefit continuing to your spouse or 100% restoration to you**. As with the joint and survivor annuity, your monthly benefit is actuarially reduced for your lifetime; but for this option the reduction is greater because if your spouse dies first your pension increases to what you would have received as a life annuity. On the other hand, if you die first, your spouse will receive your benefit for the rest of his or her life.
   • **Half benefit continues to your spouse or 100% restoration to you**. As with the joint and survivor annuity, your monthly benefit is actuarially reduced for your lifetime; but for this option the reduction is greater because if your spouse dies first your pension increases to what you would have received as a life annuity. On the other hand, if you die first, your spouse will receive half of what you were receiving for the rest of his or her life.

## CHANGING YOUR OPTION
With respect to the joint and survivor annuity options, you may change from a benefit that continues half to your spouse and a benefit that continues entirely to your spouse and vice versa before your benefit payments begin. Your benefit will be reduced for preretirement spouse protection only for the time before age 65 that you were covered by each option.Before

your benefits begin, you may also change from a joint and survivor option to the other available forms of benefit if your spouse agrees. However, you will still be charged for the time before age 65 that you were covered by the spouse's protection.

## IF YOUR SPOUSE DIES OR YOU DIVORCE

If your spouse dies or you divorce before your payments begin, you should notify the Employee Service Center at 1-888-435-7563. Then your election of a joint and survivor annuity or survivor annuity with restoration will end, and no benefits will be payable after your death. Your benefit will be paid as if you had always been single. If your ex-spouse has a Qualified Domestic Relations Order, he or she may be entitled to all or a portion of your pension benefit. See the section titled **Other Information** for more details on Qualified Domestic Relations Orders.

If your spouse dies after your payments begin, your benefit stays the same, unless you chose a survivor annuity with restoration. If you divorce after payments begin, your former spouse remains your beneficiary if you die, even if you remarry.

## PAYMENT OPTIONS

### LIFE ANNUITY
A life annuity pays you a benefit each month from your retirement date to your death. This is the normal form of payment if you are single. When you die, your payments stop, regardless of how many payments you received.

*The life annuity does not provide any benefit to your spouse or anyone else if you die first. If you are married, your spouse must agree in writing for you to choose this option.*

### LEVEL INCOME OPTION
You may want to coordinate your pension benefit with Social Security if you retire before age 65. Under the level income option, you receive:
- A larger pension benefit from retirement until age 65; then
- A smaller benefit after attaining age 65.

With the level income option, your monthly income before and after you begin receiving Social Security at age 65 is about the same.

*The level income option does not provide any benefit to your spouse or anyone else if you die first. Therefore, if you are married, your spouse must agree in writing to this option.*

### 90%/45% JOINT AND SURVIVOR ANNUITY (THE 50% OPTION)
This option pays 90% of your monthly benefit to you until you die. Then your spouse receives 45% of your monthly benefit for the rest of his or her life. The initial 10% reduction takes into account that part of your benefit may be paid even after you die. *This option is only available if you retire from active employment with an Employing Company, or if you begin receiving your benefit at your normal retirement date.*

### 80%/80% JOINT AND SURVIVOR ANNUITY (THE 100% OPTION)
This option pays 80% of your monthly benefit until you die. Then your spouse continues to receive the same amount until his or her death. The initial 20% reduction is built into this option because your spouse may receive the same benefit you were receiving after your death. *This option is only available if you retire from active employment with an Employing Company, or if you begin receiving your benefit at your normal retirement date.*

### 88%/44% SURVIVOR ANNUITY WITH RESTORATION (THE 50% POP-UP OPTION)
This option pays 88% of your monthly benefit to you until you die. Then your spouse receives 44% of your monthly benefit for the rest of his or her life. But if your spouse dies first, your monthly pension automatically increases to what you would have received as a life annuity. The initial 12% reduction takes into account that part of your benefit may be paid after you die and that it may also increase to a life annuity if your spouse dies first. *This option is only available if you retire from active employment with an Employing Company, or if you begin receiving your benefit at your normal retirement date.*

### 75%/75% SURVIVOR ANNUITY WITH RESTORATION (THE 100% POP-UP OPTION)
This option pays 75% of your monthly benefit to you until you die. Then your spouse receives the same amount until his or her death. But if your spouse dies first, your monthly pension automatically increases to what you would have received as a life annuity. The initial 25% reduction takes into account that part of your benefit may be paid after you die and that it may also increase to a life annuity if your spouse dies first. *This option is only available if you retire from active employment with an Employing Company, or if you begin receiving your benefit at your normal retirement date.*

### ACTUARIALLY REDUCED JOINT AND SURVIVOR ANNUITY
You can choose a benefit that continues all or half of your benefit to your spouse if you die first. Your benefit is reduced actuarially because your benefit may be paid even after you die. *This option is only available if you leave an Employing Company before you are eligible to retire.*

### ACTUARIALLY REDUCED SURVIVOR ANNUITY WITH RESTORATION

You can choose a benefit that continues all or half of your benefit to your spouse if you die first. But if your spouse dies first, your benefit will automatically increase to what you would have received as a life annuity. Your benefit is reduced actuarially to take into account that your benefit may continue after you die and that you may receive a life annuity if your spouse dies before you. *This option is only available if you leave an Employing Company before you are eligible to retire.*

PAYING SMALL BENEFITS

If you leave an Employing Company before you are eligible to retire, and the present value of your vested benefit is $5,000 or less, you will receive your benefit as a single lump-sum payment. After you leave, the Employee Service Center will value your benefit and tell you whether your benefit will be paid as a lump sum or in the future in monthly installments.

If you are eligible to receive a lump sum, you may receive it as cash. You may also have the Employee Service Center transfer all or part of it into an individual retirement account (IRA) or another qualified retirement plan. This is called a direct rollover. See the section titled *Taxes on Your Benefit* (under **Other Information**) for more information on direct rollovers and taxes on lump sums.

## IF YOU COME BACK TO WORK FOR AN EMPLOYING COMPANY

If you receive a lump-sum payment of your benefit and later come back to an Employing Company, your future benefit will be based on all of the accredited service you have earned while with an Employing Company. However, your benefit will be reduced by the actuarial equivalent of the lump-sum payment you already received. If you received a lump-sum payment and repaid it to the Pension Plan prior to July 15, 1996, your future benefit will be calculated without reduction for the lump-sum payment you received.

## IF YOU TRANSFER

If you transfer to another subsidiary in Southern Company's controlled group, you will not lose any of your benefit. If your new company also participates in the Pension Plan as an Employing Company, there will be no change for you unless required by a collective bargaining agreement. When you retire, the Pension Plan will pay all of your benefit.

If you worked for any subsidiary with a dissimilar pension plan, that subsidiary will separately pay you that dissimilar pension plan benefit.

## TRANSFERRED SOUTHERN COMPANY ENERGY MARKETING, L.P., EMPLOYEES

Effective January 1, 1998, if you were previously employed by an Employing Company, transferred to Southern Company Energy Marketing, L.P., then subsequently transferred back to an Employing Company before April 2, 2001 and you were not under age 35 on January 1, 1997 and you were in an eligible class to participate in a merged plan on December 31, 1996 and you did previously participate in a merged plan, then you will be eligible to participate in the Plan under the Standard Pension Formula not the New Pension Formula.

However, if you became employed by Mirant Services LLP when Southern Company Energy Marketing merged with Mirant (which was at that time an Employing Company), you did not then become eligible to participate in this Plan.

## FORMER EMPLOYEES OF MIRANT CORPORATION OR OF A SUBSIDIARY OR AFFILIATE

If, as of April 2, 2001, you were actively employed by Mirant Corporation or a subsidiary or affiliate thereof ("Mirant") or you had retired or terminated before that date having performed services only for Mirant, your accrued benefit was transferred to a pension plan maintained by Mirant. As a result, you are no longer entitled to Retirement Income under this Plan with respect to your employment before April 2, 2001. Any accredited service you had earned prior to April 2, 2001 will not be counted under this Plan after that date, even if you are later reemployed by an Employing Company. You will be credited, however, with eligibility service and vesting service for your pre-April 2, 2001 Mirant service if you are reemployed by an Employing Company and are otherwise entitled to credit for your prior service. See the section entitled *When You Might Lose Your Service* (under **Service**) for more information on reinstatement of eligibility and vesting service.

**AR-398**

# IF YOU DIE

## IF YOU ARE SINGLE
If you are single when you die, all Plan benefits end.

## IF YOU ARE MARRIED AND DIE AFTER YOU START YOUR BENEFIT
If you are receiving a joint and survivor annuity or a survivor annuity with restoration feature, your spouse will receive a monthly benefit based on the option you chose. See the **Methods of Payment** section for more information on these options.

If you are receiving a life annuity or level income option when you die, your spouse will not get a benefit from the Plan.

## IF YOU DIE WHILE YOU ARE WORKING FOR AN EMPLOYING COMPANY
- **If you die after age 50**, your spouse is automatically covered under the 90%/45% joint and survivor option. Beginning the first of the month after your death, your spouse will receive 45% of the benefit you had accrued before your death.

  You can choose the 80%/80% joint and survivor option at any time after age 50. If you die, your spouse will receive 80% of the benefit you had accrued before your death. If you choose this option, your benefit will be reduced by 0.75% for each year the option is in effect between the date that you choose this option and your age 65.

  If you choose not to have any benefit protection for your spouse (and your spouse gave written, notarized consent), then the Plan will not pay a benefit to your spouse.

- **If you are vested and die before age 50**, your spouse will receive 45% of the benefit you had accrued before your death. The benefit will begin the first of the month after the date you would have turned 50.

## IF YOU DIE AFTER YOU LEAVE AN EMPLOYING COMPANY
- **If you are vested and die after age 50**, your spouse will receive 50% of your accrued benefit. You may instead choose a joint and survivor annuity that pays your spouse 100% of your accrued benefit. Your accrued benefit is actuarially reduced to account for this coverage as if the coverage had been in effect until age 65.

  If you choose not to have any benefit protection for your spouse (and your spouse gave written, notarized consent), then the Plan will not pay a benefit to your spouse.
- **If you are vested and die before age 50**, your spouse will receive 50% of the benefit you would have received

at age 50. Your spouse's benefit will begin on the first of the month after the date you would have turned 50, or, at your spouse's option, any later month occurring prior to what would have been your normal retirement date. Your accrued benefit is actuarially reduced to account for this coverage.

- **If you are not vested**, your spouse is not entitled to a Plan benefit.

If you left an Employing Company between January 1, 1981, and December 31, 1985, your spouse's benefits are similar to these. Contact the Employee Service Center at 1-888-435-7563 for more information regarding the differences.

# IF YOU BECOME DISABLED
If you are an active employee in an eligible class (with no benefits waiver in effect), are vested and become disabled, you may receive your pension benefit once you reach retirement age. You may receive:
- your full benefit at age 65 or later; or
- a reduced benefit at any time after age 50 if you have at least 10 years of accredited service.

If, however, you become disabled after December 31, 1997 and you accept a benefit under an Employing Company's "career transition plan," or a similar type of arrangement, you will not be eligible to receive service and earnings credit for the period during which you are disabled.

Disability means that you are either:
- receiving Long-Term Disability Plan benefits from an Employing Company; or
- receiving disability benefits from Social Security.

## ACCREDITED SERVICE
If you are an active employee in an eligible class (with no benefits waiver in effect) and are vested when your disability occurs, then while you are disabled, you earn accredited service as if you were still working. You earn hours of service at the rate you were scheduled to work right before you became disabled.

For example: if your normal work week was 40 hours before you became disabled, the Company will credit you with 40 hours of service per week while you are disabled. So, even though you are disabled, you are still accruing a benefit each year.

## FINAL AVERAGE PAY

When calculating final average pay, the Company assumes that your earnings are the same while you are disabled as they were right before you were disabled.

For example: if your monthly pay rate in effect when you became disabled was $3,000, the Company assumes that you make $3,000 each month while you are disabled.

## HOW TO RECEIVE YOUR BENEFIT

You should notify the Employee Service Center at 1-888-435-7563 no more than 90 and not less than 30 days before your retirement date. This is to allow time to process paperwork. Contact the Employee Service Center for more information on the forms you will need and the timing of your benefit.

Every claim for benefits is reviewed. If your claim is denied, you may appeal the decision. For details on this process, see the **Administrative Information** section.

## WHEN BENEFITS MAY BE REDUCED

Remember that if you receive your benefit before age 65, your benefit is subject to an early retirement reduction. Possible reductions to your earned benefit are as follows:

- Early retirement reductions (if you retire from an Employing Company and receive your benefit before age 65);
- Actuarial early commencement reductions (if you leave an Employing Company before you can retire and receive your benefit before age 65);
- Joint and survivor benefit reductions (depending on which joint and survivor option you choose); or
- Preretirement benefit protection for your spouse (based on when and what option you elect; see the section titled Preretirement Spouse Option under **Methods of Payment** for details).

## WHEN BENEFITS ARE NOT PAID

You may not receive all or part of your benefit if you:
- Lose your years of vesting and accredited service due to a break in service (see the section titled **When You Might Lose Your Service**);
- Die before you are eligible to receive a benefit (the earlier of age 50 or the date you accrue 5 years of vesting service);
- Die without a spouse covered by a joint and survivor option; or
- Leave an Employing Company before you are vested unless you return to work before you lose your prior service.

## OTHER INFORMATION

MAXIMUM PENSION BENEFIT

Effective January 1, 2002, your annual pension payable as a life annuity cannot be larger than the lesser of:
- $160,000, which may be increased by the Internal Revenue Service to reflect increases in the cost of living; or
- 100% of your average compensation for your highest 3 consecutive years.

The $160,000 limit is reduced for retirements before age 62 and increased for retirements after age 65.

Any benefit you accrued as of December 31, 1986, which is in excess of these limits is still payable to you.

QUALIFIED DOMESTIC RELATIONS ORDERS

A state court may order that your spouse, former spouse, or other alternate payee is entitled to receive a portion or all of your benefits under the Plan. For example, a court may issue this type of order in the event you and your spouse divorce. Under federal law, however, your alternate payee may receive some of your Plan benefits only if the Retirement Board receives what is known as a "Qualified Domestic Relations Order" (QDRO) signed by the court. The Retirement Board has established procedures for notifying you or anyone entitled to benefits that are the subject of a court order and for establishing whether a court order is a QDRO. The procedures include a sample QDRO that may be of help to you in drafting a court order to meet your particular situation. If you would like a copy of the procedures and the sample, call the Compensation and Benefits Department at 1-800-422-7685.

PAYMENTS UNDER A QDRO

A court order cannot require that any of your benefits be paid to your alternate payee at any time or in any form that is not otherwise authorized under the Plan. The Plan provides, however, that payments can be made under a QDRO to your alternate payee beginning at the earliest date you could have commenced receiving benefits. These payments can be made even if you have not separated from the Company. Payment of an alternate payee's benefit must begin by the time your benefit payments begin.

Alternate payees who receive benefits through a QDRO may elect to receive payment under the level income option. The adjustment required to determine the level income option payments will be determined by taking into account the alternate payee's actual Social Security salary history and estimated age 65 Social Security benefit (provided the alternate payee provides this information to the Retirement Board). For more information, contact the Compensation and Benefits Department.

TAXES ON YOUR BENEFIT

You do not pay income tax on your pension benefit until you begin receiving payments. Your payments are taxed as ordinary income. When you start receiving your benefit, you can choose

whether or not to have Federal income taxes withheld from your monthly payment. If you do not choose, the Company will withhold taxes based on IRS regulations.

If you receive a lump-sum payment from the Pension Plan, the lump sum will be subject to 20% Federal income tax withholding. You can avoid this withholding and defer taxes by calling the Employee Service Center at 1-888-435-7563 and instructing them to roll this payment over into an individual retirement account (IRA) or another qualified retirement plan.

## RETIREE MEDICAL BENEFITS

Retiree medical benefits may be paid from the Plan. Contributions made to the Plan to fund retiree medical benefits for participants other than key employees (as defined in Section 416(i) of the Internal Revenue Code of 1986, as amended) are held in a separate account and can only be used to provide retiree medical benefits. These assets are combined with Pension Plan assets for investment purposes only. If assets are left over once all retiree medical benefit expenses are paid, excess assets will be returned to the appropriate Employing Company.

You will receive more information about retiree medical benefits when you retire.

## PENSION BENEFIT GUARANTY CORPORATION

Your pension benefits under this Plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the Plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people will receive all of the pension benefits they would have received under the Plan, but some people may lose certain benefits.

The PBGC guarantee generally covers: (1) normal and early retirement benefits; (2) disability benefits if you become disabled before the Plan terminates; and (3) certain benefits for your survivors.

The PBGC guarantee generally does not cover: (1) benefits greater than the maximum guaranteed amount set by law for the year in which the Plan terminates; (2) some or all of benefit increases and new benefits based on Plan provisions that have been in place for fewer than 5 years at the time the Plan terminates; (3) benefits that are not vested because you have not worked long enough for the Company; (4) benefits for which you have not met all of the requirements at the time the Plan terminates; (5) certain early retirement payments (such as supplemental benefits that stop when you become eligible for Social Security) that result in an early retirement monthly benefit greater than your monthly benefit at the Plan's normal

retirement age; and (6) non-pension benefits, such as health insurance, life insurance, certain death benefits, vacation pay, and severance pay.

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money the Plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your Plan administrator or contact the PBGC's Technical Assistance Division, 1200 K Street N.W., Suite 930, Washington, D.C. 20005-4026 or call 202-326-4000 (not a toll-free number). TTY/TDD users may call the federal relay service toll-free at 1-800-877-8339 and ask to be connected to 202-326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's website on the Internet at http://www.pbgc.gov.

### Administrative Information

Please see the **Administrative Information** section of Your Guide to Benefits for additional information about the Plan, such as your rights under ERISA, how to appeal a denied claim, and how the Company may change or terminate the Plan.

## SPECIAL RULES FOR CERTAIN EMPLOYEES OF SAVANNAH ELECTRIC

This section describes special rules for certain employees of Savannah Electric. In the event there is any conflict between the Plan document and this summary, the Plan will control.

## SAVANNAH ELECTRIC EMPLOYEES

If you are a Savannah Electric Employee as defined below, you are subject to the special rules described in this section. These rules are meant to be read in conjunction with the other sections of this summary for the Plan.

You are a Savannah Electric Employee if you were a:

- Regular full-time employee of Savannah Electric;
- Regular part-time employee of Savannah Electric;
- Cooperative education employee of Savannah Electric; or
- Temporary employee of Savannah Electric participating in the Savannah Electric Plan prior to October 13, 1994*;

and you had an hour of service under the Employees' Retirement Plan of Savannah Electric and Power Company (Savannah Electric Plan) on or after January 1, 1997.

*Temporary employees are excluded from Plan participation as of September 1, 1998.*

You are not, however, a Savannah Electric Employee if a collective bargaining agent represents you and such agent has

**AR-401**

not agreed to participation in the Pension Plan. Where there is no such agreement but you have bargained to participate in the Savannah Electric Plan, you are eligible to participate in the Savannah Electric Schedule which provisions are separately described later in this summary.

You also are not a Savannah Electric Employee if you are hired or rehired by Savannah Electric on or after January 1, 1998, or if you rescind a waiver of participation on or after January 1, 1998 in the Savannah Electric Plan or Savannah Electric Schedule in effect on December 31, 1997. If you are excluded from the definition of Savannah Electric Employee for the reasons stated in the prior sentence, your participation in the Pension Plan is described in the preceding sections of this summary.

## CALCULATING YOUR BENEFIT

ELIGIBILITY FOR STANDARD OR NEW PENSION FORMULA
With respect to Savannah Electric Employees, if you were employed by Savannah Electric on January 1, 1997, but will not attain age 40 on or before January 1, 2002, or if you have never participated in the Savannah Electric Plan, your benefit will be determined under the New Pension Formula described earlier in the summary.

If you were employed by Savannah Electric on January 1, 1997, and will attain age 40 on or before January 1, 2002, your benefit will be determined under the Standard Pension Formula described earlier in this summary.

MINIMUM BENEFIT
Regardless of whether you are subject to the New Pension Formula or the Standard Pension Formula, your benefit will not be less than your benefit under the provisions of the Savannah Electric Plan determined as of the earlier of the following:

- The date you retire or terminate employment with Savannah Electric; or
- December 31, 2001.

Or, if on or before January 1, 1997, you were either age 50 with 10 years of credited service under the Savannah Electric Plan or you were at least age 55, your benefit will be the greater of your benefit under the Standard Pension Formula or your benefit under the Savannah Electric Plan Formula determined as of the date you retire or terminate employment with any Employing Company.

Your benefit determined under the Savannah Electric Schedule is described later in this summary.

## IMMEDIATE ELIGIBILITY

If you are a Savannah Electric Employee and were employed by Savannah Electric on December 31, 1997, you are automatically eligible to participate in the Pension Plan.

## SERVICE CREDIT

VESTING SERVICE
If you are a Savannah Electric Employee and were eligible to participate in the Savannah Electric Plan on December 31, 1997, you will be credited under the Pension Plan with your vesting service under the Savannah Electric Plan as of December 31, 1997. Thereafter, you will earn additional vesting service as if you were first hired on January 1, 1998, which will be determined under the provisions of the Pension Plan which are described earlier in this summary in the section titled **Service**.

ACCREDITED SERVICE
If you are a Savannah Electric Employee, for purposes of determining your accredited service under the Pension Plan, you will be credited with your "credited service" under the Savannah Electric Plan as of December 31, 1997. Thereafter, you will earn additional accredited service as if you were first hired on January 1, 1998, which will be determined under the provisions of the Pension Plan which are described earlier in this summary in the section titled **Service**. The total of your credited service under the Savannah Electric Plan and your accredited service under the Pension Plan will be used in calculating your benefit under the Standard Pension Formula, the New Pension Formula, or the Savannah Electric Plan Formula, whichever is applicable. This total service, however, shall be limited in accordance with the maximum number of years of service which may be taken into account under the Savannah Electric Plan Formula.

## EARNINGS

If you are a Savannah Electric Employee, for purposes of determining your benefit under the Standard Pension Formula or the New Pension Formula, whichever may be applicable, your compensation under the Savannah Electric Plan (excluding unused accrued vacation) will be used for periods prior to January 1, 1998. For purposes of determining your benefit under the Savannah Electric Schedule, if applicable, your compensation will be as described therein.

## WHEN YOU MAY RECEIVE YOUR BENEFIT

NORMAL RETIREMENT
With respect to Savannah Electric Employees, your normal retirement age is 65, regardless of how long you have been employed. You may begin receiving benefits upon attainment of your normal retirement age.

EARLY RETIREMENT
With respect to Savannah Electric Employees, you may retire at age 55, or at age 50 if you have at least 10 years of accredited

service under the Plan (which includes your credited service under the Savannah Electric Plan prior to January 1, 1998).

If you retire after your early retirement date and your benefit is determined under either the Standard Pension Formula or the New Pension Formula, your benefit will be reduced for early commencement as described earlier in this summary in the section titled **If You Retire From an Employing Company.**

If you retire after your early retirement date and your benefit is determined under the Savannah Electric Plan Formula, your benefit is reduced by 5% for each year that you begin receiving your benefit before you reach age 62, with no reduction if you begin receiving your benefit between ages 62 and 65. For example, if you retire at age 60, your benefit is reduced by 10% (5% x 2 years).

If, however, you have at least 10 years of accredited service under the Plan (including your credited service under the Savannah Electric Plan prior to January 1, 1998) and your benefit is determined under the Savannah Electric Plan Formula, and you begin receiving your benefit before you reach age 55, your benefit will be subject to a reduction of 4% for each year that you begin receiving your benefit before you reach age 55 and by 5% for each year that you begin receiving your benefit after you reach age 55 but before you reach age 62. For example, if you retire at age 50, your benefit is reduced by 55% [(4% x 5 years) + (5% x 7 years)].

Remember you may retire from an Employing Company but delay the start of your benefit. If you do, your early retirement reduction is based on when your benefit begins, not when you *retire.*

VESTED RETIREMENT BENEFIT
With respect to Savannah Electric Employees, if you leave all Employing Companies before you are eligible for normal or early retirement, you may still receive a benefit. If you have at least 5 years of vesting service (which includes your vesting service under the Savannah Electric Plan prior to January 1, 1998), you are vested and entitled to a benefit at age 65.

You may begin your benefit anytime after age 55, or at age 50 if you have at least 10 years of accredited service under the Plan (which includes your credited service under the Savannah Electric Plan prior to January 1, 1998). If your benefit is determined under either the Standard Pension Formula or the New Pension Formula, your benefit will be reduced for early commencement as described earlier in this summary in the section titled **If You Leave an Employing Company Before Retirement.** If your benefit is determined under the Savannah Electric Plan Formula, your benefit is reduced 5% for each year that you begin receiving your benefit after reaching age 55 but before you reach age 65 and, if applicable, is reduced 4% for

each year prior to age 55. In either case, this reduction is greater than if you terminated after becoming early retirement eligible.

## FORM OF BENEFIT
With respect to Savannah Electric Employees, if your benefit is determined under either the Standard Pension Formula or New Pension Formula, you are entitled to receive your benefit as described earlier in this summary in the section titled **Methods of Payment.** If your benefit is determined under the Savannah Electric Plan Formula, you are entitled to receive your benefit as described in the summary of the Savannah Electric Schedule, except that you are not eligible to receive a Joint and Survivor Annuity under which your beneficiary receives 75% of the benefit you received.

If you retired in 1997 and began receiving a benefit under the Savannah Electric Plan, however, you may not change the form of benefit you elected even if you become entitled to additional benefits under the Pension Plan.

In addition, Savannah Electric Employees who terminate or retire after December 31, 1997, may elect the 88%/44%, 75%/75% or actuarially reduced survivor annuity with restoration as described earlier in this summary in the section titled **Methods of Payment.**

Savannah Electric Employees who terminate or retire before age 65 may also have their benefit, whether determined under either the Standard Pension Formula, New Pension Formula, or Savannah Electric Plan formula, paid under a level income option, whereby you receive a larger pension benefit from retirement to age 65, then a smaller benefit after age 65.

## IF YOU TRANSFER
If you transfer to or from Savannah Electric, you should contact the Employee Service Center (1-888-435-7563) for more information about your benefit under the Plan.

## IF YOU DIE
With respect to Savannah Electric Employees, if you die after December 31, 1997, your spouse will be entitled to benefits as described earlier in this summary in the section titled **If You Die.**

## IF YOU BECOME DISABLED
With respect to Savannah Electric Employees, if you become disabled after December 31, 1997, you will be entitled to benefits as described earlier in this summary in the section titled **If You Become Disabled.**

# The Savannah Electric Schedule of the Southern Company Pension Plan

*The following is a summary of the Savannah Electric Schedule of the Southern Company Pension Plan. The terms of the Plan document will control in the event of any conflict between the Plan document and this summary. Your benefits are determined under the terms of the Plan in effect at the time you terminate your employment with Savannah Electric or another Employing Company.*

Effective January 1, 1998, the Employees' Retirement Plan of Savannah Electric, as amended and restated effective January 1, 1997 (Savannah Electric Plan), was merged into the Southern Company Pension Plan. As a result, the Southern Company Pension Plan now contains a schedule that reflects the provisions of the Savannah Electric Plan. The following summary describes these provisions. For convenience, the Savannah Electric Plan provisions of the Southern Company Pension Plan are referred to throughout this summary as the "Savannah Electric Schedule."

## ELIGIBILITY
You participate in the Savannah Electric Schedule if you had an accrued benefit in the Savannah Electric Plan as of December 31, 1997. In addition, you are eligible to participate in the Savannah Electric Schedule on and after December 31, 1997, if you are employed at Savannah Electric, are covered under the terms of a collective bargaining agreement wherein Savannah Electric and the collective bargaining agent have agreed to participate in the Savannah Electric Schedule, are at least 21 years old, have 1 year of eligibility service, and are a:
- Regular full-time employee;
- Regular part-time employee; or
- Cooperative education employee.

You are not eligible to participate in the Savannah Electric Schedule if you are classified (even if the classification is in error) as:
- Not being a Savannah Electric Employee;
- A leased employee;
- An independent contractor;
- An employee subject to a collective bargaining agreement (unless your participation in the Savannah Electric Schedule was agreed upon);
- A temporary employee (regardless of prior inclusion under the Savannah Electric Plan); or
- Having voluntarily waived participation in the Savannah Electric Plan for any reason.

## COST

Savannah Electric pays all costs of participation in the Savannah Electric Schedule. You are not required or allowed to make any contributions.

## SERVICE
The Savannah Electric Schedule measures three different types of service:
- Eligibility service;
- Vesting service; and
- Credited service.

### HOURS OF SERVICE
Under the Savannah Electric Schedule, you earn years of eligibility and vesting service based on the hours you work. Occasionally, you may earn hours of service when you did not actually work (for example, when you take paid vacation days). With a few exceptions, you earn an hour of service for each hour you are paid. Hours of service include:
- Regular and overtime hours;
- Vacations;
- Holidays;
- Paid leaves of absence (including sick days); and
- Some unpaid leaves of absence.

You may not earn hours of service while you are receiving Workers' Compensation benefits.

You begin earning hours of service for eligibility and vesting on your first day at work.

### ELIGIBILITY SERVICE
Your eligibility service determines when you become a participant in the Savannah Electric Schedule.

You earn a year of eligibility service upon completion of an "anniversary year" in which you have earned 1,000 hours of service. Your first anniversary year begins on your hire date. If you do not earn 1,000 hours in your first anniversary year, you will become a Plan participant during the first Plan year in which you earn 1,000 hours of service. (A Plan Year is the calendar year of January 1 - December 31.) You are credited with your service under the Savannah Electric Plan for purposes of determining eligibility under the Savannah Electric Schedule.

### VESTING SERVICE
When you have 5 years of vesting service you are "vested." This means that you are guaranteed to receive a Plan benefit.

**AR-404**

Until you are vested, you will lose your benefit if you leave Savannah Electric or an affiliate of Southern Company. After you have 5 years of vesting service, your benefit cannot be taken away or reduced.

You earn a year of vesting service for each Plan year you earn 1,000 hours of service.

You cannot receive vesting service for Plan years before your 18th birthday.

You are credited with your service under the Savannah Electric Plan for purposes of determining vesting under the Savannah Electric Schedule.

CREDITED SERVICE
Credited service is used in the formula that determines your pension benefit. You can earn credited service in full or partial years.

You earn credited service from the day you become a participant in the Savannah Electric Plan or the Savannah Electric Schedule, and it continues under the Savannah Electric Schedule until the day you quit, retire, are discharged, or die. If you leave Savannah Electric for any other reason (for example, sickness or layoff), you receive credited service until you have been gone for 1 year.

Before April 1, 1976, the rules for earning credited service are determined under the terms of the Savannah Electric Plan then in existence. For details, contact the Employee Service Center at 1-888-435-7563.

You are credited with your credited service under the Savannah Electric Plan for purposes of determining your credited service under the Savannah Electric Schedule.

## BREAK IN SERVICE
If you have a break in service, you may lose service that you have already earned. You have a break in service if:
- You earn 500 or fewer hours of service in a Plan year; or
- You are absent from work for 12 consecutive months.*

*Special Note: Absence from work starts the day you quit, retire, are discharged, or die. If you leave Savannah Electric for any other reason (for example, sickness or layoff), it starts one year later.*

## WHEN YOU MIGHT LOSE YOUR SERVICE
You could lose your years of vesting and credited service if:
- You do not already have 5 years of vesting service (you are not vested); and

- You have 5 or more consecutive breaks in service. You cannot lose your vesting or credited service if you had 5 years of vesting service (were vested) when you had your break in service. Remember, to be vested means that you have a guaranteed right to a benefit which cannot be taken away because you leave Savannah Electric.

## CREDIT FOR LEAVES OF ABSENCE OR LAYOFFS
You may receive credit for service even if you are not actively at work:

| REASON FOR ABSENCE | YOU RECEIVE | | |
|---|---|---|---|
| | Eligibility Service | Vesting Service | Credited Service* |
| Leave with pay (Includes paid family and medical leave) | ✓ | ✓ | ✓ |
| Leave without pay (Does not include military leave) | | ✓ | |
| Military leave (You must return to work within 90 days of discharge) | ✓ | ✓ | ✓ |
| Disability (You must be receiving company long-term disability benefits) | ✓ | ✓ | ✓ |
| Layoff due to lack of work | | | |
| Unpaid family and medical leave | ✓ | ✓ | ✓ |
| Maternity or paternity leave that does not qualify as a family and medical leave (You receive only enough service credit to keep you from having a break-in-service) | ✓ | ✓ | ✓ |

*Special Note: Because of special rules applicable to the method of accruing credited service under the Savannah Electric Schedule, you receive at least one year of credited service after you leave Savannah Electric for any reason other than your resignation, discharge, retirement, or death.*

# WHEN YOU MAY RECEIVE YOUR BENEFIT

## IF YOU RETIRE FROM SAVANNAH ELECTRIC

You may begin receiving your full benefit when you retire after age 65. This is your normal retirement age.

If you work until age 55, you may begin receiving your benefit on the first of any month after age 55. If you choose to receive your benefit early, it will be reduced. This is because you may receive it for a longer time.

If you retire directly from Savannah Electric, the accrued benefit you could have received at age 65 is reduced by 5% for each year you receive your benefit before age 62.

## RECEIVING YOUR BENEFIT EARLY

You can receive your benefit anytime after age 55. However, you may receive a smaller benefit because you may receive it for a longer time. If you are working with Savannah Electric when you retire, your benefit is reduced 5% for each year that you retire before age 62.

### EARLY RETIREMENT REDUCTIONS

| Age when you start your benefit | Early retirement reduction |
|---|---|
| 65-62 | 0% |
| 61 | 5% |
| 60 | 10% |
| 59 | 15% |
| 58 | 20% |
| 57 | 25% |
| 56 | 30% |
| 55 | 35% |

**Example:**
If you retire at age 60, your benefit is reduced by 10% (5% x 2 years). You may retire from Savannah Electric but delay the start of your benefit. If you do, your early retirement reduction is based on when your benefit begins, not on when you retired.

## IF YOU LEAVE SAVANNAH ELECTRIC BEFORE RETIREMENT

If you leave Savannah Electric before you are eligible for normal or early retirement, you may still receive a benefit. If you have at least 5 years of vesting service, you are vested and entitled to a benefit at age 65. Within a year after you leave, the Employee Service Center will contact you and tell you how much your benefit is and when you can receive it.

You may begin your benefit any time after age 55. However, because you did not retire directly from active service with Savannah Electric, your benefit is reduced more than if you

had retired from Savannah Electric after age 55. Your benefit is reduced 5% for each year that you receive your benefit before age 65.

### EARLY COMMENCEMENT REDUCTIONS

| Age when you start your benefit | Early commencement reduction |
|---|---|
| 65 | 0% |
| 64 | 5% |
| 63 | 10% |
| 62 | 15% |
| 61 | 20% |
| 60 | 25% |
| 59 | 30% |
| 58 | 35% |
| 57 | 40% |
| 56 | 45% |
| 55 | 50% |

**Example:**
If you begin your benefit at age 60, your benefit is reduced by 25% (5% x 5 years).

## IF YOU WORK PAST AGE 65

If you continue to work past age 65, you will not receive a pension payment for any month you earn at least 40 hours of service. However, you must begin receiving your benefit by April 1 after the year you turn 70 ½ or, if later, the year you retire.

## IF YOU RETURN TO WORK AFTER RETIREMENT

If you begin receiving your benefit, then return to work at any Southern Company subsidiary with a pension plan, your benefit may be stopped. You will not receive a payment for any month you earn at least 40 hours of service.

You will not be paid back for pension payments you miss because you were working. You may accrue more service and earn more benefit while you are working. If you accrue more benefit, your benefit will be increased when you terminate employment and start your benefit again.

## IF YOU WERE A PARTICIPANT BEFORE APRIL 1, 1959

If you were a participant in the Savannah Electric Plan before April 1, 1959, some of your benefit may be paid by The Equitable Life Assurance Society. Call the Employee Service Center (1-888-435-7563) for more information if this applies to you.

AR-406

# CALCULATING YOUR BENEFIT

Savannah Electric uses two formulas to calculate pension benefits. The benefit you receive is the greater of the two. See Formulas A and B below.

### Formula A

The following chart shows how your benefit is calculated.

| For the period... | The benefit you earn is... | | |
|---|---|---|---|
| After April 1, 1969 | 1 1/6% x each year's annual pay up to $3,600* | + | 2% x each year's annual pay above $3,600* |
| April 1, 1959 to March 31, 1969 | 1% x each year's annual pay up to $3,000* | + | 2% x each year's annual pay above $3,000* |
| 1956 – March 31, 1959 | 1% x average annual pay (up to $3,000) for each year of credited service earned in 1956, 1957 and 1958 | + | 1 ½% x average annual pay (above $3,000) for each year of credited service earned in 1956, 1957 and 1958 |

*For each year of credited service earned during the period.*

### Formula B

Your benefit =

1 2/3 % x

your final average pay **x**

your years of credited service (up to 36 years) **minus**

1 1/2 % x your estimated Social Security benefit **x**

your years of credited service (up to 33 1/3 years)

## FINAL AVERAGE PAY

Your final average pay is the average of your highest consecutive 36 months of pay during the last 10 years you work for Savannah Electric. On and after January 1, 1994, only those months in which you receive pay count towards the determination of consecutive months of pay.

### CALCULATING FINAL AVERAGE PAY

Not all pay is included. The following are included:
- Regular, straight time pay (before taxes);
- Straight time differential pay;
- Substitution straight time pay;
- Substitution flat rate pay;
- Earned vacation pay; and
- The difference between military pay and regular straight time pay you would have received if you had not been serving in the military.

Pay is determined before adjustments for pre-tax contributions you make to the Employee Savings Plan and Flexible Benefits Plan.

The following are not included:
- Overtime pay;
- Bonuses (including incentive compensation awards);
- Contributions to any nonqualified deferred compensation plan;
- Separation pay;
- Imputed income;
- Relocation pay; and
- Workers' compensation.

Also, as of January 1, 2002, only annual pay up to $200,000 can be included when calculating your final average pay.

## A PENSION BENEFIT EXAMPLE

The following example shows how to calculate a benefit under the two formulas.

John Doe's normal retirement date was January 1, 1999. The following information was used to calculate his benefit:

| | |
|---|---|
| Date of Hire: | October 1, 1981 |
| Date of Participation: | October 1, 1982 |
| Years of Credited Service Earned as of December 31, 1998: | 16.25 |

**Pay History**

| Year | Annual Pay |
|---|---|
| 1981 | $12,000 |
| 1982 | $13,000 |
| 1983 | $14,500 |
| 1984 | $15,500 |
| 1985 | $17,000 |
| 1986 | $19,000 |
| 1987 | $21,000 |
| 1988 | $23,000 |
| 1989 | $25,000 |
| 1990 | $27,000 |
| 1991 | $29,000 |
| 1992 | $31,000 |
| 1993 | $33,000 |
| 1994 | $35,000 |
| 1995 | $37,000 |
| 1996 | $40,000 |
| 1997 | $42,000 |
| 1998 | $44,000 |
| **Final Average Pay** | $42,000 per year ($3,500 per month) |
| **Estimated Social Security Benefit** | $850.00 per month |

**AR-407**

## Formula A

The following chart shows how Mr. Doe's benefit was calculated under Formula A.

| YEAR | BASE BENEFIT 1 1/6% X ANNUAL PAY UP TO $3,600 | EXCESS BENEFIT 2% X ANNUAL PAY ABOVE $3,600 | THAT YEAR'S BENEFIT ACCRUAL (ANNUAL BENEFIT) |
|------|-----------------------------------------------|---------------------------------------------|----------------------------------------------|
| 1981 | N/A | N/A | $0 (not a participant) |
| 1982 | 0.01167 x $900* = $10.50 | 0.02 x $2,350* = $47 | $57.50* |
| 1983 | 0.01167 x $3,600 = $42 | 0.02 x $10,900 = $218 | $260 |
| 1984 | 0.01167 x $3,600 = $42 | 0.02 x $11,900 = $238 | $280 |
| 1985 | 0.01167 x $3,600 = $42 | 0.02 x $13,400 = $268 | $310 |
| 1986 | 0.01167 x $3,600 = $42 | 0.02 x $15,400 = $308 | $350 |
| 1987 | 0.01167 x $3,600 = $42 | 0.02 x $17,400 = $348 | $390 |
| 1988 | 0.01167 x $3,600 = $42 | 0.02 x $19,400 = $388 | $430 |
| 1989 | 0.01167 x $3,600 = $42 | 0.02 x $21,400 = $428 | $470 |
| 1990 | 0.01167 x $3,600 = $42 | 0.02 x $23,400 = $468 | $510 |
| 1991 | 0.01167 x $3,600 = $42 | 0.02 x $25,400 = $508 | $550 |
| 1992 | 0.01167 x $3,600 = $42 | 0.02 x $27,400 = $548 | $590 |
| 1993 | 0.01167 x $3,600 = $42 | 0.02 x $29,400 = $588 | $630 |
| 1994 | 0.01167 x $3,600 = $42 | 0.02 x $31,400 = $628 | $670 |
| 1995 | 0.01167 x $3,600 = $42 | 0.02 x $33,400 = $668 | $710 |
| 1996 | 0.01167 x $3,600 = $42 | 0.02 x $36,400 = $728 | $770 |
| 1997 | 0.01167 x $3,600 = $42 | 0.02 x $38,400 = $768 | $810 |
| 1998 | 0.01167 x $3,600 = $42 | 0.02 x $40,400 = $808 | $850 |
| **Total annual benefit** | $8,637.50 | | |
| **Total monthly benefit** | $719.79 | | |

*Special Note: Only pay received while a participant in the Savannah Electric Plan and the Savannah Electric Schedule is counted for purposes of calculating your benefit. Therefore, because Mr. Doe was only a participant for 1/4 of the year, the $3,600 limit is reduced to $900 (1/4 of $3,600). The excess benefit pay limit is also prorated.*

| | |
|---|---|
| **Formula A:** | $719.79 |
| **Formula B:** | $742.62 |

### Formula B

This is how Mr. Doe's pension benefit was calculated under Formula B.

Take 1 2/3 % of monthly final average pay.
$3,500 x 0.0167 = $58.45

Multiply the result from step 1 by years of credited service.
$58.45 x 16.25 years = $949.81

Take 1 1/2 % of estimated Social Security benefit.
$850 x 0.015 = $12.75

Multiply the result from step 3 by years of credited service.
$12.75 x 16.25 years = $207.19

Subtract the amount in step 4 from the amount in step 2.
$949.81 – $207.19 = $742.62

Mr. Doe will receive the benefit calculated under Formula B because it is the larger of the two possible benefits:

## METHODS OF PAYMENT

The method of payment for your benefit depends on whether you are married or single when you begin receiving your benefit.

**IF YOU ARE SINGLE**

If you are single and you do not choose another form of payment, your benefit will be paid as a life annuity. A life annuity pays you a monthly benefit for your lifetime only. After you die, no one else will receive a benefit.

**IF YOU ARE MARRIED**
**WAIVING SPOUSAL BENEFITS**

If you are married, the law requires you to receive a joint and survivor annuity. However, if your spouse waives his or her right to this benefit, you may choose:

- An optional form of payment that does not provide a benefit for your spouse;
- A joint and survivor annuity that is different from the normal form; or

- A beneficiary other than your spouse.

To waive spousal benefits, your spouse must sign a form that states:
- That he or she does not want Plan benefits under the normal form joint and survivor annuity;
- Which option you are choosing instead of the normal form joint and survivor annuity;
- The name of your beneficiary (if other than your spouse); and
- That he or she agrees to your election of an optional form of payment or other beneficiary.

Your spouse's signature must be witnessed by a notary public to be valid. A notary public is authorized by a court to witness signatures on legal documents and administer oaths. A notary public signs the document and then validates the signature with a seal.

### IF YOU ARE MARRIED AND RETIRE FROM SAVANNAH ELECTRIC

Unless you and your spouse choose an optional form of payment, Savannah Electric will pay:
- A monthly benefit to you for life; then
- A monthly benefit to your spouse that is 50% of the monthly benefit you were receiving, if you die prior to your spouse.

Your monthly benefit will be actuarially reduced because Savannah Electric may continue to pay a benefit after your death. The reduction in your benefit offsets the added protection for your spouse.

## OPTIONAL FORMS OF PAYMENT

### LIFE ANNUITY
A life annuity pays you a benefit each month from your retirement date to your death. When you die, your payments stop, regardless of how many payments you received. The life annuity does not provide any benefit to your spouse or anyone else after you die. If you are married, your spouse must agree in writing for you to choose this option. This is the normal form of payment if you are single.

### JOINT AND SURVIVOR ANNUITY
This option pays an actuarially reduced monthly benefit to you until you die. Then your beneficiary receives either:
- 50% of the benefit you were receiving (this is the normal form of payment if you are married);
- 75% of the benefit you were receiving; or
- 100% of the benefit you were receiving.

The higher the percentage of your benefit that your beneficiary receives, the more your benefit is reduced. The reduction in your benefit offsets the added protection for your beneficiary.

### LEVEL INCOME OPTION
The level income option allows you to coordinate your pension benefit with your age 65 Social Security benefit if you retire before age 65. Alternatively, you may coordinate your pension benefit with your age 62 Social Security benefit if you retire before age 62. Under the level income option, you elect a life annuity, 50% joint and survivor annuity or 100% joint and survivor annuity, with a level income option as your form of payment.* Your payments will be adjusted to provide:

- A larger pension benefit from retirement until you reach age 65 (or age 62); then
- A smaller benefit after you reach age 65 (or age 62).

With the level income option, your total income before and after you begin receiving Social Security benefits is about the same.

Only your (not your spouse's) payments are adjusted to coordinate with Social Security. If you die after electing a joint and survivor annuity with level income option as your form of payment, your spouse will receive the same amount he or she would have received if you had elected a joint and survivor annuity without a level income option. See the section entitled *Joint and Survivor Annuity* (under **Optional Forms of Payment**) for more information.

The life annuity with level income option does not provide a survivor benefit at your death. Therefore, if you are married, your spouse must agree in writing to this option.

* If you are eligible to elect a 75% joint and survivor annuity, you may elect a 75% joint and survivor annuity with a level income option.

## CHANGING YOUR OPTION
You can elect, change, or cancel an option within 90 days prior to the date payments begin. Before payments begin, you will receive information concerning the optional forms of payment.

## IF YOUR SPOUSE DIES OR YOU DIVORCE
If your beneficiary dies or you divorce before your payments begin, you should notify the Employee Service Center (1-888-435-7563). Then the option you chose is automatically canceled. If your ex-spouse has a Qualified Domestic Relations Order, he or she may be entitled to all or a portion of your pension benefit. See the section titled **Other Information** for more information on Qualified Domestic Relations Orders.

If your spouse dies after your payments begin, your benefit stays the same. If you divorce after payments begin, your former spouse beneficiary remains your beneficiary if you die, even if you remarry.

**AR-409**

## PAYING SMALL BENEFITS

If you leave Savannah Electric before you are eligible to retire, and the present value of your vested benefit is $5,000 or less, you will receive your benefit as a single lump-sum payment. After you leave, the Employee Service Center will value your benefit and tell you whether your benefit will be paid as a lump sum or in the future in monthly installments.

If you are eligible to receive a lump sum, you may receive it as cash. You may also have the Employee Service Center transfer all or part of it into an individual retirement account (IRA) or another qualified retirement plan. This is called a direct rollover. See *Taxes on Your Benefit* in the **Other Information** section for more information on direct rollovers and taxes on lump sums.

## IF YOU COME BACK TO WORK FOR SAVANNAH ELECTRIC

If you receive a lump-sum payment of your benefit and later come back to Savannah Electric, you must repay the lump sum with interest if you want to keep the years of service you had already earned. You must repay the lump sum within 5 years from your date of rehire.

If you had 5 consecutive 1-year breaks in service before you were rehired, you cannot repay the lump sum. Therefore, you will not keep your prior service. You will be treated like a new employee, and you must complete a year of eligibility service before you can participate in the Savannah Electric Schedule again.

## IF YOU TRANSFER

If you transfer to another subsidiary in Southern Company's controlled group, you will not lose any of your accrued benefit under the Savannah Electric Schedule. You should contact the Employee Service Center (1-888-435-7563) for more information about your benefits under the Southern Plan.

## IF YOU ARE SINGLE AND DIE

If you are single when you die and you elected the life annuity or level income option, all Plan benefits end.
If you elected a joint and survivor annuity, your beneficiary will receive a monthly benefit based on the option you chose. See *Joint and Survivor Annuity* under the section titled **Optional Forms of Payment** for more information on joint and survivor options.

## IF YOU ARE MARRIED AND DIE AFTER YOU START YOUR BENEFIT

If you are receiving a joint and survivor annuity, your spouse or other beneficiary will receive a monthly benefit based on the option you chose. See *Joint and Survivor Annuity* under

**Optional Forms of Payment** for more information on joint and survivor options.

If you are receiving a life annuity or level income option instead, no further benefits will be paid from the Plan after you die.

## IF YOU DIE BEFORE YOU START YOUR BENEFIT

Your spouse may be eligible to receive a portion of your accrued benefit if you die before you start your benefit, provided your spouse has not waived his or her right to this benefit. To receive this benefit, your spouse must have been married to you for at least 12 months and you must fit into one of the following categories:
- **Category 1:** an active employee who is at least 55 years old or has at least 20 years of credited service;
- **Category 2:** an early retiree who has not started to receive a Plan benefit;
- **Category 3:** an active employee who is vested in the Plan (has 5 or more years of vesting service) but is not yet 55 years old; or
- **Category 4:** a terminated employee entitled to a benefit who has not started to receive the benefit.

## CATEGORIES 1 OR 2

If you are eligible for category 1 or category 2 when you die, your spouse will receive a benefit beginning the first day of the month after your death. How much your spouse will receive is based on what your age would have been when your spouse receives his or her benefit.

| Early commencement reductions | |
|---|---|
| Age you would have been at commencement | Percent of your benefit your spouse will receive |
| 40 to 45 | 40% |
| 46 | 41% |
| 47 | 42% |
| 48 | 43% |
| 49 | 44% |
| 50 | 45% |
| 51 | 46% |
| 52 | 47% |
| 53 | 48% |
| 54 | 49% |
| 55 or over | 50% |

Also, if your spouse is more than 60 months younger than you are, your benefit will be reduced by 1/6 of 1% for each month in excess of 60 months that your spouse is younger than you are. Your spouse's benefit will be based on a percentage of your reduced benefit.

CATEGORY 3
If you are eligible for category 3 when you die, your spouse will receive 50% of your benefit on the first of the month after what would have been your 65th birthday. Your benefit is calculated as if you:

- Terminated employment on the day before you died;
- Lived to your normal retirement age (65);
- Chose to receive the normal form joint and survivor annuity; and
- Then died immediately.

Your spouse may choose to begin receiving his or her benefit on the first of any month after what would have been your 55th birthday. Your benefit will be reduced by 5% for each year that your spouse receives a benefit before your 65th birthday.

CATEGORY 4
If you are eligible for category 4 when you die, your spouse will automatically receive 50% of your benefit on the first of the month after what would have been your 65th birthday. Your benefit is calculated as if you:

- Lived to your normal retirement age (65);
- Chose to receive the normal form joint and survivor annuity; and
- Then died immediately.

Your benefit will be reduced by the cost of survivor benefit coverage. The period of coverage begins when you terminate employment and ends on your date of death. Your benefit is reduced according to the following table:

| Your age when you leave Savannah Electric | Percent reduction for each year of coverage |
|---|---|
| Under age 35 | No charge |
| 35 - 39 | 0.2% |
| 40 - 49 | 0.3% |
| 50 - 54 | 0.4% |
| 55 - 59 | 0.5% |
| 60 and over | 1.0% |

Your spouse may choose to begin receiving his or her benefit on the first of any month after what would have been your 55th birthday. Your benefit will be reduced by 5% for each year that your spouse receives a benefit before your 65th birthday.

## CHANGING YOUR OPTION
You may avoid the extra cost of survivor benefit coverage by electing to waive this benefit with your spouse's consent. You

may make such an election when you leave Savannah Electric with a vested benefit under the Savannah Electric Schedule.

You may also waive your spouse's survivor benefit coverage when you attain age 65 while you are still working for Savannah Electric. Since no charge has been applied to your benefit because you have not terminated employment, this waiver option merely allows you to designate a beneficiary other than your spouse to receive any survivor benefit.

## IF YOU BECOME DISABLED
If you are an active employee in an eligible class and are vested and become disabled, you may receive your pension benefit once you reach retirement age. You may receive:
- Your full benefit at age 65 or later; or
- A reduced benefit at any time after age 55.

Disability means that you are receiving benefits from a Savannah Electric-sponsored Long-Term Disability Plan. You do not have to qualify for Social Security disability benefits to be considered disabled under the Savannah Electric Schedule.

VESTING AND CREDITED SERVICE
While you are disabled, you earn vesting and credited service as if you were still working. So, even though you are disabled, you earn vesting rights and more benefits each year.

FINAL AVERAGE PAY
When calculating final average pay, Savannah Electric assumes that your pay is the same while you are disabled, as it was right before you were disabled. For example: if your monthly pay rate in effect when you became disabled was $3,000, Savannah Electric assumes that you make $3,000 each month while you are disabled.

THE AMOUNT OF YOUR BENEFIT
When you retire, your benefit will be calculated using the normal retirement benefit formulas.

However, if you did not qualify for Social Security disability benefits, your Plan benefit under Formula A will be calculated using the following chart. Your Formula B benefit is calculated normally as demonstrated under **A Pension Benefit Example, Formula B**.

AR-411

| For the period… | The benefit you earn is… | | |
|---|---|---|---|
| After April 1, 1969 | 1 1/6% x each year's annual pay up to $3,600* | + | 2% x each year's annual pay above $3,600* |
| April 1, 1959 to March 31, 1969 | 1% x each year's annual pay up to $3,000* | + | 2% x each year's annual pay above $3,000* |
| 1956 – March 31, 1959 | 1% x average annual pay (up to $3,000) for each year of credited service earned in 1956, 1957 and 1958 | + | 1 ½% x average annual pay (above $3,000) for each year of credited service earned in 1956, 1957 and 1958 |

- *For each year of credited service earned during the period.*

## HOW TO RECEIVE YOUR BENEFIT

You should notify the Employee Service Center (1-888-435-7563) no more than 90 and no less than 30 days before your retirement date. This is to allow time to process paperwork. Contact the Employee Service Center for more information on the forms you will need and timing of your benefit.

Every claim for benefits is reviewed. If your claim is denied, you may appeal the decision. For details on this process, see the **Administrative Information section**.

## WHEN BENEFITS MAY BE REDUCED

Remember, if you retire early, you also have an early retirement reduction. Possible reductions to your earned benefit are:

- Early retirement reductions (if you retire from Savannah Electric after age 55 and begin receiving your benefit before age 62);
- Early commencement reductions (if you leave Savannah Electric before age 55 and begin receiving your benefit before age 65); or
- Actuarial adjustments based on your optional form of payment (if you choose an annuity other than a life annuity).

## WHEN BENEFITS ARE NOT PAID

You may not receive all or part of your benefit if you:

- Lose your years of vesting and credited service due to a break in service (see *Break in Service* under **Service**);
- Die before you are eligible to receive a benefit (before you accrue 5 years of vesting service);
- Die without a beneficiary covered by a joint and survivor option; or
- Leave Savannah Electric before you are vested unless you return to work before you lose your prior service.

## OTHER INFORMATION

MAXIMUM PENSION BENEFIT
Effective January 1, 2002, your annual pension payable as a life annuity (or joint and survivor annuity) cannot be larger than the lesser of:

- $160,000, which may be increased by the Internal Revenue Service to reflect increases in the cost of living; or
- 100% of your average compensation for your highest 3 consecutive years.

The $160,000 limit is reduced for retirements before age 62 and increased for retirements after age 65.

Any benefit you accrued as of December 31, 1986, which is in excess of these limits is still payable to you.

QUALIFIED DOMESTIC RELATIONS ORDERS
A court could order the Company to pay part or all of your benefit to your spouse, former spouse, child, or another dependent. To be qualified, the order must meet certain requirements. For example, it must state that the benefit can only be paid in a form allowed by the Plan. The Retirement Board has established procedures for handling domestic relations orders.

Alternate payees who receive benefits through a qualified domestic relations order (QDRO) may elect to receive payment under the level income option. The adjustment required to determine the level income option payments will be determined by taking into account the alternate payee's actual Social Security salary history and estimated age 65 Social Security benefit (provided the alternate payee provides this information to the Retirement Board). For more information or to obtain a free copy of the Pension Plan's QDRO procedures, contact the Compensation and Benefits Department.

TAXES ON YOUR BENEFIT
You do not pay income tax on your pension benefit until you begin receiving payments. Your payments are taxed as ordinary income. When you start receiving your benefit, you can choose whether or not to have Federal income taxes withheld from your monthly payment. If you do not choose, the Company will withhold taxes based on IRS regulations. If you receive a lump-sum payment from the Pension Plan, the lump sum will be subject to 20% Federal income tax withholding. You can avoid this withholding and defer taxes by calling the Employee Service Center at 1-888-435-7563 and instructing them to deposit this payment into an individual retirement account (IRA) or another qualified retirement plan.

## RETIREE MEDICAL BENEFITS

Retiree medical benefits may be paid from the Southern Plan. Contributions made to the Southern Plan to fund retiree

medical benefits for participants other than key employees (as defined in Section 416(i) of the Internal Revenue Code of 1986, as amended) are held in a separate account and can only be used to provide retiree medical benefits. These assets are combined with Pension Plan assets for investment purposes only. If assets are left over once all retiree medical benefit expenses are paid, excess assets will be returned to Savannah Electric.

You will receive more information about retiree medical benefits when you retire.

## PENSION BENEFIT GUARANTY CORPORATION

Your pension benefits under this Plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the Plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people will receive all of the pension benefits they would have received under the Plan, but some people may lose certain benefits.

The PBGC guarantee generally covers: (1) normal and early retirement benefits; (2) disability benefits if you become disabled before the Plan terminates; and (3) certain benefits for your survivors.

The PBGC guarantee generally does not cover: (1) benefits greater than the maximum guaranteed amount set by law for the year in which the Plan terminates; (2) some or all of benefit increases and new benefits based on Plan provisions that have been in place for fewer than 5 years at the time the Plan terminates; (3) benefits that are not vested because you have

not worked long enough for the Company; (4) benefits for which you have not met all of the requirements at the time the Plan terminates; (5) certain early retirement payments (such as supplemental benefits that stop when you become eligible for Social Security) that result in an early retirement monthly benefit greater than your monthly benefit at the Plan's normal retirement age; and (6) non-pension benefits, such as health insurance, life insurance, certain death benefits, vacation pay, and severance pay.

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money the Plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your Plan administrator or contact the PBGC's Technical Assistance Division, 1200 K Street N.W., Suite 930, Washington, D.C. 20005-4026 or call 202-326-4000 (not a toll-free number). TTY/TDD users may call the federal relay service toll-free at 1-800-877-8339 and ask to be connected to 202-326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's website on the Internet at http://www.pbgc.gov.

## ADMINISTRATIVE INFORMATION

Please see the **Administrative Information** section of Your Guide to Benefits for additional information about the Plan, such as your rights under ERISA, how to appeal a denied claim, and how the Company may change or terminate the Southern Plan.

AR-413

# Southern Company Pension Plan — Employees Represented by the IBEW

*This summary describes Pension Plan benefits offered by the Company (Southern Company Services, Inc.), which are available to employees of Employing Companies\* who are covered by the terms of a collective bargaining agreement maintained by the IBEW.  **However, it does not apply to Savannah Electric employees covered by the terms of a collective bargaining agreement maintained by the IBEW.** The terms of the Plan document will control in the event of any conflict between the Plan document and this summary. Your benefits are determined under the terms of the Plan in effect at the time you terminate your employment with an Employing Company.*

*\* Employing Companies as of January 1, 2002 are:*
> *Alabama Power Company*
> *Georgia Power Company*
> *Gulf Power Company*
> *Mississippi Power Company*
> *Savannah Electric and Power Company*
> *Southern Communications Services, Inc.*
> *Southern Company Energy Solutions, Inc.*
> *Southern Company Services, Inc.*
> *Southern Nuclear Operating Company, Inc.*

## ELIGIBILITY

You are eligible to participate if you have one year of eligibility service and you are covered by an IBEW collective bargaining agreement (other than with Savannah Electric) and are a:

- Regular, full-time employee;
- Regular, part-time employee; or
- Cooperative education student.

You are not eligible to participate if you are classified (even if the classification is in error) as:

- A temporary employee;
- A leased employee;
- An independent contractor; or
- An employee subject to terms of a collective bargaining agreement other than the ones described above. (You are eligible to participate only upon agreement by an Employing Company and the representative of your bargaining unit.)

## COST

The Employing Companies pay all costs of the Plan. You are not required or allowed to make any contributions.

## SERVICE\*

The Plan measures three different types of service:

- Eligibility service;
- Vesting service; and
- Accredited service.

*\* Note: If you participated in a merged plan, your service prior to January 1, 1997 (prior to January 1, 1998 for the Savannah Electric Plan) will be credited as provided in that plan. The following are "merged plans":*
*Pension Plan for Employees of Alabama Power Company*
*Pension Plan for Employees of Georgia Power Company*
*Pension Plan for Employees of Gulf Power Company*
*Pension Plan for Employees of Mississippi Power Company*
*Pension Plan for Employees of Southern Company Services, Inc.,*
> *as adopted by Southern Communications, Services, Inc.*
*Pension Plan for Employees of Southern Company Services, Inc.,*
> *as adopted by Southern Development and Investment Group, Inc.*
*Pension Plan for Employees of Southern Company Services, Inc.,*
> *as adopted by Southern Electric International, Inc.*
*Pension Plan for Employees of Southern Nuclear Operating Company, Inc.*

## HOURS OF SERVICE

Under the Pension Plan, you earn years of service based on the hours you work. Occasionally you may earn hours of service when you did not actually work (for example, when you take paid vacation days). With a few exceptions, you earn an hour of service for each hour you are paid.  Hours of service include:

- Regular and overtime hours;
- Vacations;
- Holidays;
- Paid leaves of absence (including sick days); and
- Some unpaid leaves of absence.

You do not earn hours of service for unused vacation hours for which you are paid when you leave an Employing Company. You may not earn hours of service while you are receiving Workers' Compensation benefits. You begin earning hours of service for eligibility and vesting on your first day at work.  You begin earning hours of service for accredited service after you become a Plan participant.

## ELIGIBILITY SERVICE

Your eligibility service determines when you become a participant in the Pension Plan.

You earn a year of eligibility service upon completion of an "anniversary year" in which you have earned 1,000 hours of service. Your first anniversary year begins on your hire date. Each anniversary year after that begins on the anniversary of your date of hire.  If you do not earn 1,000 hours in an

anniversary year, you do not receive a year of eligibility service.

## VESTING SERVICE
When you have 5 years of vesting service you are vested. This means that you are guaranteed to receive a Plan benefit. Until you are vested, you may lose your benefit if you leave an Employing Company. After you have 5 years of vesting service, your benefit cannot be taken away or reduced. You earn a year of vesting service for each anniversary year you have 1,000 hours of service.

## ACCREDITED SERVICE
Accredited service is used in the formula that determines your pension benefit. You may earn up to 43 years of accredited service during your career with an Employing Company. You can earn accredited service in full or partial Plan years. A Plan Year is the calendar year of January 1 - December 31.

|  | Fewer than 1,000 hours | 1,000-1,679 hours | 1,680 hours or more |
|---|---|---|---|
| Before participation | None | None | None |
| During your first Plan year of participation (if it is not a full year) | 140 hours = 1 month of service | 140 hours = 1 month of service | 1 year |
| For each full Plan year of participation | No service | 140 hours = 1 month of service | 1 year |
| For the Plan year you leave an Employing Company (if it is not a full year) | 140 hours = 1 month of service | 140 hours = 1 month of service | 1 year |

*Before January 1, 1976, the rules for earning accredited service were different. For details, contact the Employee Service Center.*

## BREAK IN SERVICE
If you have a break in service, you may lose service that you have already earned. You have a break in service if you have 500 or fewer hours of service in an anniversary year. You do not actually have to leave an Employing Company to have a break in service.

## WHEN YOU MIGHT LOSE YOUR SERVICE
You could lose your years of vesting and accredited service if:
- You do not already have 5 years of vesting service (you are not vested); and
- You have five or more consecutive breaks in service.

You cannot lose your vesting or accredited service if you had 5 years of vesting service (were vested) when you had your break in service. Remember, to be vested means that you have

a guaranteed right to a benefit that cannot be taken away because you leave an Employing Company.

These break-in-service rules went into effect on January 1, 1985 (5-year vesting became effective for the Plan January 1, 1989). The Employee Service Center can give you more information on the previous break-in-service rules.

## CREDIT FOR LEAVES OF ABSENCE OR LAYOFFS
You may receive credit for service even if you are not actively at work:

| REASON FOR ABSENCE | YOU RECEIVE | | |
|---|---|---|---|
|  | Eligibility Service | Vesting Service | Accredited Service |
| Leave with pay (Includes paid family and medical leave) | ✓ | ✓ | ✓ |
| Leave without pay (Does not include military leave) |  | ✓ |  |
| Military leave (You must return to work within 90 days of discharge) | ✓ | ✓ | ✓ |
| Disability after you are vested (You must be receiving Social Security disability benefits or Employing Company-sponsored long-term disability benefits) |  |  | ✓ |
| Layoff due to lack of work |  |  |  |
| Unpaid family and medical leave |  | ✓ |  |
| Maternity or paternity leave that does not qualify as a family and medical leave (You receive only enough service credit to keep you from having a break-in-service) |  | ✓ |  |

## WHEN YOU CAN RETIRE UNDER THE PENSION PLAN
Your *early retirement date* is the first day of the month following retirement on or after your 55th birthday (and before your normal retirement date) with 10 years of accredited service.

Your *normal retirement date* is the first of the month after your 65th birthday (or 5 years after your Plan participation date if you were hired after age 60).

Your *deferred retirement date* is the first day of the month following retirement after your normal retirement date.

## WHEN YOU MAY RECEIVE YOUR BENEFITS

You may begin receiving your full benefit when you retire at or after your normal retirement date. If you choose to receive your benefit earlier, it will be reduced. This is because you may receive it for a longer time.

### IF YOU WORK PAST AGE 65

If you continue to work past age 65, you will not receive a pension payment for any month you earn at least 40 hours of service. However, you must begin receiving your benefit by April 1 of the year after the year you turn 70 ½ or, if later, the year you retire.

### IF YOU RETIRE FROM AN EMPLOYING COMPANY

If you retire directly from an Employing Company before normal retirement age, the accrued benefit you could have received at age 65 is reduced by 0.3% for each month you start your benefit early.

#### EARLY RETIREMENT BENEFIT PERCENTAGE

| Age when you start your benefit | Early retirement benefit percentage |
|---|---|
| 65 | 100.0 |
| 64 | 96.4 |
| 63 | 92.8 |
| 62 | 89.2 |
| 61 | 85.6 |
| 60 | 82.0 |
| 59 | 78.4 |
| 58 | 74.8 |
| 57 | 71.2 |
| 56 | 67.6 |
| 55 | 64.0 |

You may retire from an Employing Company but delay the start of your benefit. If you do, your early retirement reduction is based on when your benefit begins, not on when you retire.

### IF YOU LEAVE AN EMPLOYING COMPANY BEFORE RETIREMENT

If you leave an Employing Company before you are eligible for normal or early retirement, you may still receive a benefit. If you have at least 5 years of vesting service, you are vested and entitled to a benefit at age 65. Within a year after you leave, the Employee Service Center will contact you and tell you how much your benefit is and when you can receive it.

If you have at least 10 years of accredited service, you may begin your benefit anytime after age 55. However, because you did not retire directly from active service with an Employing Company, your benefit is "actuarially reduced." That means that your benefit is reduced so that statistically you should not receive any extra benefit because you started your benefit earlier. These reductions are larger than the reductions for early retirees.

### IF YOU RETURN TO WORK AFTER RETIREMENT

If you begin receiving your benefit, then return to work at any Southern Company subsidiary with a pension plan, your benefit may be stopped. Unless you waive participation in the Plan, you will not receive a payment for any month you earn at least 40 hours of service.*

If your payments are suspended, you will not be paid back for the missed pension payments during your period of reemployment. You may accrue more service and earn more benefit if you are working for an Employing Company. If you accrue more benefit, your benefit will be increased when you terminate employment and start receiving your benefit again.

*\* To obtain a Pension Plan waiver form, contact Southern Company Compensation and Benefits.*

## CALCULATING YOUR BENEFIT

The Company uses 3 formulas to calculate pension benefits. The benefit you receive is the greatest of the 3 amounts. The formulas are:

### Formula 1
Your Pension Plan benefit =
Your accrued benefit on December 31, 1998,
+
$25 x years of accredited service earned
after December 31, 1998

### Formula 2
Your Pension Plan benefit =
$25 x years of accredited service

### Formula 3
Your Pension Plan benefit =
1.7% x your final average pay
x
your years of accredited service **minus**
a portion of your estimated Social Security benefit

### FINAL AVERAGE PAY

Your final average pay is the average of your highest 3 monthly earnings rates within the last 10 calendar years. The earnings used in determining final average pay include your

monthly salary, hourly wages, and commissions (before taxes), monthly shift and 7-day differentials and nuclear plant premiums for Georgia Power and Southern Nuclear Operating Company, Inc. and before-tax contributions you make to the Employee Savings Plan and Flexible Benefits Plan. Incentive pay awards, overtime pay and contributions to a nonqualified deferred compensation plan are not included.  As of January 1, 2002, only annual earnings up to $200,000 can be used when calculating Plan benefits. This is how to calculate your final average pay:

1.  Look at your monthly earnings rates for the last 10 calendar years.
2.  Take the highest rate in effect each year (you cannot have more than one rate coming from one year).
3.  Pick out the 3 years with the highest rates.
4.  Add the 3 rates together, then divide by 3.

This will give you your final average pay per month.

A PENSION BENEFIT EXAMPLE
The following example shows how to calculate a benefit under each formula.

John Doe's normal retirement date was April 1, 1999, at age 65. The following information was used to calculate his benefit.

| Accrued Benefit as of December 31, 1998 | $370.00 |
|---|---|
| Date of Hire | January 1, 1978 |
| Date of Participation | January 1, 1979 |
| YEARS OF ACCREDITED SERVICE | |
| Earned as of December 31, 1998 | 20.00 |
| Earned after December 31, 1998 | 0.25 |
| Earned as of retirement | 20.25 |
| Could have earned by age 65 | 20.25 |
| FINAL AVERAGE PAY | $3,750.00 per month |
| Estimated Social Security Benefit | $900.00 per month |

Following are examples of how Mr. Doe's pension benefit was calculated under Formulas 1, 2 and 3.

### Formula 1
Accrued benefit as of December 31, 1998,
+
$25 x years of accredited service after December 31, 1998
$370.00 +($25 x 0.25 years)= $376.25

### Formula 2
$25 x total years of accredited service
$25 x 20.25 years = $506.25
### Formula 3
Take 1.7% of the monthly final average pay.
$3,750 x 1.7% = $63.75

Multiply the result from step 1 by the years of accredited service.
$63.75 x 20.25 years = $1,290.94

Subtract $250 from the estimated Social Security benefit.
Take half the result.
($900 - $250) ÷ 2 = $325

Multiply the result from step 3 by: the years of accredited service divided by the years of accredited service Mr. Doe could have had if he worked until his normal retirement age (65).*
$325 x (20.25 years ÷ 20.25 years) = $325.00

*The years of accredited service at actual retirement date plus the years of accredited service that could have been earned from the date of termination until normal retirement date.*

Subtract the amount in step 4 from the amount in step 2.
$1,290.94 - $325.00 = $965.94

Mr. Doe will receive the benefit calculated under Formula 3 because it is the largest of the three possible benefits:

| | |
|---|---|
| Formula 1: | $376.25 |
| Formula 2: | $506.25 |
| **Formula 3:** | **$965.94** |

# METHODS OF PAYMENT
The method of payment for your benefit depends on whether you are married or single when you begin receiving your benefit.

IF YOU ARE SINGLE
If you are single and retire from an Employing Company, you may choose to receive your benefit as a life annuity or the level income option (if you retire early).  If you leave an Employing Company before you retire, your benefit will be paid as a life annuity.

See *Payment Options* under **Methods of Payments** for information on the level income option.

IF YOU ARE MARRIED
WAIVING SPOUSAL BENEFITS
If you are married, the law requires that your benefit be in the form of a joint and survivor annuity.  However, if your spouse does not want to receive this survivor's pension after you die, your spouse can waive this benefit, and you can choose either a life annuity or the level income option (if you retire early). To waive spousal benefits, your spouse must sign a form that states:
   •  That he or she does not want any Plan benefits;
   •  Which option you are choosing instead of a joint and survivor annuity; and

**AR-417**

• That he or she agrees to your election of a life annuity or level income option.

Your spouse's signature must be witnessed by a notary public to be valid. A notary public is authorized by a court to witness signatures on legal documents and administer oaths. A notary public signs the document and then validates the signature with a seal.

## IF YOU ARE MARRIED AND RETIRE FROM AN EMPLOYING COMPANY

If you are married when you start receiving your benefit, by law you must receive your benefit as a joint and survivor annuity, unless your spouse agrees in writing to another form of payment. This annuity pays a benefit to your spouse if you die first. The Plan offers two different options:

• 90%/45% joint and survivor annuity (50% Option); and
• 80%/80% joint and survivor annuity (100% Option).

If your spouse agrees, you may choose a life annuity or the level income option (if you retire early).

## PRERETIREMENT SPOUSE OPTION

Normally you choose your form of payment when you retire. However, you may want to protect your spouse in case you die after age 55 but before you retire. If you do not specify, your spouse will receive the 90%/45% joint and survivor annuity.

However, you may choose the 80%/80% joint and survivor option anytime after you reach age 55. In this case, your benefit will be reduced if you make the choice before you are age 65. In addition to any other reductions, your benefit will be reduced another 0.75% for each year the option is in effect between the date you choose the 80%/80% joint and survivor option and age 65. See *If You Are Married* under the section titled **If You Die** for more information on spouse benefits if you die before retirement.

On and after September 1, 1996, you may not waive your preretirement spouse benefit protection; however, if you have a valid election in place before this date, it will take effect unless revoked by you.

## CHANGING YOUR OPTION

Before your benefit payments begin, you may change from a 90%/45% to an 80%/80% joint and survivor annuity, or vice versa. Your benefit will be reduced for preretirement spouse protection only for the time before age 65 that you elected the 80%/80% option.

You may also change from a joint and survivor option to a benefit with no spouse's benefits before payment begins if your spouse agrees. However, you will still be charged for the time before age 65 that you were covered by the 80%/80% option, if any.

## HOW PAYMENT OPTIONS AFFECT

## YOUR MONTHLY PENSION BENEFIT

If your age 65 pension benefit is $965.94 as a life annuity, and:

| You Choose ... | Your Monthly Benefit Is ... | And Your Surviving Spouse Will Get |
|---|---|---|
| 90%/45% (50% option) | $869.35 | $434.67 |
| 80%/80% (100% option) | $772.75 | $772.75 |
| 80%/80% when you are age 55 (100% option) | $714.80 (reduced by 0.75% x 10 years) | $714.80 |

## IF YOU ARE MARRIED AND LEAVE AN EMPLOYING COMPANY BEFORE YOU ARE ELIGIBLE TO RETIRE

If you are married when your benefits start, you will normally receive a joint and survivor annuity. You have these two options:

• **Full benefit continuing to your spouse**: You receive an actuarially reduced monthly benefit for your lifetime. After you die, your spouse will continue to receive your benefit for the rest of his or her life.
• **Half benefit continuing to your spouse**: You receive an actuarially reduced monthly benefit for your lifetime. After you die, your spouse will receive half of what you were receiving for the rest of his or her life.

You may choose either of these options before you actually begin your payment. This ensures that your spouse will receive a benefit if you die before you retire; however, there will be an actuarial reduction of your benefit for this additional protection for your spouse. Your choice is effective when you return your election form, but not before your 55th birthday.

If you die before you choose either option, your spouse will be paid half of the benefit you would have received if you had not died.

You may instead choose not to have any spouse's benefit protection. Your spouse must consent in writing to this choice, and a notary must witness your spouse's signature. If you choose this option, the Plan will not pay any benefit to your spouse if you die after age 55 but before you start receiving your benefit.

**AR-418**

## CHANGING YOUR OPTION

Before your benefit payments begin, you may change from a benefit that continues half to your spouse and a benefit that continues entirely to your spouse and vice versa. Your benefit will be reduced for preretirement spouse protection only for the time before age 65 that you were covered by each option.

You may also change from a joint and survivor option to a benefit with no spouse's benefits if your spouse agrees. However, you will still be charged for the time before age 65 that you were covered by the spouse's protection.

## IF YOUR SPOUSE DIES OR YOU DIVORCE

If your spouse dies or you divorce before your payments begin, you should notify the Employee Service Center. Then your election of a joint and survivor annuity will end. Your benefit will be paid as if you had always been single. If your ex-spouse has a Qualified Domestic Relations Order, he or she may be entitled to all or a portion of your pension benefit. See the section titled **Other Information** for more information on Qualified Domestic Relations Orders.

If your spouse dies after your payments begin, your benefit stays the same and no benefits will be payable after your death. If you divorce after payments begin, your former spouse remains your beneficiary if you die, even if you remarry.

## PAYMENT OPTIONS

### LIFE ANNUITY

A life annuity pays you a benefit each month from your retirement date to your death. This is the normal form of payment if you are single. When you die, your payments stop, regardless of how many payments you received.

*The life annuity does not provide any benefit to your spouse or anyone else if you die first. If you are married, your spouse must agree in writing for you to choose this option.*

### LEVEL INCOME OPTION

You may want to coordinate your pension benefit with Social Security if you retire before age 65. Under the level income option, you receive:
- A larger pension benefit from retirement until age 65; then
- A smaller benefit after attaining age 65.

With the level income option, your monthly income before and after you begin receiving Social Security at age 65 is about the same.

*The level income option does not provide any benefit to your spouse or anyone else if you die first. Therefore, if you are married, your spouse must agree in writing to this option.*

### 90%/45% JOINT AND SURVIVOR ANNUITY (THE 50% OPTION)

This option pays 90% of your monthly benefit to you until you die. Then your spouse receives 45% of your monthly benefit for the rest of his or her life. The initial 10% reduction takes into account that part of your benefit may be paid even after you die. *This option is available only if you retire from active employment with an Employing Company or if you begin receiving your benefit at your normal retirement date.*

### 80%/80% JOINT AND SURVIVOR ANNUITY (THE 100% OPTION)

This option pays 80% of your monthly benefit until you die. Then your spouse continues to receive the same amount until his or her death. The initial 20% reduction is built into this option because your spouse may receive the same benefit you were receiving after your death. *This option is available only if you retire from active employment with an Employing Company or if you begin receiving your benefit at your normal retirement date.*

### ACTUARIALLY REDUCED JOINT AND SURVIVOR ANNUITY

You can choose a benefit that continues all or half of your benefit to your spouse if you die first. Your benefit is reduced actuarially because your benefit may be paid even after you die. *This option is only available if you leave an Employing Company before you are eligible to retire.*

## PAYING SMALL BENEFITS

If you leave an Employing Company before you are eligible to retire and the present value of your vested benefit is $5,000 or less, you will receive your benefit as a single lump-sum payment. After you leave, the Employee Service Center will tell you whether your benefit will be paid as a lump sum or in the future in monthly installments.

If you are eligible to receive a lump sum, you may receive it as cash. You may also have the Employee Service Center transfer all or part of it into an individual retirement account (IRA) or another qualified retirement plan. This is called a direct rollover. See *Taxes on Your Benefit* under **Other Information** for more information on direct rollovers and taxes on lump sums.

## IF YOU COME BACK TO WORK FOR AN EMPLOYING COMPANY

If you receive a lump-sum payment of your benefit and later come back to an Employing Company, your future benefit will be based on all of the accredited service you have earned while with an Employing Company, but your benefit will be reduced by the actuarial equivalent of the lump-sum payment you already received. If you received a lump-sum payment

and repaid it to the Plan prior to July 15, 1996, your future benefit will be calculated without reduction for the lump-sum payment you received.

## IF YOU TRANSFER

If you transfer to another subsidiary in Southern Company's controlled group, you will not lose any of your benefit. If your new company also participates in the Plan as an Employing Company, there will be no change for you unless required by a collective bargaining agreement.  When you retire, the Plan will pay all of your benefit.

If you worked for any subsidiary with a dissimilar pension plan, that subsidiary will separately pay you that dissimilar pension plan benefit.

## IF YOU DIE

### IF YOU ARE SINGLE

If you are single when you die, all Plan benefits end.

### IF YOU ARE MARRIED AND YOU DIE
### AFTER YOU START YOUR BENEFIT

If you are receiving a joint and survivor annuity, your spouse will receive a monthly benefit based on the option you chose. See the section titled **Methods of Payment** for more information on joint and survivor options.

If you are receiving a life annuity or level income option when you die, your spouse will not get a benefit from the Plan.

### IF YOU DIE WHILE YOU ARE WORKING
### FOR AN EMPLOYING COMPANY

- **If you die after age 55,** your spouse is automatically covered under the 90%/45% joint and survivor option. Beginning the first of the month after your death, your spouse will receive 45% of the benefit you had accrued before your death.

  You can choose the 80%/80% joint and survivor option at any time after age 55.  If you die, your spouse will receive 80% of the benefit you had accrued before your death. If you choose this option, your benefit will be reduced by 0.75% for each year the option is in effect between the date that you chose this option and your age 65.

  If you chose not to have any benefit protection for your spouse (and your spouse gave written, notarized consent), then the Plan will not pay a benefit to your spouse.
- **If you are vested and die before age 55,** your spouse will receive 45% of the benefit you had accrued before

your death. The benefit will begin the first of the month after the date you would have turned 55.

### IF YOU DIE AFTER YOU LEAVE
### AN EMPLOYING COMPANY

- **If you are vested and die after age 55,** your spouse will receive 50% of your accrued benefit. You may instead choose a joint and survivor annuity that pays your spouse 100% of your accrued benefit. Your accrued benefit is actuarially reduced to account for this coverage as if the coverage had been in effect until age 65.

  If you chose not to have any benefit protection for your spouse (and your spouse gave written, notarized consent), then the Plan will not pay a benefit to your spouse.

- **If you are vested and die before age 55,** your spouse will receive 50% of the benefit you would have received at age 55. Your spouse's benefit will begin on the first of the month after the date you would have turned 55 or, at your spouse's option, any later month occurring prior to what would have been your normal retirement date. Your accrued benefit is actuarially reduced to account for this coverage.
- **If you are not vested,** your spouse is not entitled to a Plan benefit.

If you left an Employing Company between January 1, 1981, and December 31, 1985, your spouse's benefits are similar to these. Contact the Employee Service Center for more information regarding the differences.

## IF YOU BECOME DISABLED

If you are an active employee in an eligible class (with no benefits waiver in effect), are vested and become disabled, you may receive your pension benefit once you reach retirement age.  You may receive:

- Your full benefit at age 65 or later; or
- A reduced benefit at any time after age 55 if you have at least 10 years of accredited service.

If, however, you become disabled after December 31, 1997 and you accept a benefit under an Employing Company's "career transition plan," or a similar type of arrangement, you will not be eligible to receive service and earnings credit for the period during which you are disabled.

Disability means you are:
- receiving disability benefits from Social Security; or
- receiving Long-Term Disability Plan benefits from an Employing Company.

## ACCREDITED SERVICE

If you are an active employee in an eligible class (with no benefits waiver in effect) and are vested when your disability occurs, then while you are disabled, you earn accredited service as if you were still working. You earn hours of service at the rate you were scheduled to work right before you became disabled. For example: if your normal work week was 40 hours before you became disabled, the Company will credit you with 40 hours of service per week while you are disabled. So, even though you are disabled, you are still accruing a benefit each year.

## FINAL AVERAGE PAY

When calculating final average pay, the Company assumes that your earnings are the same while you are disabled as they were right before you were disabled.

For example, if your monthly pay rate in effect when you became disabled was $3,000, the Company assumes that you make $3,000 each month while you are disabled.

## HOW TO RECEIVE YOUR BENEFIT

You should notify the Employee Service Center (1-800-435-7563) no more than 90 days and no less than 30 days before your retirement date. This is to allow time to process paperwork. Contact the Employee Service Center for more information on the forms you will need and the timing of your benefit.

Every claim for benefits is reviewed. If your claim is denied, you may appeal the decision. For details on this process, see the **Administrative Information** section.

## WHEN BENEFITS MAY BE REDUCED

Remember, if you receive your benefit before age 65, your benefit is subject to an early retirement reduction. Possible reductions to your earned benefit are:
- Early retirement reductions (if you retire from an Employing Company and receive your benefit before age 65);
- Actuarial early commencement reductions (if you leave an Employing Company before you can retire and receive your benefit before age 65);
- Joint and survivor benefit reductions (depending on which joint and survivor option you choose); and
- Preretirement benefit protection for your spouse (based on when and what option you elect; see *Preretirement*

*Spouse Option* under the section titled **Methods of Payment** for details).

## WHEN BENEFITS ARE NOT PAID

You may not receive all or part of your benefit if you:
- Lose your years of vesting and accredited service due to a break in service (see the section titled **When You May Lose Your Service**);
- Die before you are eligible to receive a benefit (the earlier of age 55 or the date you accrue 5 years of vesting service);
- Die without a spouse covered by a joint and survivor option; or
- Leave an Employing Company before you are vested unless you return to work before you lose your prior service.

## OTHER INFORMATION

MAXIMUM PENSION BENEFIT
Effective January 1, 2002, your annual pension payable as a life annuity (or joint and survivor annuity) cannot be larger than the lesser of:
- $160,000, which may be increased by the Internal Revenue Service to reflect increases in the cost of living; or
- 100% of your average compensation for your highest 3 consecutive years.

The $160,000 limit is reduced for retirements before age 62 and increased for retirements after age 65.

Any benefit you accrued as of December 31, 1986, which is in excess of these limits is still payable to you.

QUALIFIED DOMESTIC RELATIONS ORDERS
A state court may order that your spouse, former spouse, or other alternate payee is entitled to receive a portion or all of your benefits under the Plan. For example, a court may issue this type of order in the event you and your spouse divorce. Under federal law, however, your alternate payee may receive some of your Plan benefits only if the Retirement Board receives what is known as a "Qualified Domestic Relations Order" (QDRO) signed by the court. The Retirement Board has established procedures for notifying you or anyone entitled to benefits that are the subject of a court order and for establishing whether a court order is a QDRO. The procedures include a sample QDRO that may be of help to you in drafting a court order to meet your particular situation. If you would like a copy of the procedures and the sample, call the Compensation and Benefits Department at 1-800-422-7685.

## PAYMENTS UNDER A QDRO

A court order cannot require that any of your benefits be paid to your alternate payee at any time or in any form that is not otherwise authorized under the Plan. The Plan provides, however, that payments can be made under a QDRO to your alternate payee beginning at the earliest date you could have commenced receiving benefits. These payments can be made even if you have not separated from the Company. Payment of an alternate payee's benefit must begin by the time your benefit payments begin.

Alternate payees who receive benefits through a QDRO may elect to receive payment under the level income option. The adjustment required to determine the level income option payments will be determined by taking into account the alternate payee's actual Social Security salary history and estimated age 65 Social Security benefit (provided the alternate payee provides this information to the Retirement Board). For more information, contact the Compensation and Benefits Department.

## TAXES ON YOUR BENEFIT

You do not pay income tax on your pension benefit until you begin receiving payments. Your payments are taxed as ordinary income. When you start receiving your benefit, you can choose whether or not to have Federal income taxes withheld from your monthly payment. If you do not choose, the Company will withhold taxes based on IRS regulations.

If you receive a lump-sum payment from the Plan, the lump sum will be subject to 20% Federal income tax withholding. You can avoid this withholding and defer taxes by instructing the Employee Service Center to roll this payment into an individual retirement account (IRA) or another qualified retirement plan.

## RETIREE MEDICAL BENEFITS

Retiree medical benefits may be paid from the Plan. Contributions made to the Plan to fund retiree medical benefits for participants other than key employees (as defined in Section 416(i) of the Internal Revenue Code of 1986, as amended) are held in a separate account and can only be used to provide retiree medical benefits. These assets are combined with Pension Plan assets for investment purposes only. If assets are left over once all retiree medical benefit expenses are paid, excess assets will be returned to the appropriate Employing Company.

You will receive more information about retiree medical benefits when you retire.

## PENSION BENEFIT

## GUARANTY CORPORATION

Your pension benefits under this Plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the Plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people will receive all of the pension benefits they would have received under the Plan, but some people may lose certain benefits.

The PBGC guarantee generally covers: (1) normal and early retirement benefits; (2) disability benefits if you become disabled before the Plan terminates; and (3) certain benefits for your survivors.

The PBGC guarantee generally does not cover: (1) benefits greater than the maximum guaranteed amount set by law for the year in which the Plan terminates; (2) some or all of benefit increases and new benefits based on Plan provisions that have been in place for fewer than 5 years at the time the Plan terminates; (3) benefits that are not vested because you have not worked long enough for the Company; (4) benefits for which you have not met all of the requirements at the time the Plan terminates; (5) certain early retirement payments (such as supplemental benefits that stop when you become eligible for Social Security) that result in an early retirement monthly benefit greater than your monthly benefit at the Plan's normal retirement age; and (6) non-pension benefits, such as health insurance, life insurance, certain death benefits, vacation pay, and severance pay.

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money the Plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your Plan administrator or contact the PBGC's Technical Assistance Division, 1200 K Street N.W., Suite 930, Washington, D.C. 20005-4026 or call 202-326-4000 (not a toll-free number). TTY/TDD users may call the federal relay service toll-free at 1-800-877-8339 and ask to be connected to 202-326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's website on the Internet at http://www.pbgc.gov.

## ADMINISTRATIVE INFORMATION

Please see the **Administrative Information** section of Your Guide to Benefits for additional information about the Plan, such as your rights under ERISA, how to appeal a denied claim, and how the Company may change or terminate the Plan.

# ADMINISTRATIVE INFORMATION

This section contains information on the administration of your benefit Plans, contacts you may need in certain situations and your rights as a Plan participant.

COBRA CONTINUATION OF COVERAGE

YOUR RIGHTS UNDER ERISA

CLAIM DENIAL

PLAN ADMINISTRATOR DISCRETION

PLAN TERMINATION AND AMENDMENT

PLAN INFORMATION

## COBRA CONTINUATION OF COVERAGE

You and your dependents may continue your health care coverage in certain instances when your coverage would otherwise end. This is called COBRA coverage. COBRA stands for the Consolidated Omnibus Budget Reconciliation Act of 1985. COBRA applies to the following company plans.

- Southern Company Services, Inc. Healthcare Plan
- Southern Company Services, Inc. Healthcare Plan for Retirees
- Southern Company Services, Inc. Dental Benefits Plan
- Southern Company Services, Inc. Flexible Benefits Plan (the Tax Saver Health Care Account only)
- Southern Company Services, Inc. Group Vision Plan
- Southern Company Services, Inc. Employee Assistance Plan

These plans will be referred to as the "Group Health Plans," collectively.

### WHEN CAN I CONTINUE COVERAGE UNDER COBRA?

Covered Employees. If you are an employee covered under one or more of the Group Health Plans, you may be entitled to elect COBRA coverage if you lose group health coverage (or your required premium payments or contributions for coverage increase) because:

- you are terminated for any reason other than "gross misconduct"
- your hours of employment are reduced

Covered Spouses. If you are a spouse covered under one or more of the Group Health Plans, you may be entitled to continue coverage under COBRA if you lose group health coverage (or your required premium payments or contributions for health coverage increase) because:

- your spouse is terminated for any reason other than "gross misconduct"
- your spouse's hours of employment are reduced
- your spouse dies
- your spouse becomes entitled to Medicare (Part A or B)
- you divorce or legally separate
- of the Company's bankruptcy (under Chapter 11) if your spouse is covered as a retired employee

Covered Dependent Children. If you are the dependent child of an employee and are covered under one or more of the Group Health Plans, you may be entitled to COBRA coverage if you lose group health coverage (or your required premiums or contributions for coverage increase) for any of the following reasons:

AR-423

- a termination of the employee's employment (for reasons other than "gross misconduct"), or a reduction in the employee's hours of employment
- the death of the employee
- parent's divorce or legal separation
- you cease to be an eligible "dependent child" under the terms of the Group Health Plan
- your parent who is our employee becomes entitled to Medicare Part A or B
- the Company starts bankruptcy proceedings and your parent is a retired employee

If you are a child born or placed for adoption with a Covered Employee during COBRA coverage, you may also elect COBRA coverage. Your coverage period will be determined according to the date of the event that gave rise to the Covered Employee's COBRA coverage.

## MAXIMUM PERIOD OF COVERAGE

End of Plan Year. If you or your dependents (including your spouse) lose coverage with respect to your Tax Saver Health Care Account under the Southern Company Services, Inc. Flexible Benefits Plan, the maximum COBRA coverage period is through the last day of the plan year (*i.e.*, the calendar year) in which the above COBRA qualifying event occurs.

18-month period. If you lose coverage under a Group Health Plan (other than the Tax Saver Health Care Account) because of termination of employment or a reduction in hours, the maximum COBRA coverage period is 18 months for both you and your dependents.

Disability Extension. The 18 months of COBRA coverage may be extended to 29 months if the Social Security Administration determines that you or your dependent is disabled at the time or within 60 days after you lose coverage because of termination of employment or reduction in hours. You and your dependents receiving COBRA coverage as a result of your termination of employment or reduction in hours are entitled to the extension.

Secondary Events. Another extension of the 18-month period can occur, if, during the 18 months of COBRA coverage, a second qualifying event occurs (divorce, legal separation, death, entitlement to Medicare, or loss of status as a dependent child). If a second qualifying event occurs, then the 18 months of COBRA coverage may be extended to 36 months from the date of the original event giving rise to COBRA coverage. If a second event occurs, it is your obligation to notify us of the event within 60 days of the event and within the original 18- month period. In no event, however, will COBRA coverage last beyond 3 years from the date of the original event giving rise to COBRA coverage.

36-month period. Your dependents can continue coverage under COBRA for up to 36 months if they lose coverage because of:

- your death;
- your entitlement to Medicare;
- your divorce or legal separation; or
- loss of dependent status.

Extended period for retirees of bankrupt employers. If the qualifying event causing the loss of coverage was the bankruptcy of the Company, then each covered retired employee will have the opportunity to receive continuation of coverage until the death of the covered retired employee. Covered spouses, surviving spouses and dependents of the covered retired employee will have the opportunity to elect continuation coverage for a period that will terminate 36 months following the death of the retired employee or upon the death of the qualified beneficiary, whichever is earlier.

## NOTIFICATION

You will be notified by mail of your right to choose COBRA coverage if you lose coverage due to reduction in hours or termination of employment. You will receive instructions on how to continue your health care benefits under COBRA.

If your dependents lose coverage due to your death, divorce, legal separation, Medicare entitlement or their loss of dependent status, you (or a family member) must notify the ESC within 60 days of the event so that COBRA can be offered and election rights can be mailed. If this notification is not made in a timely manner, then you or your dependents' rights to COBRA coverage may be forfeited.

If you or your dependents want to extend coverage beyond 18 months because of disability, proof that you or your dependents have been determined to be disabled by the Social Security Administration must be given within 60 days after the date of the disability determination and before the end of the first 18- month period. If there is a final determination under the Social Security Act that you or your dependent is no longer disabled, the ESC must be notified within 30 days of the determination that such person is no longer disabled, and any COBRA coverage extended beyond the maximum that would otherwise apply will be terminated for all family members.

## CHOOSING COBRA COVERAGE

You will have 60 days to choose COBRA coverage after the later of the end of the month in which you lose coverage, or the date the Company notifies you of your COBRA rights. It is up to you, your spouse, your dependent children or any third party to contact the COBRA Administrator within the 60-day period you choose COBRA coverage. If you or your

dependents do not choose COBRA coverage during the 60-day election period, you lose your right to continue coverage.

If you or your dependents choose COBRA coverage, the Company must provide the same group coverage for you and your dependents that is provided to other participants in the Plan. This means that COBRA benefits and premiums will change if the benefits and premiums for the group change.

If you elect COBRA continuation coverage before the end of the election period:

- Initially, you will keep the same level of coverage you had before you elected COBRA coverage.
- Your COBRA coverage will be effective on the date your coverage would otherwise end, unless you waive COBRA coverage and then cancel your waiver within the 60-day election period. In that case, your coverage begins on the date you cancel your waiver.
- You may change coverage during annual enrollment or under the regular applicable Plan rules, such as the special enrollment right rules for certain family members upon the loss of other group health plan coverage or the acquisition of a new spouse or dependent through birth, adoption or placement for adoption.

## COST OF PARTICIPATION

COBRA participants must pay monthly premiums for their coverage, based on the following:

- For health care coverage and dental coverage, premiums are based on the full cost of coverage set at the beginning of the year, plus 2% to cover administrative costs.
- You can contribute to your Tax Saver Health Care Account on an after-tax basis, without the administrative charge.
- If you or your dependent is disabled under the Social Security Act definition and the disabled family member is receiving COBRA coverage, COBRA premiums for months 19-29 reflect the full group costs per person plus 50% for all family members receiving the extended coverage. If the disabled family member is not receiving COBRA coverage, COBRA premiums for months 19-29 will reflect the full cost of COBRA coverage plus 2% for the family members receiving the extended coverage.

The initial premium must be paid within 45 days after you choose COBRA coverage. Thereafter, each premium must be paid within 30 days of the premium due date.

Your coverage will be canceled if your payment has not been received by the end of the applicable 45-day or 30-day payment period. If your payment is mailed in an appropriate wrapper, postage prepaid, and properly addressed, the date of

the United States postmark stamped on the cover in which the item is mailed will be considered the payment date.

Postmarks by other than the U.S. Post Office must be on or prior to the payment deadline and received not later than the same class of mail would ordinarily be received if sent from the same point through the U.S. Mail. You assume all responsibility for the non-delivery of any premium payment.

## WHEN COBRA ENDS

COBRA Coverage will end for a person before the maximum continuation period ends if:

- The covered person becomes covered under another group health plan (unless the plan has pre-existing condition limitations that affect the covered person)
- the covered person fails to make premium payments on time
- all group health plans of the Company are discontinued
- the covered person becomes entitled to Medicare on a date after the date of the COBRA election
- a covered person notifies the ESC that he wishes to cancel COBRA coverage
- the covered person's actions would result in the termination of coverage for a similarly situated active employee, such as fraudulent claims submission
- the covered person who has extended COBRA coverage due to disability is determined by the Social Security Administration to be no longer disabled (coverage will not terminate before the end of the initial 18-month period).

If you have any questions about COBRA, please contact the Employee Service Center at 1-888-435-7563 or the COBRA Administrator.

## YOUR RIGHTS UNDER ERISA

As a participant in the Company's employee benefit Plans, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a Plan participant, you will be entitled to:

- examine all Plan documents, including insurance contracts and collective bargaining agreements, and copies of all documents filed by the Plans with the U.S. Department of Labor, such as annual reports and Plan descriptions. All such documents may be examined in Human Resources without charge.
- obtain copies of all Plan documents and other Plan information by writing to Human Resources. You may be asked to pay a reasonable amount for the copies.
- receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to provide

you with a copy of this summary annual report each year.

• obtain a statement once a year which shows:
  - the total balance in your Performance Sharing Plan, Employee Stock Ownership Plan and Employee Savings Plan accounts and the vested portion, if any
  - whether you have a right to receive a pension at your normal retirement age under the Pension Plan
  - if you have a right to a pension, what your benefit would be at normal retirement age if you were to stop working now
  - if you do not have a right to a pension, how many more years you have to work to earn one

The Plan may require a written request for this statement, but it must be provided free of charge.

In addition to creating rights for Plan participants, ERISA imposes duties upon those who are responsible for the operation of your employee benefit Plans.

The people who operate your Plans, called "fiduciaries," have a duty to do so prudently and solely in the interest of you and other Plan participants and beneficiaries. Fiduciaries who violate the provisions of ERISA may be removed and required to make good any losses they have caused the Plan by virtue of their breach of their fiduciary duties. No one —including your employer, your union or any other person —may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit for exercising your rights under ERISA.

If your claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan Administrator review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days, you may seek assistance from the U.S. Department of Labor or file suit in federal court. In such case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

You may file suit in a federal or state court if you have a claim for benefits that is denied or ignored in whole or in part. If a Plan fiduciary misuses Plan money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court

may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees (for example, if the court finds your claim is frivolous).

If you have questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N. W., Washington, DC 20210.

## CLAIM DENIAL

Claims for benefits must be made in the manner provided by the particular Plan (for disability Plans, please see below). If your claim for benefits under a Plan offered by the Company is denied, in whole or in part, the Plan Administrator of that Plan (or its delegate) must give you or your beneficiary, if applicable, written notice of the denial within a reasonable period of time, but not later than 90 days after the claim is received. If special circumstances require more time to process your claim, you will receive a written explanation of the special circumstances prior to the end of the initial 90 day period and a decision will be made as soon as possible, but not later than 180 days after your claim is received.

The written notice of your claim denial must include:

• specific reasons why the claim was denied
• specific references to applicable provisions of the Plan document or other relevant records or papers on which the denial is based, and information about where you may see them
• a description of any additional material or information needed to process the claim, and an explanation of why such material or information is necessary
• an explanation of the claims review procedure, including the time limits applicable to such procedure, as well as a statement notifying you of your right to file suit in federal or state court if your claim for benefits is denied, in whole or in part, on review

Upon request, you and/or your beneficiary will be provided without charge, reasonable access to, and copies of, all non-confidential documents that are relevant to any denial of benefits. If you disagree with the Plan Administrator's or insurer's decision, you have 60 days from the day you receive the original denial to request a review. Your request must be made in writing and sent to the Plan Administrator (as set forth in the insurance policy if the benefit is insured). The request should state the reasons why you want the claim

reviewed and may also include evidence or documentation to support your or your beneficiary's position.

The Plan Administrator will reconsider your claim, taking into account all evidence, documentation, and other information related to your claim and submitted on your behalf, regardless of whether such information was submitted or considered in the initial denial of your claim. The Plan Administrator will make a decision within 60 days. If special circumstances require more time for this process, you will receive written a explanation of the special circumstances prior to the end initial 60 day period and a decision will be sent as soon as possible, but not later than 120 days after the Plan Administrator receives your request.

## DISABILITY PLANS

With respect to a denial of benefits under a disability Plan offered by the Company, the following will apply. Claims for disability benefits must be made in the manner provided by the particular disability Plan. If your claim for benefits under a disability Plan is denied, in whole or in part, the Plan Administrator of the disability plan (or its delegate) must give you or your beneficiary, if applicable, written notice of the denial within a reasonable period of time, but not later than 45 days after the claim is received. If more time is required to process your disability claim due to matters beyond the control of the Plan, you will receive a written explanation of such matters prior to the end of the initial 45 day period and a decision will be made as soon as possible, but not later than 75 days after your claim is received. If, however, even more time is required to process your disability claim due to matters beyond the control of the Plan, you will receive an additional written explanation of such matters prior to the end of the 75 day period and a decision will be made as soon as possible, but not later than 105 days after your claim is received.

The written notice of your claim denial must include:

- specific reasons why the claim was denied
- specific references to applicable provisions of the Plan document or other relevant records or papers on which the denial is based, and information about where you may see them
- a description of any additional material or information needed to process the claim, and an explanation of why such material or information is necessary
- an explanation of the claims review procedure, including the time limits applicable to such procedure, as well as a statement notifying you of your right to file suit in federal or state court if your claim for benefits is denied, in whole or in part, on review
- a copy of, or a statement that you may request free of charge a copy of, any specific rule, guideline, protocol or other similar criterion that was relied upon in deciding your claim

Upon request, you and/or your beneficiary will be provided without charge, reasonable access to, and copies of, all non-confidential documents that are relevant to any denial of benefits. If you disagree with the reasons for your claim denial, you have 180 days from the day you receive the original denial to request a review. Your request must be made in writing and sent to the Plan Administrator (as set forth in the insurance policy if the benefit is insured). The request should state the reasons why you want the claim reviewed and may also include evidence or documentation to support your or your beneficiary's position.

Your claim denial will be reviewed by an appropriate named fiduciary of the disability Plan who is neither the person who initially denied your claim, nor is subordinate to such person. During the review of your claim, no deference will be given to the initial determination of your claim. In addition, your claim denial will be reviewed in a manner that takes into account all evidence, documentation, and other information related to your claim and submitted on your behalf, regardless of whether such information was submitted or considered in the initial determination of your claim. If your initial claim denial is based, in whole or in part, upon a medical judgment, a health care professional who has the appropriate level of experience and training in the field of medicine involved with the medical judgment will be consulted during your review. If a health care professional is consulted during the review of your claim, the health care professional will not be the person who was consulted during the initial determination of your claim, nor be subordinate to such person. Moreover, in the event that any advice is sought from any health care or vocational professionals in connection with the determination of your claim, you will be provided with the professional's identity even if the advice was not relied upon in deciding your claim.

The appropriate named fiduciary will make a decision within 45 days. If special circumstances require more time for this process, you will receive written a explanation of the special circumstances prior to the end initial 45 day period and a decision will be sent as soon as possible, but not later than 90 days after the Plan Administrator receives your request.

## PLAN ADMINISTRATOR DISCRETION

The Plan Administrator (or, for insured plans, the insurer) of each Plan (or its delegate) has the exclusive discretionary authority to:

- interpret the Plan
- decide all questions of eligibility for benefits
- determine the amount of these benefits

The Plan Administrator's decisions are final.

## PLAN TERMINATION AND AMENDMENT

The Company intends to continue these Plans indefinitely. However, the Plans may be terminated or amended at any time and for any reason. The group responsible for such terminations or amendments is:

Southern Company Services, Inc.,

through its Board of Directors or Committee to which it has delegated authority

*This handbook is intended to provide a summary of the major provisions of the Company's employee benefit Plans. However, the official Plan documents remain the final authority and, in the event of a conflict with this handbook, will control in all cases. The Plan documents and trust agreements are available for your review in Human Resources during normal business hours. Participation in any of the benefit Plans sponsored by the Company does not constitute a contract or guarantee of employment.*

AR-428

| | |
|---|---|
| PLAN NAME | Southern Company Pension Plan |
| PLAN TYPE | Non-contributory defined benefit pension plan |
| PLAN NUMBER/ POLICY NUMBER | 001 |
| PLAN YEAR | Calendar year (January 1-December 31) |
| PLAN ADMINISTRATOR | Retirement Board for the Southern Company Pension Plan<br>Southern Company Services, Inc.<br>270 Peachtree Street, N.W.<br>Atlanta, GA 30303<br>(404) 506-0831 |
| PLAN SPONSOR* | Southern Company Services, Inc.<br>270 Peachtree Street, N.W.<br>Atlanta, GA 30303<br>(404) 506-5000 |
| EMPLOYER IDENTIFICATION NUMBER OF PLAN SPONSOR | 63-0274129 |
| AGENT FOR SERVICE OF LEGAL PROCESS | Secretary<br>Southern Company Services, Inc.<br>270 Peachtree Street, N.W.<br>Atlanta, GA 30303<br>Service of legal process may also be made on the Chairman, Retirement Board for the Southern Company Pension Plan at the same address or the Plan's Trustee. |
| TYPE OF ADMINISTRATION | The Retirement Board is responsible for all aspects of the administration of the Pension except management of the assets of the Plan, which is the responsibility of the Trustee and any investment managers appointed by the Company's Pension Fund Investment Review Committee. |
| PLAN FUNDING | Pensions are paid from the pension fund. All contributions to the pension fund are made by the Employing Companies; the contributions (and any earnings or losses thereon) are held by the Trustee under a trust agreement with the Plan Sponsor. Each year, the Employing Companies' contributions are determined on the basis of computations made by actuaries who determine how much is needed to keep the Plan actuarially sound. |
| TRUSTEE | The Chase Manhattan Bank<br>4 Chase Metrotech Center<br>Brooklyn, NY 11245 |

*\* For a list of affiliated companies that have adopted each Plan, contact the Plan Administrator.*

2003 SPD

# PENSION PLAN

**Plan Merger** ................................................................................**01**

**Plan Restatement** .........................................................................**01**

**Eligibility**....................................................................................**01**

**Cost**............................................................................................**02**

**Service** .......................................................................................**02**

• Hours of Service............................................................................02

• Eligibility Service ..........................................................................02

• Vesting Service .............................................................................03

• Accredited Service .........................................................................03

• Credit for Leaves of Absence or Layoffs...............................................03

• Break In Service ............................................................................03

• When You Might Lose Your Service......................................................04

**When You Can Retire Under The Pension Plan** ....................................**04**

**When You May Receive Your Benefit** ................................................**04**

• If you work past age 65....................................................................04

• If you retire from an employing Company ..............................................04

• If you leave an employing Company before retirement ..............................04

• If you return to work after retirement ...................................................05

**Calculating Your Benefit**..............................................................**05**

• Standard pension formula..................................................................06

• Final average pay ...........................................................................06

• Final average pay for commissioned employees .......................................07

• A pension benefit example ................................................................07

• Standard pension formula..................................................................08

**Methods of Payment** ....................................................................**08**

• If you are single.............................................................................08

• If you are married waiving spousal benefit .............................................08

• If you are married and retire from an employing Company ..........................09

• Preretirement spouse option...............................................................09

• Changing your option while an active employee .......................................010

• If you are married and leave an employing Company before you are eligible to retire..010

• Changing your option after leaving an employing Company .........................011

• If your spouse or you divorce.............................................................011

**Payment Options**.........................................................................**011**

**If You Come Back To Work For An Employing Company**..........................**013**

*continued on back*

Section O.

AR-430

## PENSION PLAN, continued

**If You Transfer** .................................................................................................. O 13

   • Transferred Southern Company Energy Marketing, L.P., Employees............... O 13

**Former Employees of Mirant Corporation Or Of A Subsidiary or Affiliate** ......... O 13

**Retroactive Benefits**................................................................................................ O 14

**If You Die**.................................................................................................................... O 16

**If You Become Disabled** ......................................................................................... O 17

**How To Receive Your Benefit** ................................................................................. O 18

**When Benefits May Be Reduced** .......................................................................... O 18

**When Benefits Are Not Paid** ................................................................................... O 18

**Other Information** ..................................................................................................... O 18

   • Maximum pension benefit....................................................................... O 18

   • Qualified domestic relations orders....................................................... O 19

   • Payments under a QDRO ......................................................................... O 19

   • Taxes on your benefit .............................................................................. O 19

   • Retiree medical benefits ......................................................................... O 19

   • Pension benefit guaranty corporation.................................................... O 19

   • Administrative information ...................................................................... O 20

**New Pension Formula** ............................................................................................. O 20

   • Final average pay ..................................................................................... O 20

   • Final average pay for commissioned employees ................................... O 21

   • A pension benefit example ...................................................................... O 21

   • If you retire from an employing Company .............................................. O 22

**Special Rules for Certain Employees of Savannah Electric**........................... O 23

**Savannah Electric Employees** ............................................................................. O 27

**The Savannah Electric Schedule of the Southern Company Pension Plan**.......... O 27-39

Section O

AR-431

**pension plan**

retirement plan guidelines

# Pension Plan

*The following is a summary of your benefits available under the Pension Plan offered by the Company (Southern Company Services, Inc.). The terms of the Plan document will control in the event of any conflict between the Plan document and this summary. Generally, your benefits are determined under the terms of the Plan in effect at the time you terminate your employment with an Employing Company.*

This summary describes Pension Plan benefits offered by the Company to certain employees of Employing Companies who:

- Have an hour of service on or after January 1, 1996;
- Are not covered by the terms of a collective bargaining agreement; or
- Are covered by a collective bargaining agreement where the bargaining unit representative and an Employing Company have mutually agreed to participation in the Pension Plan.

Employing Companies as of January 1, 2002 are:

- Alabama Power
- Georgia Power
- Gulf Power
- Mississippi Power
- Savannah Electric and Power
- Southern Communications Services, Inc.
- Southern Company Energy Solutions LLC
- Southern Company Services, Inc.
- Southern Nuclear Operating Company, Inc.

## PLAN MERGER

Effective January 1, 1998, Savannah Electric and Power Company (Savannah Electric) merged its pension plan into the Southern Company Pension Plan. If you retired or terminated from or had an hour of service with Savannah Electric on or after January 1, 1997, special transition rules may apply to you. See the section titled Special Rules for Certain Employees of Savannah Electric.

## PLAN RESTATEMENT

Effective January 1, 2002, the Pension Plan was restated to make several design changes, some of which arose from new pension agreements entered into between the Employing Companies and various locals of the International Brotherhood of Electrical Workers ("IBEW"). As a result, your benefits under the Pension Plan may have changed if you are represented by the IBEW. Your benefits under the Pension Plan also may have changed if you were subject to the New Pension Formula before January 1, 2002. See the section titled Calculating Your Benefit to see whether you were subject to the New Pension Formula. Generally, your benefits are determined under the terms of the Plan in effect at the time you terminate your employment with an Employing Company. However, your benefit under the Pension Plan may have changed even if you were not employed on January 1, 2002 when the Pension Plan was restated. See the section titled Retroactive Benefits to see if your benefit has changed.

## ELIGIBILITY

You are eligible to participate if you have one year of eligibility service and you are a:

- Regular full-time employee;
- Regular part-time employee; or
- Cooperative education employee.

You are not eligible to participate in the Plan if you are a member of a collective bargaining unit, unless your collective bargaining agent and your Employing Company have mutually agreed to allow your participation.

**01**

AR-432

# pension plan

retirement plan guidelines

You are not eligible to participate if you are classified (even if the classification is in error) as:
- A temporary employee*
- A leased employee
- An independent contractor

*If you are a temporary employee who was participating in the Plan prior to July 1, 1991 (or July 1, 1990 for employees of Georgia Power Company), you remained eligible to participate in the Plan until August 31, 1998. If you are a temporary Savannah employee who was participating in the Savannah Electric Plan as a temporary employee prior to October 13, 1994, you remained eligible to participate in the Plan until August 31, 1998.

## COST

The Employing Companies pay all costs of the Pension Plan. You are not required or allowed to make any contributions.

## SERVICE*

The Plan measures three different types of service:
- Eligibility service;
- Vesting service; and
- Accredited service.

*If you participated in a merged plan, your service prior to January 1, 1997 (prior to January 1, 1998 for the Savannah Electric Plan) will be credited as provided in that plan. Also see the special section for Savannah Electric Employees for information about service under the Savannah Electric Plan.

The following are "merged plans":
Pension Plan for Employees of Alabama Power
Pension Plan for Employees of Georgia Power
Pension Plan for Employees of Gulf Power
Pension Plan for Employees of Mississippi Power
Pension Plan for Employees of Southern Company Services, Inc., as adopted by Southern Communications Services, Inc.
Pension Plan for Employees of Southern Company Services, Inc., as adopted by Southern Development and Investment Group, Inc.
Pension Plan for Employees of Southern Company Services, Inc., as adopted by Southern Electric International, Inc.
Pension Plan for Employees of Southern Nuclear Operating Company, Inc.

### HOURS OF SERVICE

Under the Pension Plan, you earn years of service based on the hours you work. Occasionally, you may earn hours of service when you did not actually work (for example, when you take paid vacation days). With a few exceptions, you earn an hour of service for each hour you are paid. Hours of service include:
- Regular and overtime hours;
- Vacations;
- Holidays;
- Paid leaves of absence (including sick days); and
- Some unpaid leaves of absence.

You do not earn hours of service for unused vacation hours for which you are paid when you leave an Employing Company. You may not earn hours of service while you are receiving Workers' Compensation benefits.

You begin earning hours of service for eligibility and vesting on your first day at work. You begin earning hours of service for accredited service after you become a Pension Plan participant.

### ELIGIBILITY SERVICE

Your eligibility service determines when you become a participant in the Pension Plan.

You earn a year of eligibility service upon completion of an "anniversary year" in which you have earned 1,000 hours of service. Your first anniversary year begins on your hire date. Each anniversary year after that begins on the anniversary of your date of hire. If you do not earn 1,000 hours in an anniversary year, you do not receive a year of eligibility service.

AR-433

# pension plan

retirement plan guidelines

## VESTING SERVICE

When you have 5 years of vesting service you are "vested." This means that you are guaranteed to receive a Pension Plan benefit. Until you are vested, you may lose your benefit if you leave an Employing Company. After you have 5 years of vesting service, your benefit cannot be taken away or reduced.

You earn a year of vesting service for each anniversary year in which you have 1,000 hours of service.

## ACCREDITED SERVICE

Accredited service is used in the formula that determines your Pension Plan benefit. There is no limit to the number of years of accredited service that you may earn. Accredited service includes full or partial Plan years. A Plan Year is the calendar year of January 1-December 31. See the section titled Calculating Your Benefit for information about the Pension Plan formulas.

*Before January 1, 1976, the rules for earning accredited service were different. For details, contact the Employee Service Center at 1-888-435-7563.*

| YOU RECEIVE ACCREDITED SERVICE | IF YOU EARN | | |
| --- | --- | --- | --- |
| | *Fewer than 1,000 hours* | *1,000-1,679 hours* | *1,680 hours or more* |
| | None | None | None |
| | 140 hours = 1 month of service | 140 hours = 1 month of service | 1 year |
| | No service | 140 hours = 1 month of service | 1 year |
| | 140 hours = 1 month of service | 140 hours = 1 month of service | 1 year |

## CREDIT FOR LEAVES OF ABSENCE OR LAYOFFS

You may receive credit for service even if you are not actively at work:

| REASON FOR ABSENCE | YOU RECEIVE | | |
| --- | --- | --- | --- |
| | *Eligibility Service* | *Vesting Service* | *Accredited Service* |
| | ● | ● | ● |
| | | ● | |
| | ● | ● | ● |
| | | | ● |
| | | | |
| | | ● | |
| | | ● | |

## BREAK IN SERVICE

If you have a break in service, you may lose service that you have already earned. You have a break in service if you have 500 or fewer hours of service in an anniversary year. You do not actually have to leave an Employing Company to have a break in service.

# pension plan

retirement plan guidelines

## WHEN YOU MIGHT LOSE YOUR SERVICE

You could lose your years of vesting and accredited service if:

- You do not already have 5 years of vesting service (you are not vested); and
- You have five or more consecutive breaks in service.

You cannot lose your vesting or accredited service if you had 5 years of vesting service (were vested) when you had your break in service. Remember, to be vested means that you have a guaranteed right to a benefit that cannot be taken away because you leave an Employing Company.

These break-in-service rules went into effect on January 1, 1985 (5-year vesting for the Plan became effective January 1, 1989). Call the Employee Service Center at 1-888-435-7563 for more information on the previous break-in-service rules.

## WHEN YOU CAN RETIRE UNDER THE PENSION PLAN

Your *early retirement date* is the first day of the month following retirement on or after your 50th birthday (and before your normal retirement date) with 10 years of accredited service.

Your *normal retirement date* is the first of the month after your 65th birthday (or 5 years after your Plan participation date if you were hired after age 60).

Your *deferred retirement date* is the first day of the month following retirement after your normal retirement date.

## WHEN YOU MAY RECEIVE YOUR BENEFIT

You may begin receiving your full Pension Plan benefit when you retire at or after your normal retirement date. If you choose to receive your benefit earlier, it will be reduced.

This is because you may receive it for a longer time.

### IF YOU WORK PAST AGE 65

If you continue to work past age 65, you will not receive a Pension Plan payment for any month you earn at least 40 hours of service. However, you must begin receiving your benefit by April 1 of the year after the year you turn $70\frac{1}{2}$ or, if later, the year you retire.

### IF YOU RETIRE FROM AN EMPLOYING COMPANY

If you retire directly from an Employing Company before your normal retirement age, the accrued benefit you could have received at age 65 is reduced. Generally, the reduction is 0.3% for each month you start your benefit prior to age 65 but after attaining age 50.

You may retire from an Employing Company but delay the start of your benefit. If you do, your early retirement reduction is based on when your benefit begins, not on when you retired.

### IF YOU LEAVE AN EMPLOYING COMPANY BEFORE RETIREMENT

If you leave an Employing Company before you are eligible for normal or early retirement, you may still receive a benefit. If you have at least 5 years of vesting service, you are vested and entitled to a benefit at age 65. Within a year after you leave, the Employee Service Center will contact you and tell you how much your benefit is and when you can receive it.

| STANDARD PENSION FORMULA EARLY RETIREMENT PENSION BENEFIT PERCENTAGE | |
|---|---|
| **Retirement Directly From Employment** | |
| | *Early retirement benefit percent* |
| | 100.0% |
| | 96.4% |
| | 92.8% |
| | 89.2% |
| | 85.6% |
| | 82.0% |
| | 78.4% |
| | 74.8% |
| | 71.2% |
| | 67.6% |
| | 64.0% |
| | 60.4% |
| | 56.8% |
| | 53.2% |
| | 49.6% |

AR-434

# pension plan

If you have at least 10 years of accredited service, you may begin your benefit anytime after age 50. However, because you did not retire directly from active service with an Employing Company, your benefit is "actuarially reduced." This means your benefit is reduced so that statistically you should not receive any extra benefit because you started your benefit earlier. These reductions are larger than the reductions for early retirees described above.

## IF YOU RETURN TO WORK AFTER RETIREMENT

If you begin receiving your Pension Plan benefit and then return to work at any Southern Company subsidiary with a pension plan, your benefit may be stopped. Unless you waive participation in the Pension Plan, you will not receive a payment for any month you earn at least 40 hours of service.*

If your payments are suspended, you will not be paid back for the missed Pension Plan payments during your period of reemployment. You may accrue more service and earn more benefit if you are working for an Employing Company. If you accrue more benefit, your benefit will be increased when you terminate employment and start receiving your benefit again.

*\* To obtain a Pension Plan waiver form, contact Southern Company Compensation and Benefits.*

## CALCULATING YOUR BENEFIT

Prior to January 1, 2002, if you were an employee in an eligible class on December 31, 1996 and attained age 35 by January 1, 1997, you participated in the Standard Pension Formula — unless you elected otherwise during the 1997 election period.

Effective January 1, 1997, the benefit earned under the Pension Plan changed for employees then under age 35 and new hires. These employees were covered by a combination of a slightly smaller pension benefit calculated under the New Pension Formula and a benefit under the Performance Sharing Plan.

The following employees participated in the New Pension Formula:
- All employees on December 31, 1996, who were under age 35 on January 1, 1997;
- All employees who were not in an eligible class to participate in a merged plan on December 31, 1996, and did not previously participate in a merged plan;
- All employees who were hired or rehired after December 31, 1996;
- All employees who rescinded a waiver of participation after December 31, 1996, which waiver was in effect on that date; and
- All employees actively employed by an Employing Company on December 31, 1996, who elected under established procedures to participate in the New Pension Formula.

Effective January 1, 2002, the Pension Plan was amended and restated to implement certain design changes, including elimination of the New Pension Formula. If you were actively employed by an Employing Company on or after January 1, 2002, your accrued benefit will now be determined under the Standard Pension Formula. However, your benefit under the Pension Plan will never be less than it was on the date the restatement of the Pension Plan was adopted, as determined under the New Pension Formula. If you were not actively employed by an Employing Company on or after January 1, 2002, your accrued benefit is determined under the Standard Pension Formula or the New Pension Formula, whichever was applicable to you, unless stated otherwise in the section titled Retroactive Benefits.

If your benefit is determined under the New Pension Formula, see the section titled New Pension Formula.

AR-435

# pension plan

retirement plan guidelines

## STANDARD PENSION FORMULA

If you participate in the Standard Pension Formula, there are four formulas to calculate pension benefits. The benefit you receive is the greatest of the four. The formulas are as follows:

**FORMULA 1**

Your Pension Plan benefit =

Your accrued benefit on
December 31, 1996,

+

$25 x years of accredited service earned
after December 31, 1996

**FORMULA 2**

Your Pension Plan benefit =

$25 x years of
accredited service

**FORMULA 3**

Your Pension Plan benefit =

1.7% x your final average pay

x

your years of accredited service
**minus** a portion of your estimated
Social Security benefit

**FORMULA 4**

Your Pension Plan benefit =

1.25% x your final average pay (adjusted as
described below)

x

your years of accredited service

## FINAL AVERAGE PAY

Your final average pay is the average of your highest monthly earnings rates over a three (3) year period within the last 10 calendar years.

The earnings used in determining final average pay include your monthly salary, hourly wages, and commissions (before taxes), monthly shift and 7-day differentials and nuclear plant premiums for Georgia Power and Southern Nuclear Operating Company, Inc., and before-tax contributions you make to the Employee Savings Plan and Flexible Benefits Plan. Incentive pay awards, overtime pay and contributions to a nonqualified deferred compensation plan generally are not included. However, for purposes of Formula 4, earnings include any cash payment made during the 1995 Plan Year or any later year from an annual group incentive plan designated by the Company. As of January 1, 2002, only annual earnings up to $200,000 can be used when calculating Plan benefits.

This is how to calculate your final average pay:

1.  Look at your monthly earnings rates for the last 10 calendar years.
2.  Take the highest rate in effect each year (you cannot have more than 1 rate coming from 1 year).*

*\* If you are a regular part-time employee, your highest rate will be based on a 40-hour work week.*

3.  Pick out the 3 years with the highest rates.
4.  Add the 3 rates together, and then divide by 3.

This will give you your final average pay per month.

AR-436

# pension plan

### FINAL AVERAGE PAY FOR COMMISSIONED EMPLOYEES

If you are a commissioned salesperson, your final average pay is calculated slightly differently. A "monthly earnings rate" must be constructed:

1. Look at your monthly base pay rates (if any) for the last 10 calendar years.
2. For each year, take the higher of (a) the highest base rate in effect during any portion of the year you were a commissioned salesperson plus one-twelfth of your commissions* for such year and (b) the highest base rate in effect while not a commissioned salesperson.
3. Pick out the 3 years with the highest rates from Step 2.
4. Add these 3 highest rates together, and then divide by 3.

This will give you your final average pay per month.

*Effective July 1, 1998, earnings shall include, for appliance salespersons only, certain nonproductive pay earnings types as designated from time to time by the Board of Directors.

### A PENSION BENEFIT EXAMPLE

The following example shows how to calculate a benefit under the Standard Pension Formula.

This example is for illustrative purposes only to demonstrate how a benefit could be calculated under the Plan. Thus, it is not intended to describe eligibility for a benefit. Your eligibility for a benefit under the Standard Pension Formula will be determined under the terms of the Plan.

John Doe's normal retirement date was April 1, 2001.

The following information was used to calculate his benefit:

| | |
|---|---|
| Accrued Benefit as of December 31, 1996 | $330.00 |
| Date of Hire | January 1, 1980 |
| Date of Participation | January 1, 1981 |
| YEARS OF ACCREDITED SERVICE | |
| Earned as of December 31, 1996 | 16.00 |
| Earned after December 31, 1996 | 4.25 |
| Earned as of retirement | 20.25 |
| Could have earned by age 65 | 20.25 |
| FINAL AVERAGE PAY | |
| Standard Formula (3 years) | $3,750.00 per month |
| Standard Formula (with incentive pay) | $4,125.00 per month |
| Estimated Social Security Benefit | $900.00 per month |

YOUR GUIDE TO BENEFITS

AR-437

# pension plan

retirement plan guidelines

STANDARD PENSION FORMULA

**FORMULA 1**

Accrued benefit as of December 31, 1996 +
$25 × years of accredited service earned
after December 31, 1996

$330.00 + ($25 × 4.25) = $436.25

**FORMULA 2**

$25 × years of accredited service

$25 × 20.25 = $506.25

**FORMULA 3**

Take 1.7% of the monthly final average pay.

$3,750 × 1.7% = $63.75

Multiply the result from step 1 by the years
of accredited service.

$63.75 × 20.25 years = $1,290.94

Subtract $350 from the estimated Social Security benefit.

Take half of the result.

($900 - $350) ÷ 2 = $275.00

Multiply the result from step 3 by: the years of
accredited service divided by the years of accredited
service Mr. Doe could have had if he worked until his
normal retirement age (65).*

$275.00 × (20.25 years ÷ 20.25 years) = $275.00

*The years of accredited service at actual retirement date
plus the years of accredited service that could have been earned
from the date of termination until normal retirement date,*

Subtract the amount in step 4 from the amount in step 2.

$1,290.94 - $275.00 = $1,015.94

**FORMULA 4**

Take 1.25% of the monthly final average pay
(including annual group incentive pay).

$4,125 × 1.25% = $51.56

Multiply the result from step 1 by the
years of accredited service.

$51.56 × 20.25 years = $1,044.09

Mr. Doe will receive the benefit
calculated under Formula 4 because
it is the largest of the four possible benefits:

| | |
|---|---|
| Formula 1: | $ 436.25 |
| Formula 2: | $ 506.25 |
| Formula 3: | $1,015.94 |
| **Formula 4:** | **$1,044.09** |

## METHODS OF PAYMENT

The method of payment for your benefit depends on whether you are married or single when you begin receiving your benefit.

### IF YOU ARE SINGLE

If you are single and retire from an Employing Company, you may choose to receive your benefit as a life annuity or the level income option (if you retire early). If you leave an Employing Company before you retire, your vested benefit will be paid as a life annuity.

### IF YOU ARE MARRIED WAIVING SPOUSAL BENEFITS

If you are married, the law requires that your benefit be in the form of a qualified joint and survivor annuity. However, if your spouse does not want to receive this survivor's pension, your spouse can waive this benefit, and you can choose either a life annuity, the level income option (if you retire early) or a pop-up option as described on this page.

To waive spousal benefits, your spouse must sign a form that states:

- Which option you are choosing instead of a qualified joint and survivor annuity; and
- That he or she agrees to your election.

**08**

AR-438

# pension plan

Your spouse's signature must be witnessed by a notary public to be valid. A notary public is authorized by a court to witness signatures on legal documents and administer oaths. A notary public signs the document and then validates the signature with a seal.

## IF YOU ARE MARRIED AND RETIRE FROM AN EMPLOYING COMPANY

If you are married when you start receiving your benefit, your benefit will be paid as a joint and survivor annuity, unless your spouse agrees in writing to another form of payment. If you choose an option with a survivor benefit option, only your spouse can receive the survivor benefit. This annuity pays a benefit to your spouse if you die first. The Plan offers two joint and survivor annuity options:

- 90%/45% joint and survivor annuity (sometimes referred to as the 50% Option); and
- 80%/80% joint and survivor annuity (sometimes referred to as the 100% Option).

If your spouse agrees, you may also choose from four other options. The first two are available to employees who have an hour of service after December 31, 1995. These two options are similar to the joint and survivor annuity in that your spouse receives a survivor annuity if you die first. But these two options also provide you an increased monthly benefit equivalent to what you would have received as a life annuity if your spouse, rather than you, dies first. (These are referred to as survivor annuities with a restoration or "pop-up" feature.) The two options are as follows:

- 88%/44% (50% Pop-Up Option); and
- 75%/75% (100% Pop-Up Option).

If you are an employee who is or was represented by the IBEW and you are described in the section titled Retroactive Benefits, you may elect the 50% or 100% Pop-Up Options only if you retire after the date the Pension Plan's administration is modified to reflect the changes made when the Pension Plan was amended and restated.

Your annuity options are illustrated below:

| PERCENTAGE OF BENEFIT PAYABLE IF: | | | |
|---|---|---|---|
| | *You and Spouse Are Alive* | *You Survive Spouse* | *Spouse Survives You* |
| **Joint and Survivor Annuity Options** | | | |
| Half Continues to Spouse (50% Option) | 90% | 90% | 45% |
| Same Percent Continues to Spouse (100% Option) | 80% | 80% | 80% |
| **Survivor Annuity With Restoration Options** | | | |
| Half Continues to Spouse (50% Pop-Up Option) | 88% | 100% | 44% |
| Same Percent Continues to Spouse (100% Pop-Up Option) | 75% | 100% | 75% |

Finally, with your spouse's written, notarized consent, you may also choose a:

- Life annuity; or
- Level income option (if you retire early).

## PRERETIREMENT SPOUSE OPTION

Normally you choose your form of payment when you retire. However, you may want to protect your spouse in case you die after age 50, but before you retire. If you do not specify, your spouse will receive the 90%/45% joint and survivor annuity.

retirement plan guidelines

# pension plan

However, you may choose the 80%/80% joint and survivor option anytime after you reach age 50. In this case, your benefit will be reduced if you make the choice before you are age 65. In addition to any other reductions, your benefit will be reduced another 0.75% for each year the option is in effect between the date you choose the 80%/80% joint and survivor option and age 65. See the section titled If You Die for more information on spouse benefits if you die before retirement.

On and after September 1, 1996, you may not waive your preretirement spouse benefit protection. However, if you have a valid election in place before this date, it will take effect unless revoked by you.

## CHANGING YOUR OPTION WHILE AN ACTIVE EMPLOYEE

Before your benefit payments begin, you may change from a 90%/45% to an 80%/80% joint and survivor annuity, or vice versa. Your benefit will be reduced for preretirement spouse protection only for the time before age 65 that you elected the 80%/80% option.

You may also change from a joint and survivor option to the other available forms of benefit before payments begin if your spouse agrees. However, you will still be charged for the time before age 65 that you were covered by the 80%/80% option, if any.

| HOW PAYMENT OPTIONS AFFECT YOUR MONTHLY PENSION BENEFIT | | | |
|---|---|---|---|
| If your age 65 pension benefit is $1,044.09 as a life annuity, and: | | | |
| You Choose... | Your Monthly Benefit Is... | And Your Surviving Spouse Will Get... | If Spouse Predeceases Retiree, Retiree's Pension Will Be... |
| 90%/45% (50% Option) | $939.68 | $469.84 | $  939.68 |
| 80%/80% (100% Option) | $835.27 | $835.27 | $  835.27 |
| 88%/44% (100% Pop-Up Option) | $918.80 | $459.40 | $1,044.09 |
| 75%/75% (100% Pop-Up Option) | $783.07 | $783.07 | $1,044.09 |
| 80%/80% when you are age 50 (100% option) | $741.30 (reduced by 0.75% x 15 years) | $741.30 | $  741.30 |

## IF YOU ARE MARRIED AND LEAVE AN EMPLOYING COMPANY BEFORE YOU ARE ELIGIBLE TO RETIRE

If you are married when your benefits start, you will normally receive a joint and survivor annuity. You have these two options:

- *Full benefit continuing to your spouse:* You receive an actuarially reduced monthly benefit for your lifetime. After you die, your spouse will continue to receive your benefit for the rest of his or her life.

- *Half benefit continuing to your spouse:* You receive an actuarially reduced monthly benefit for your lifetime. After you die, your spouse will receive half of what you were receiving for the rest of his or her life.

You may choose either of these options before you actually begin your payment. This ensures that your spouse will receive a benefit if you die before your benefits commence; however, there will be an actuarial reduction of your benefit for this additional protection for your spouse. In lieu of these two options, you may choose the life annuity option, which will not pay any benefit to your spouse if you die after age 50 but before you start receiving your benefit. Your choice is effective when you return your election form, but not before your 50th birthday.

If you die before you choose any option, your spouse will be paid half of the benefit you would have received if you had not died.

If your spouse agrees, you may also choose among three other options at the time your benefit payments are to begin. Your spouse must consent in writing to your choice, and a notary must witness your spouse's signature. The first option is a life annuity.

AR-440

# pension plan

**retirement plan guidelines**

The other two choices are survivor annuities with a restoration or "pop-up" feature:

- Full benefit continuing to your spouse or 100% restoration to you. As with the joint and survivor annuity, your monthly benefit is actuarially reduced for your lifetime; but for this option the reduction is greater because if your spouse dies first your pension increases to what you would have received as a life annuity. On the other hand, if you die first, your spouse will receive your benefit for the rest of his or her life.

- Half benefit continues to your spouse or 100% restoration to you. As with the joint and survivor annuity, your monthly benefit is actuarially reduced for your lifetime; but for this option the reduction is greater because if your spouse dies first your pension increases to what you would have received as a life annuity. On the other hand, if you die first, your spouse will receive half of what you were receiving for the rest of his or her life.

If you are an employee represented by the IBEW, you will first become eligible to choose a survivor annuity with a restoration feature on the date the Plan's administration is modified to reflect the changes made under the January 1, 2002 restatement.

## CHANGING YOUR OPTION AFTER LEAVING AN EMPLOYING COMPANY

With respect to the joint and survivor annuity options, you may change from a benefit that continues half to your spouse and a benefit that continues entirely to your spouse and vice versa before your benefit payments begin. Your benefit will be reduced for preretirement spouse protection only for the time before age 65 that you were covered by each option. Before your benefits begin, you may also change from a joint and survivor option to the other available forms of benefit if your spouse agrees. However, you will still be charged for the time before age 65 that you were covered by the spouse's protection.

## IF YOUR SPOUSE DIES OR YOU DIVORCE

If your spouse dies or you divorce before your payments begin, you should notify the Employee Service Center at 1-888-435-7563. Then your election of a joint and survivor annuity or survivor annuity with restoration will end, and no benefits will be payable after your death. Your benefit will be paid as if you had always been single. If your ex-spouse has a Qualified Domestic Relations Order, he or she may be entitled to all or a portion of your pension benefit. See the section titled Other Information for more details on Qualified Domestic Relations Orders.

If your spouse dies after your payments begin, your benefit stays the same, unless you chose a survivor annuity with restoration. If you divorce after payments begin, your former spouse remains your beneficiary if you die, even if you remarry.

## PAYMENT OPTIONS

### LIFE ANNUITY

A life annuity pays you a benefit each month from your retirement date to your death. This is the normal form of payment if you are single. When you die, your payments stop, regardless of how many payments you received.

*The life annuity does not provide any benefit to your spouse or anyone else if you die first. If you are married, your spouse must agree in writing for you to choose this option.*

### LEVEL INCOME OPTION

You may want to coordinate your pension benefit with Social Security if you retire before age 65. Under the level income option, you receive:

- A larger pension benefit from retirement until age 65; then
- A smaller benefit after attaining age 65.

AR-441

# pension plan

With the level income option, your monthly income before and after you begin receiving Social Security at age 65 is about the same.

*The level income option does not provide any benefit to your spouse or anyone else if you die first. Therefore, if you are married, your spouse must agree in writing to this option.*

## 90%/45% JOINT AND SURVIVOR ANNUITY (THE 50% OPTION)

This option pays 90% of your monthly benefit to you until you die. Then your spouse receives 45% of your monthly benefit for the rest of his or her life. The initial 10% reduction takes into account that part of your benefit may be paid even after you die.

*This option is only available if you retire from active employment with an Employing Company, or if you begin receiving your benefit at your normal retirement date.*

## 80%/80% JOINT AND SURVIVOR ANNUITY (THE 100% OPTION)

This option pays 80% of your monthly benefit until you die. Then your spouse continues to receive the same amount until his or her death. The initial 20% reduction is built into this option because your spouse may receive the same benefit you were receiving after your death.

*This option is only available if you retire from active employment with an Employing Company, or if you begin receiving your benefit at your normal retirement date.*

## 88%/44% SURVIVOR ANNUITY WITH RESTORATION (THE 50% POP-UP OPTION)

This option pays 88% of your monthly benefit to you until you die. Then your spouse receives 44% of your monthly benefit for the rest of his or her life. But if your spouse dies first, your monthly pension automatically increases to what you would have received as a life annuity. The initial 12% reduction takes into account that part of your benefit may be paid after you die and that it may also increase to a life annuity if your spouse dies first.

*This option is only available if you retire from active employment with an Employing Company, or if you begin receiving your benefit at your normal retirement date.*

## 75%/75% SURVIVOR ANNUITY WITH RESTORATION (THE 100% POP-UP OPTION)

This option pays 75% of your monthly benefit to you until you die. Then your spouse receives the same amount until his or her death. But if your spouse dies first, your monthly pension automatically increases to what you would have received as a life annuity. The initial 25% reduction takes into account that part of your benefit may be paid after you die and that it may also increase to a life annuity if your spouse dies first. *This option is only available if you retire from active employment with an Employing Company, or if you begin receiving your benefit at your normal retirement date.*

## ACTUARIALLY REDUCED JOINT AND SURVIVOR ANNUITY

You can choose a benefit that continues all or half of your benefit to your spouse if you die first. Your benefit is reduced actuarially because your benefit may be paid even after you die. This option is only available if you leave an Employing Company before you are eligible to retire.

## ACTUARIALLY REDUCED SURVIVOR ANNUITY WITH RESTORATION

You can choose a benefit that continues all or half of your benefit to your spouse if you die first. But if your spouse dies first, your benefit will automatically increase to what you would have received as a life annuity. Your benefit is reduced actuarially to take into account that your benefit may continue after you die and that you may receive a life annuity if your spouse dies before you.

*This option is only available if you leave an Employing Company before you are eligible to retire.*

# pension plan

PAYING SMALL BENEFITS

If you leave an Employing Company before you are eligible to retire, and the present value of your vested benefit is $5,000 or less, you will receive your benefit as a single lump-sum payment. After you leave, the Employee Service Center will value your benefit and tell you whether your benefit will be paid as a lump sum or in the future in monthly installments.

If you are eligible to receive a lump sum, you may receive it as cash. You may also have the Employee Service Center transfer all or part of it into an individual retirement account (IRA) or another qualified retirement plan. This is called a direct rollover. See the section titled Taxes on Your Benefit (under Other Information) for more information on direct rollovers and taxes on lump sums.

## IF YOU COME BACK TO WORK FOR AN EMPLOYING COMPANY

If you receive a lump-sum payment of your benefit and later come back to an Employing Company, your future benefit will be based on all of the accredited service you have earned while with an Employing Company. However, your benefit will be reduced by the actuarial equivalent of the lump-sum payment you already received. If you received a lump-sum payment and repaid it to the Pension Plan prior to July 15, 1996, your future benefit will be calculated without reduction for the lump-sum payment you received.

## IF YOU TRANSFER

If you transfer to another subsidiary in Southern Company's controlled group, you will not lose any of your benefit. If your new company also participates in the Pension Plan as an Employing Company, there will be no change for you unless required by a collective bargaining agreement. When you retire, the Pension Plan will pay all of your benefit.

If you worked for any subsidiary with a dissimilar pension plan, that subsidiary will separately pay you that dissimilar pension plan benefit.

TRANSFERRED SOUTHERN COMPANY ENERGY MARKETING, L.P., EMPLOYEES

Effective January 1, 1998, if you were previously employed by an Employing Company, transferred to Southern Company Energy Marketing, L.P., then subsequently transferred back to an Employing Company before April 2, 2001 and you were not under age 35 on January 1, 1997 and you were in an eligible class to participate in a merged plan on December 31, 1996 and you did previously participate in a merged plan, then you will be eligible to participate in the Plan under the Standard Pension Formula not the New Pension Formula.

However, if you became employed by Mirant Services LLP when Southern Company Energy Marketing merged with Mirant (which was at that time an Employing Company), you did not then become eligible to participate in this Plan.

## FORMER EMPLOYEES OF MIRANT CORPORATION OR OF A SUBSIDIARY OR AFFILIATE

If, as of April 2, 2001, you were actively employed by Mirant Corporation or a subsidiary or affiliate thereof ("Mirant") or you had retired or terminated before that date having performed services only for Mirant, your accrued benefit was transferred to a pension plan maintained by Mirant. As a result, you are no longer entitled to Retirement Income under this Plan with respect to your employment before April 2, 2001. Any accredited service you had earned prior to April 2, 2001 will not be counted under this Plan after that date, even if you are later reemployed by an Employing Company. You will be credited, however, with eligibility service and vesting service for your pre-April 2, 2001 Mirant service if you are reemployed by an Employing Company and are otherwise entitled to credit for your prior service. See the section entitled When You Might Lose Your Service (under Service) for more information on reinstatement of eligibility and vesting service.

YOUR GUIDE TO BENEFITS

**AR-443**

# pension plan

## RETROACTIVE BENEFITS

EMPLOYEES AND FORMER EMPLOYEES REPRESENTED BY THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS ("IBEW") (EXCEPT IBEW LOCAL 1208)

### IF YOU WERE ACTIVELY EMPLOYED ON JANUARY 1, 2002

If you were represented by the IBEW, were actively employed by an Employing Company as of January 1, 2002, terminated employment or retired after January 1, 2002 but before the date the Plan's administration is modified ("Administrative Change Date") to implement the changes to the Plan authorized by the Company's Board of Directors at its May 9, 2002 meeting, including changes made pursuant to the 2002 pension agreements with the IBEW and who have not begun payment of your benefits, you can make a one-time election, prior to June 28, 2002, to retroactively commence benefits as of the later of (1) January 1, 2002, or (2) the first day you were eligible to retire under the terms of the Plan as amended and restated ("Restated Plan").

If you retroactively commence benefits, you will receive a make-up payment in a single lump sum equal to the payments that would have been made under the terms of the Restated Plan from your retroactive commencement date to the date the make-up payment is made. If payment of your accrued benefit has begun as of the Administrative Change Date, you will also receive a make-up payment, but your payment will equal the difference between your benefit under the Restated Plan and your accrued benefit determined under the terms of the Plan in effect before it was amended and restated ("1997 Plan") determined from the date your payments began to the date the make-up payment is made. After the Administrative Change Date, your monthly benefit payments will be determined under the terms of the Restated Plan, if such payments would be greater.

If you are the surviving spouse of an employee described above who died before the Administrative Change Date and before the employee attained age 55, you will receive a make-up payment equal to the survivor portion of his death benefit that would have been paid under the 50% joint and survivor option from the later of (1) the employee's date of death, and (2) the date the employee would have attained age fifty (50). If payment of your survivor benefits had already begun as of the Administrative Change Date, your make-up payment will equal the difference between the payments you would have received under the terms of the Restated Plan and the payments you actually received, determined from the date your payments began to the date the make-up payment is made. Such payment will be made as soon as administratively practical following the Administrative Change Date. After the Administrative Change Date, your monthly benefit payments will be determined under the terms of the Restated Plan, if such payments would be greater.

### IF YOU TERMINATED EMPLOYMENT ON OR AFTER JANUARY 1, 1999 BUT BEFORE JANUARY 1, 2002

If you were represented by the IBEW and terminated employment, on or after January 1, 1999 but before January 1, 2001, you may retire as soon as administratively feasible following the Administrative Change Date, if you have attained age fifty (50) and have completed at least ten (10) years of accredited service. You will not, however, receive a make-up payment. If you are the surviving spouse of such an employee, you may elect to begin payment of your survivor benefits as soon as administratively feasible following the Administrative Change Date, if as of such date the employee would have attained age fifty (50).

If you were represented by the IBEW, terminated employment on or after January 1, 2001 but before January 1, 2002 and have not begun payment of your accrued benefit, you may make a one-time election, prior to June 28, 2002, to begin payment of your benefits retroactive to January 1, 2002, but not earlier than your attaining age fifty (50) and completing at least ten (10) years of accredited service. You will receive a make-up payment in a single lump sum equal to the payments that would have been made under the terms of the Restated Plan from the later of (1) January 1, 2002 and (2) the date you attained age fifty (50) and completed ten (10) years of accredited service, to the date the make-up payment is made. After the Administrative Change Date, your monthly benefit payments will be determined under the terms of the Restated Plan, if such payments would be greater.

AR-444

# pension plan

retirement plan guidelines

If you were represented by the IBEW, terminated employment on or after January 1, 2001 but before January 1, 2002, and have begun payment of your accrued benefit before the Administrative Change Date, you will receive a make-up payment equal to the difference, if any, between the accrued benefit you would have been paid under the terms of the Restated Plan and the accrued benefit you have been paid pursuant to the terms of the 1997 Plan. The make-up payment will be determined for the period from the later of (1) January 1, 2002, and (2) the date your benefit payment began, to the date the make-up payment is made. After the Administrative Change Date, your monthly benefit payments will be determined under the terms of the Restated Plan, if such payments would be greater.

If you are the surviving spouse of such an employee identified in the preceding two paragraphs who had not begun payment of his benefits and who died after attaining age fifty (50) but before attaining age fifty-five (55), you may elect to commence survivor benefits under the actuarially reduced 50% joint and survivor option (with the cost of coverage waived) and receive a make-up payment equal to the survivor portion of his death benefit that would have been paid under the terms of the Restated Plan from the later of (1) January 1, 2002, and (2) the employee's date of death. If you are the surviving spouse of such an employee identified in the preceding two paragraphs, who had not begun payment of his benefits and who died after attaining age fifty-five (55), your benefit, when commenced, will be equal to the survivor portion of his death benefit determined under the terms of the Restated Plan. If payment of your survivor benefits had already begun as of the Administrative Change Date, your make-up payment will equal the difference, if any, between the payments you would have received under the terms of the Restated Plan and the payments you actually received. The make-up payment will be determined for the period from the later of (1) January 1, 2002, and (2) the date your benefit payment began, to the date the make-up payment is made. Such payment will be made as soon as administratively practical following the Administrative Change Date. After the Administrative Change Date, your monthly benefit payments will be determined under the terms of the Restated Plan, if such payments would be greater.

## IF YOU ARE THE SURVIVING SPOUSE OF AN EMPLOYEE WHO DIED DURING ACTIVE EMPLOYMENT ON OR AFTER JANUARY 1, 1999 AND BEFORE JANUARY 1, 2002

If you are the surviving spouse of an employee represented by the IBEW who died during active employment with an Employing Company on or after January 1, 1999 and before January 1, 2001 and after attaining age fifty (50) but before attaining age fifty-five (55), and your survivor benefit payments have not commenced, you will begin payment of your survivor benefits as soon as administratively feasible following the Administrative Change Date. You will receive a make-up payment in a single lump sum equal to the survivor benefit payments that would have been made under the 50% joint and survivor option, determined under the terms of the 1997 Plan, from January 1, 2002 to the date the make-up payment is made.

If you are the surviving spouse of an employee represented by the IBEW who died during active employment with an Employing Company on or after January 1, 1999 and before January 1, 2001, who is vested, and who died before attaining age fifty (50), and your survivor benefit payments have not commenced, you will begin payment of your survivor benefits under the 50% joint and survivor option, determined under the terms of the 1997 Plan, as soon as administratively feasible following the Administrative Change Date, if as of such date the employee would have attained age fifty (50). You will receive a make-up payment in a single lump sum equal to the payments that would have been made from the later of (1) January 1, 2002 and (2) the date the employee would have attained age fifty (50), to the date the make-up payment is made.

If you are the surviving spouse of an employee represented by the IBEW who died during active employment with an Employing Company on or after January 1, 2001 and before January 1, 2002, and after attaining age fifty (50) but before attaining age fifty-five (55), and your survivor benefit payments have not commenced, you will begin payment of the survivor benefits under the 50% joint and survivor option determined under the terms of the Restated Plan as soon as administratively feasible following the Administrative Change

AR-445

# pension plan

retirement plan guidelines

Date. You will receive a make-up payment in a single lump sum equal to the payments that would have been made under the Restated Plan from January 1, 2002 to the date the make-up payment is made.

If you are the surviving spouse of an employee represented by the IBEW who died during active employment with an Employing Company on or after January 1, 2001 and before January 1, 2002, who is vested, and who died before attaining age fifty (50), and your survivor benefit payments have not commenced, you will begin payment of the survivor benefits under the 50% joint and survivor option, determined under the terms of the Restated Plan as soon as administratively feasible following the Administrative Change Date, if as of such date the employee would have attained age fifty (50). You will receive a make-up payment in a single lump sum equal to the payments that would have been made under the Restated Plan from the later of (1) January 1, 2002 and (2) the date the employee would have attained age fifty (50), to the date the make-up payment is made.

If you are the surviving spouse of an employee represented by the IBEW who died during active employment with an Employing Company on or after January 1, 2001 and before January 1, 2002, and payment of your survivor benefits had already begun as of the Administrative Change Date, your survivor benefit payments will be re-determined under the terms of the Restated Plan, if such payments would be greater, as soon as administratively feasible following the Administrative Change Date. You will also receive a make-up payment equal to the difference between the survivor benefit under the 50% joint and survivor option in the Restated Plan and the survivor benefits you actually received. Your make-up payment, if any, will be determined for the period from the later of (1) January 1, 2002, and (2) the date the employee would have attained age fifty (50), to the date the make-up payment is made.

## MAKE-UP PAYMENTS TO NON-COVERED EMPLOYEES AND EMPLOYEES REPRESENTED BY IBEW LOCAL 1208, LOCAL 455 OF THE OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, OR LOCAL 576 OF THE INTERNATIONAL UNION OF SECURITY POLICE AND FIRE PROFESSIONALS OF AMERICA

If you are a non-covered employee or are an employee represented by IBEW Local 1208, Local 455 of the Office and Professional Employees International Union, or Local 576 of the International Union of Security Police and Fire Professionals of America who was subject to the New Pension Formula under the 1997 Plan, you retired or terminated employment after January 1, 2002, and payment of your accrued benefit under the Plan began before the Administrative Change Date, you will receive a make-up payment equal to the difference, if any, between your accrued benefit determined under the terms of the Restated Plan and your accrued benefit determined under the terms of the 1997 Plan. Such payment will be made as soon as administratively practical following the Administrative Change Date.

If you are the surviving spouse of an employee described in the preceding paragraph who died after January 1, 2002 but before the Administrative Change Date and you commenced your survivor benefits before the Administrative Change Date, your survivor benefits will be re-determined under the terms of the Restated Plan, if such payments would be greater, as soon as administratively feasible following the Administrative Change Date. You will also receive a make-up payment equal to the difference between the survivor benefit under the Restated Plan and the survivor benefit you actually received. Your make-up payment, if any, will be determined for the period from the date your survivor benefits began to the date the make-up payment is made.

## IF YOU DIE

### IF YOU ARE SINGLE

If you are single when you die, all Plan benefits end.

### IF YOU ARE MARRIED AND DIE AFTER YOU START YOUR BENEFIT

If you are receiving a joint and survivor annuity or a survivor annuity with restoration feature, your spouse will receive a monthly benefit based on the option you chose. See the Methods of Payment section for more information on these options.

# pension plan

If you are receiving a life annuity or level income option when you die, your spouse will not get a benefit from the Plan.

## IF YOU DIE WHILE YOU ARE WORKING FOR AN EMPLOYING COMPANY

- *If you die after age 50,* your spouse is automatically covered under the 90%/45% joint and survivor option. Beginning the first of the month after your death, your spouse will receive 45% of the benefit you had accrued before your death.

  You can choose the 80%/80% joint and survivor option at any time after age 50. If you die, your spouse will receive 80% of the benefit you had accrued before your death. If you choose this option, your benefit will be reduced by 0.75% for each year the option is in effect between the date that you choose this option and your age 65.

  If you choose not to have any benefit protection for your spouse (and your spouse gave written, notarized consent), then the Plan will not pay a benefit to your spouse.

- *If you are vested and die before age 50,* your spouse will receive 45% of the benefit you had accrued before your death. The benefit will begin the first of the month after the date you would have turned 50.

## IF YOU DIE AFTER YOU LEAVE AN EMPLOYING COMPANY

- *If you are vested and die after age 50,* your spouse will receive 50% of your accrued benefit. You may instead choose a joint and survivor annuity that pays your spouse 100% of your accrued benefit. Your accrued benefit is actuarially reduced to account for this coverage as if the coverage had been in effect until age 65.

  If you choose not to have any benefit protection for your spouse (and your spouse gave written, notarized consent), then the Plan will not pay a benefit to your spouse.

- *If you are vested and die before age 50,* your spouse will receive 50% of the benefit you would have received at age 50. Your spouse's benefit will begin on the first of the month after the date you would have turned 50, or, at your spouse's option, any later month occurring prior to what would have been your normal retirement date. Your accrued benefit is actuarially reduced to account for this coverage.

- *If you are not vested,* your spouse is not entitled to a Plan benefit.

If you left an Employing Company between January 1, 1981, and December 31, 1985, your spouse's benefits are similar to these. Contact the Employee Service Center at 1-888-435-7563 for more information regarding the differences.

## IF YOU BECOME DISABLED

If you are an active employee in an eligible class (with no benefits waiver in effect), are vested and become disabled, you may receive your pension benefit once you reach retirement age. You may receive:

- Your full benefit at age 65 or later; or
- A reduced benefit at any time after age 50 if you have at least 10 years of accredited service.

If, however, you become disabled after December 31, 1997 and you accept a benefit under an Employing Company's "career transition plan," or a similar type of arrangement, you will not be eligible to receive service and earnings credit for the period during which you are disabled.

Disability means that you are either:

- Receiving Long-Term Disability Plan benefits from an Employing Company; or
- Receiving disability benefits from Social Security.

**O 17**

AR-447

# pension plan

### ACCREDITED SERVICE

If you are an active employee in an eligible class (with no benefits waiver in effect) and are vested when your disability occurs, then while you are disabled, you earn accredited service as if you were still working. You earn hours of service at the rate you were scheduled to work right before you became disabled.

For example: if your normal work week was 40 hours before you became disabled, the Company will credit you with 40 hours of service per week while you are disabled. So, even though you are disabled, you are still accruing a benefit each year.

### FINAL AVERAGE PAY

When calculating final average pay, the Company assumes that your earnings are the same while you are disabled as they were right before you were disabled.

For example: if your monthly pay rate in effect when you became disabled was $3,000, the Company assumes that you make $3,000 each month while you are disabled.

## HOW TO RECEIVE YOUR BENEFIT

You should notify the Employee Service Center at 1-888-435-7563 no more than 90 and not less than 30 days before your retirement date. This is to allow time to process paperwork. Contact the Employee Service Center for more information on the forms you will need and the timing of your benefit.

Every claim for benefits is reviewed. If your claim is denied, you may appeal the decision. For details on this process, see the Administrative Information section.

## WHEN BENEFITS MAY BE REDUCED

Remember that if you receive your benefit before age 65, your benefit is subject to an early retirement reduction. Possible reductions to your earned benefit are as follows:

- Early retirement reductions (if you retire from an Employing Company and receive your benefit before age 65);
- Actuarial early commencement reductions (if you leave an Employing Company before you can retire and receive your benefit before age 65);
- Joint and survivor benefit reductions (depending on which joint and survivor option you choose); or
- Preretirement benefit protection for your spouse (based on when and what option you elect; see the section titled Preretirement Spouse Option under Methods of Payment for details).

## WHEN BENEFITS ARE NOT PAID

You may not receive all or part of your benefit if you:

- Lose your years of vesting and accredited service due to a break in service (see the section titled When You Might Lose Your Service);
- Die before you are eligible to receive a benefit (the earlier of age 50 or the date you accrue 5 years of vesting service);
- Die without a spouse covered by a joint and survivor option; or
- Leave an Employing Company before you are vested unless you return to work before you lose your prior service.

## OTHER INFORMATION

### MAXIMUM PENSION BENEFIT

Effective January 1, 2002, your annual pension payable as a life annuity cannot be larger than the lesser of:

- $160,000, which may be increased by the Internal Revenue Service to reflect increases in the cost of living; or
- 100% of your average compensation for your highest 3 consecutive years.

AR-448

# pension plan

The $160,000 limit is reduced for retirements before age 62 and increased for retirements after age 65.

Any benefit you accrued as of December 31, 1986, which is in excess of these limits is still payable to you.

## QUALIFIED DOMESTIC RELATIONS ORDERS

A state court may order that your spouse, former spouse, or other alternate payee is entitled to receive a portion or all of your benefits under the Plan. For example, a court may issue this type of order in the event you and your spouse divorce. Under federal law, however, your alternate payee may receive some of your Plan benefits only if the Retirement Board receives what is known as a "Qualified Domestic Relations Order" (QDRO) signed by the court. The Retirement Board has established procedures for notifying you or anyone entitled to benefits that are the subject of a court order and for establishing whether a court order is a QDRO. The procedures include a sample QDRO that may be of help to you in drafting a court order to meet your particular situation. If you would like a copy of the procedures and the sample, call the Compensation and Benefits Department at 1-800-422-7685.

## PAYMENTS UNDER A QDRO

A court order cannot require that any of your benefits be paid to your alternate payee at any time or in any form that is not otherwise authorized under the Plan. The Plan provides, however, that payments can be made under a QDRO to your alternate payee beginning at the earliest date you could have commenced receiving benefits. These payments can be made even if you have not separated from the Company. Payment of an alternate payee's benefit must begin by the time your benefit payments begin.

Alternate payees who receive benefits through a QDRO may elect to receive payment under the level income option. The adjustment required to determine the level income option payments will be determined by taking into account the alternate payee's actual Social Security salary history and estimated age 65 Social Security benefit (provided the alternate payee provides this information to the Retirement Board). For more information, contact the Compensation and Benefits Department.

## TAXES ON YOUR BENEFIT

You do not pay income tax on your pension benefit until you begin receiving payments. Your payments are taxed as ordinary income. When you start receiving your benefit, you can choose whether or not to have Federal income taxes withheld from your monthly payment. If you do not choose, the Company will withhold taxes based on IRS regulations.

If you receive a lump-sum payment from the Pension Plan, the lump sum will be subject to 20% Federal income tax withholding. You can avoid this withholding and defer taxes by calling the Employee Service Center at 1-888-435-7563 and instructing them to roll this payment over into an individual retirement account (IRA) or another qualified retirement plan.

## RETIREE MEDICAL BENEFITS

Retiree medical benefits may be paid from the Plan. Contributions made to the Plan to fund retiree medical benefits for participants other than key employees (as defined in Section 416(i) of the Internal Revenue Code of 1986, as amended) are held in a separate account and can only be used to provide retiree medical benefits. These assets are combined with Pension Plan assets for investment purposes only. If assets are left over once all retiree medical benefit expenses are paid, excess assets will be returned to the appropriate Employing Company.

You will receive more information about retiree medical benefits when you retire.

## PENSION BENEFIT GUARANTY CORPORATION

Your pension benefits under this Plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the Plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people will receive all of the pension benefits they would have received under the Plan, but some people may lose certain benefits.

# pension plan

The PBGC guarantee generally covers: (1) normal and early retirement benefits; (2) disability benefits if you become disabled before the Plan terminates; and (3) certain benefits for your survivors.

The PBGC guarantee generally does not cover: (1) benefits greater than the maximum guaranteed amount set by law for the year in which the Plan terminates; (2) some or all of benefit increases and new benefits based on Plan provisions that have been in place for fewer than 5 years at the time the Plan terminates; (3) benefits that are not vested because you have not worked long enough for the Company; (4) benefits for which you have not met all of the requirements at the time the Plan terminates; (5) certain early retirement payments (such as supplemental benefits that stop when you become eligible for Social Security) that result in an early retirement monthly benefit greater than your monthly benefit at the Plan's normal retirement age; and (6) non-pension benefits, such as health insurance, life insurance, certain death benefits, vacation pay, and severance pay.

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money the Plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your Plan administrator or contact the PBGC's Technical Assistance Division, 1200 K Street N.W., Suite 930, Washington, D.C. 20005-4026 or call 202-326-4000 (not a toll-free number). TTY/TDD users may call the federal relay service toll-free at 1-800-877-8339 and ask to be connected to 202-326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's website on the Internet at http://www.pbgc.gov.

## ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of *Your Guide to Benefits* for additional information about the Plan, such as your rights under ERISA, how to appeal a denied claim, and how the Company may change or terminate the Plan.

## NEW PENSION FORMULA

If you participated in the New Pension Formula,* there were two formulas to calculate pension benefits. The benefit you receive is the greater of the two. The formulas were as follows:

| FORMULA 1 | FORMULA 2 |
|---|---|
| Your Pension Plan benefit = $25 x years of accredited service | Your Pension Plan benefit = 1% x your final average pay x your years of accredited service |

*Transition Benefit: If you were employed at a Southern Company subsidiary on December 31, 1996, and retire or terminate thereafter, in no event will you receive a benefit that is less than the benefit you accrued as of that date or, if greater, the benefit you would be deemed to accrue under the Standard Pension Formula as of the earlier of your retirement or termination of employment, or December 31, 2001.*

## FINAL AVERAGE PAY

Your final average pay is the average of your highest monthly earnings rates over a defined period of time within the last 10 calendar years. If you participated in the New Pension Formula and were an active employee as of December 31, 1996, the period of time was 3 years. If you participated in the New Pension Formula because you were hired or rehired by an Employing Company on or after January 1, 1997 but before January 1, 2002, or rescinded a waiver of participation on or after January 1, 1997, that was in effect on December 31, 1996, the period of time was 5 years.

The earnings used in determining final average pay include your monthly salary, hourly wages, and commissions (before taxes), monthly shift and 7-day differentials and nuclear plant premiums for Georgia Power and Southern Nuclear Operating Company, Inc., and before-tax contributions you make to the Employee Savings

# pension plan

Plan and Flexible Benefits Plan. Incentive pay awards, overtime pay and contributions to a nonqualified deferred compensation plan are not included. In addition, certain limits apply to the amount of earnings that may be considered. Please review the summary plan description in effect at the time you retired or terminated employment for the limit that applies to you.

This is how to calculate your final average pay:

1. Look at your monthly earnings rates for the last 10 calendar years.
2. Take the highest rate in effect each year.*

*If you were a regular part-time employee, your highest rate will be based on a 40-hour work week.*

3. Pick out the 3 or 5 years with the highest rates, as applicable.
4. Add the 3 or 5 rates together, and then divide by 3 or 5, as applicable.

This will give you your final average pay per month.

## FINAL AVERAGE PAY FOR COMMISSIONED EMPLOYEES

If you were a commissioned salesperson, your final average pay is calculated slightly differently. A "monthly earnings rate" must be constructed.

1. Look at your monthly base pay rates (if any) for the last 10 calendar years.
2. For each year, take the higher of (a) the highest base rate in effect during any portion of the year you were a commissioned salesperson plus one-twelfth of your commissions* for such year and (b) the highest base rate in effect while *not* a commissioned salesperson.
3. Pick out the 3 or 5 years with the highest rates, as applicable.
4. Add the 3 or 5 rates together, and then divide by 3 or 5.

This will give you your final average pay per month.

*Effective July 1, 1998, earnings shall include, for appliance salespersons only, certain nonproductive pay earnings types as designated from time to time by the Board of Directors.*

## A PENSION BENEFIT EXAMPLE

The following example shows how to calculate a benefit under the New Pension Formula.

This example is for illustrative purposes only to demonstrate how a benefit could be calculated under the Plan. Thus, it is not intended to describe eligibility for a benefit under the New Pension Formula. Your eligibility for a benefit under the New Pension Formula will be determined under the terms of the Plan.

John Doe's normal retirement date was April 1, 2001.

The following information was used to calculate his benefit:

| Date of Hire | January 1, 1980 |
|---|---|
| Date of Participation | January 1, 1981 |
| **YEARS OF ACCREDITED SERVICE** | |
| Earned as of December 31, 1996 | 16.00 |
| Earned after December 31, 1996 | 4.25 |
| Earned as of retirement | 20.25 |
| **FINAL AVERAGE PAY** | |
| New Pension Formula (3 years) | $3,750.00 per month |
| New Pension Formula (5 years) | $3,500.00 per month |

**O 21**

AR-451

# pension plan

retirement plan guidelines



FORMULA 1

$25 x years of accredited service

$25 x 20.25 = $506.25



FORMULA 2

Take 1.0% of the monthly final average pay.

$3,750 x 1.0% = $37.50

Multiply the result from step 1 by the years of accredited service.

$37.50 x 20.25 years = $759.38

Mr. Doe will receive the benefit calculated under Formula 2 because it is the larger of the two possible benefits.

FORMULA 1:    $506.25
**FORMULA 2:**    **$759.38**

## IF YOU RETIRE FROM AN EMPLOYING COMPANY

If you participate in the New Pension Formula because you:

- Are hired or rehired by an Employing Company on or after January 1, 1997; or
- Rescind a waiver of participation on or after January 1, 1997, that was in effect on December 31, 1996,

your benefit is reduced as described earlier in this summary except that the reduction will be 0.5% for each month you start your benefit prior to age 65 but after attaining age 55 and 0.333% for each month prior to age 55 but after attaining age 50.

If you participate in the New Pension Formula but are not described above, your benefit is reduced in the same manner as described earlier in this summary for those participating in the Standard Pension Formula.

You may retire from an Employing Company but delay the start of your benefit. If you do, your early retirement reduction is based on when your benefit begins, not on when you retired.

| Age when you start your benefit | Early retirement benefit percent |
| --- | --- |
| | 100.0% |
| | 94.0% |
| | 88.0% |
| | 82.0% |
| | 76.0% |
| | 70.0% |
| | 64.0% |
| | 58.0% |
| | 52.0% |
| | 46.0% |
| | 40.0% |
| | 36.0% |
| | 32.0% |
| | 28.0% |
| | 24.0% |
| | 20.0% |

NEW PENSION FORMULA
EARLY RETIREMENT PENSION
BENEFIT PERCENTAGE

YOUR GUIDE TO BENEFITS

**AR-452**

# pension plan

retirement plan guidelines

## SPECIAL RULES FOR CERTAIN EMPLOYEES OF SAVANNAH ELECTRIC

This section describes special rules for certain employees of Savannah Electric. In the event there is any conflict between the Plan document and this summary, the Plan will control.

### SAVANNAH ELECTRIC EMPLOYEES

If you are a Savannah Electric Employee as defined below, you are subject to the special rules described in this section. These rules are meant to be read in conjunction with the other sections of this summary for the Plan.

You are a Savannah Electric Employee if you were a:
- Regular full-time employee of Savannah Electric;
- Regular part-time employee of Savannah Electric;
- Cooperative education employee of Savannah Electric; or
- Temporary employee of Savannah Electric participating in the Savannah Electric Plan prior to October 13, 1994*; and you had an hour of service under the Employees' Retirement Plan of Savannah Electric and Power Company (Savannah Electric Plan) on or after January 1, 1997.

*Temporary employees are excluded from Plan participation as of September 1, 1998.*

You are not, however, a Savannah Electric Employee if a collective bargaining agent represents you and such agent has not agreed to participation in the Pension Plan. Where there is no such agreement but you have bargained to participate in the Savannah Electric Plan, you are eligible to participate in the Savannah Electric Schedule which provisions are separately described later in this summary.

You also are not a Savannah Electric Employee if you are hired or rehired by Savannah Electric on or after January 1, 1998, or if you rescind a waiver of participation on or after January 1, 1998 in the Savannah Electric Plan or Savannah Electric Schedule in effect on December 31, 1997. If you are excluded from the definition of Savannah Electric Employee for the reasons stated in the prior sentence, your participation in the Pension Plan is described in the preceding sections of this summary.

### CALCULATING YOUR BENEFIT

*Eligibility For Standard Or New Pension Formula*

With respect to Savannah Electric Employees, prior to January 1, 2002, if you were employed by Savannah Electric on January 1, 1997, but did not attain age 40 on or before January 1, 2002, or if you had never participated in the Savannah Electric Plan, your benefit was determined under the New Pension Formula described earlier in the summary.

If you were employed by Savannah Electric on January 1, 1997, and attained age 40 on or before January 1, 2002, your benefit was determined under the Standard Pension Formula described earlier in this summary.

Effective January 1, 2002, the Pension Plan was amended and restated to implement certain design changes, including elimination of the New Pension Formula. If you were actively employed by an Employing Company on or after January 1, 2002, your accrued benefit will now be determined under the Standard Pension Formula. If you were not actively employed by an Employing Company on or after January 1, 2002, your accrued benefit is determined under the Standard or New Pension Formula, whichever was applicable to you.

*Minimum Benefit*

Regardless of whether you are subject to the New Pension Formula or the Standard Pension Formula, your benefit will not be less than your benefit under the provisions of the Savannah Electric Plan determined as of the earlier of the following:
- The date you retire or terminate employment with Savannah Electric; or
- December 31, 2001.

AR-453

# pension plan

Or, if on or before January 1, 1997, you were either age 50 with 10 years of credited service under the Savannah Electric Plan or you were at least age 55, your benefit will be the greater of your benefit under the Standard Pension Formula or your benefit under the Savannah Electric Plan Formula determined as of the date you retire or terminate employment with any Employing Company.

Your benefit determined under the Savannah Electric Schedule is described later in this summary.

IMMEDIATE ELIGIBILITY

If you are a Savannah Electric Employee and were employed by Savannah Electric on December 31, 1997, you are automatically eligible to participate in the Pension Plan.

SERVICE CREDIT

*Vesting Service*

If you are a Savannah Electric Employee and were eligible to participate in the Savannah Electric Plan on December 31, 1997, you will be credited under the Pension Plan with your vesting service under the Savannah Electric Plan as of December 31, 1997. Thereafter, you will earn additional vesting service as if you were first hired on January 1, 1998, which will be determined under the provisions of the Pension Plan which are described earlier in this summary in the section titled Service.

*Accredited Service*

If you are a Savannah Electric Employee, for purposes of determining your accredited service under the Pension Plan, you will be credited with your "credited service" under the Savannah Electric Plan as of December 31, 1997. Thereafter, you will earn additional accredited service as if you were first hired on January 1, 1998, which will be determined under the provisions of the Pension Plan which are described earlier in this summary in the section titled Service. The total of your credited service under the Savannah Electric Plan and your accredited service under the Pension Plan will be used in calculating your benefit under the Standard Pension Formula, the New Pension Formula, or the Savannah Electric Plan Formula, whichever is applicable. This total service, however, shall be limited in accordance with the maximum number of years of service which may be taken into account under the Savannah Electric Plan Formula.

EARNINGS

If you are a Savannah Electric Employee, for purposes of determining your benefit under the Standard Pension Formula or the New Pension Formula, whichever may be applicable, your compensation under the Savannah Electric Plan (excluding unused accrued vacation) will be used for periods prior to January 1, 1998. For purposes of determining your benefit under the Savannah Electric Schedule, if applicable, your compensation will be as described therein.

WHEN YOU MAY RECEIVE YOUR BENEFIT

*Normal Retirement*

With respect to Savannah Electric Employees, your normal retirement age is 65, regardless of how long you have been employed. You may begin receiving benefits upon attainment of your normal retirement age.

*Early Retirement*

With respect to Savannah Electric Employees, you may retire at age 55, or at age 50 if you have at least 10 years of accredited service under the Plan (which includes your credited service under the Savannah Electric Plan prior to January 1, 1998).

If you retire after your early retirement date and your benefit is determined under either the Standard Pension Formula or the New Pension Formula, your benefit will be reduced for early commencement as described earlier in this summary in the section titled If You Retire From an Employing Company.

AR-454

# pension plan

If you retire after your early retirement date and your benefit is determined under the Savannah Electric Plan Formula, your benefit is reduced by 5% for each year that you begin receiving your benefit before you reach age 62, with no reduction if you begin receiving your benefit between ages 62 and 65. For example, if you retire at age 60, your benefit is reduced by 10% (5% x 2 years).

If, however, you have at least 10 years of accredited service under the Plan (including your credited service under the Savannah Electric Plan prior to January 1, 1998) and your benefit is determined under the Savannah Electric Plan Formula, and you begin receiving your benefit before you reach age 55, your benefit will be subject to a reduction of 4% for each year that you begin receiving your benefit before you reach age 55 and by 5% for each year that you begin receiving your benefit after you reach age 55 but before you reach age 62. For example, if you retire at age 50, your benefit is reduced by 55% [(4% x 5 years) + (5% x 7 years)].

Remember you may retire from an Employing Company but delay the start of your benefit. If you do, your early retirement reduction is based on when your benefit begins, not when you retire.

### Vested Retirement Benefit

With respect to Savannah Electric Employees, if you leave all Employing Companies before you are eligible for normal or early retirement, you may still receive a benefit. If you have at least 5 years of vesting service (which includes your vesting service under the Savannah Electric Plan prior to January 1, 1998), you are vested and entitled to a benefit at age 65.

You may begin your benefit anytime after age 55, or at age 50 if you have at least 10 years of accredited service under the Plan (which includes your credited service under the Savannah Electric Plan prior to January 1, 1998). If your benefit is determined under either the Standard Pension Formula or the New Pension Formula, your benefit will be reduced for early commencement as described earlier in this summary in the section titled If You Leave an Employing Company Before Retirement. If your benefit is determined under the Savannah Electric Plan Formula, your benefit is reduced 5% for each year that you begin receiving your benefit after reaching age 55 but before you reach age 65 and, if applicable, is reduced 4% for each year prior to age 55. In either case, this reduction is greater than if you terminated after becoming early retirement eligible.

### FORM OF BENEFIT

With respect to Savannah Electric Employees, if your benefit is determined either under the Standard Pension Formula or New Pension Formula, you are entitled to receive your benefit as described earlier in this summary in the section titled Methods of Payment. If your benefit is determined under the Savannah Electric Plan Formula, you are entitled to receive your benefit as described in the summary of the Savannah Electric Schedule, except that you are not eligible to receive a Joint and Survivor Annuity under which your beneficiary receives 75% of the benefit you received.

If you retired in 1997 and began receiving a benefit under the Savannah Electric Plan, however, you may not change the form of benefit you elected even if you become entitled to additional benefits under the Pension Plan.

In addition, Savannah Electric Employees who terminate or retire after December 31, 1997, may elect the 88%/44%, 75%/75% or actuarially reduced survivor annuity with restoration as described earlier in this summary in the section titled Methods of Payment.

Savannah Electric Employees who terminate or retire before age 65 may also have their benefit, whether determined under either the Standard Pension Formula, New Pension Formula, or Savannah Electric Plan formula, paid under a level income option, whereby you receive a larger pension benefit from retirement to age 65, then a smaller benefit after age 65.

# pension plan

**IF YOU TRANSFER**

If you transfer to or from Savannah Electric, you should contact the Employee Service Center (1-888-435-7563) for more information about your benefit under the Plan.

**IF YOU DIE**

With respect to Savannah Electric Employees, if you die after December 31, 1997, your spouse will be entitled to benefits as described earlier in this summary in the section titled If You Die.

**IF YOU BECOME DISABLED**

With respect to Savannah Electric Employees, if you become disabled after December 31, 1997, you will be entitled to benefits as described earlier in this summary in the section titled If You Become Disabled.

retirement plan guidelines

AR-456

retirement plan guidelines

# The Savannah Electric Schedule of the Southern Company Pension Plan

*The following is a summary of the Savannah Electric Schedule of the Southern Company Pension Plan. The terms of the Plan document will control in the event of any conflict between the Plan document and this summary. Your benefits are determined under the terms of the Plan in effect at the time you terminate your employment with Savannah Electric or another Employing Company.*

Effective January 1, 1998, the Employees' Retirement Plan of Savannah Electric, as amended and restated effective January 1, 1997 (Savannah Electric Plan), was merged into the Southern Company Pension Plan. As a result, the Southern Company Pension Plan now contains a schedule that reflects the provisions of the Savannah Electric Plan. The following summary describes these provisions. For convenience, the Savannah Electric Plan provisions of the Southern Company Pension Plan are referred to throughout this summary as the "Savannah Electric Schedule."

## ELIGIBILITY

You participate in the Savannah Electric Schedule if you had an accrued benefit in the Savannah Electric Plan as of December 31, 1997. In addition, you are eligible to participate in the Savannah Electric Schedule on and after December 31, 1997, if you are employed at Savannah Electric, are covered under the terms of a collective bargaining agreement wherein Savannah Electric and the collective bargaining agent have agreed to participate in the Savannah Electric Schedule, are at least 21 years old, have 1 year of eligibility service, and are a:

- Regular full-time employee;
- Regular part-time employee; or
- Cooperative education employee.

You are not eligible to participate in the Savannah Electric Schedule if you are classified (even if the classification is in error) as:

- Not being a Savannah Electric Employee;
- A leased employee;
- An independent contractor;
- An employee subject to a collective bargaining agreement (unless your participation in the Savannah Electric Schedule was agreed upon);
- A temporary employee (regardless of prior inclusion under the Savannah Electric Plan); or
- Having voluntarily waived participation in the Savannah Electric Plan for any reason.

## COST

Savannah Electric pays all costs of participation in the Savannah Electric Schedule. You are not required or allowed to make any contributions.

## SERVICE

The Savannah Electric Schedule measures three different types of service:

- Eligibility service;
- Vesting service; and
- Credited service.

AR-457

# pension plan

## HOURS OF SERVICE

Under the Savannah Electric Schedule, you earn years of eligibility and vesting service based on the hours you work. Occasionally, you may earn hours of service when you did not actually work (for example, when you take paid vacation days). With a few exceptions, you earn an hour of service for each hour you are paid. Hours of service include:

- Regular and overtime hours;
- Vacations;
- Holidays;
- Paid leaves of absence (including sick days); and
- Some unpaid leaves of absence.

You may not earn hours of service while you are receiving Workers' Compensation benefits.

You begin earning hours of service for eligibility and vesting on your first day at work.

## ELIGIBILITY SERVICE

Your eligibility service determines when you become a participant in the Savannah Electric Schedule.

You earn a year of eligibility service upon completion of an "anniversary year" in which you have earned 1,000 hours of service. Your first anniversary year begins on your hire date. If you do not earn 1,000 hours in your first anniversary year, you will become a Plan participant during the first Plan year in which you earn 1,000 hours of service. (A Plan Year is the calendar year of January 1-December 31.) You are credited with your service under the Savannah Electric Plan for purposes of determining eligibility under the Savannah Electric Schedule.

## VESTING SERVICE

When you have 5 years of vesting service you are "vested." This means that you are guaranteed to receive a Plan benefit. Until you are vested, you will lose your benefit if you leave Savannah Electric or an affiliate of Southern Company. After you have 5 years of vesting service, your benefit cannot be taken away or reduced.

You earn a year of vesting service for each Plan year you earn 1,000 hours of service.

You cannot receive vesting service for Plan years before your 18th birthday.

You are credited with your service under the Savannah Electric Plan for purposes of determining vesting under the Savannah Electric Schedule.

## CREDITED SERVICE

Credited service is used in the formula that determines your pension benefit. You can earn credited service in full or partial years.

You earn credited service from the day you become a participant in the Savannah Electric Plan or the Savannah Electric Schedule, and it continues under the Savannah Electric Schedule until the day you quit, retire, are discharged, or die. If you leave Savannah Electric for any other reason (for example, sickness or layoff), you receive credited service until you have been gone for 1 year.

Before April 1, 1976, the rules for earning credited service are determined under the terms of the Savannah Electric Plan then in existence. For details, contact the Employee Service Center at 1-888-435-7563.

You are credited with your credited service under the Savannah Electric Plan for purposes of determining your credited service under the Savannah Electric Schedule.

AR-458

# pension plan

retirement plan guidelines

## CREDIT FOR LEAVES OF ABSENCE OR LAYOFFS

You may receive credit for service even if you are not actively at work:

| REASON FOR ABSENCE | YOU RECEIVE | | |
|---|---|---|---|
| | *Eligibility Service* | *Vesting Service* | *Credited Service** |
| Leave with pay (Includes paid family and medical leave) | ● | ● | ● |
| Leave without pay (Does not include military leave) | | ● | |
| Military leave (You must return to work within 90 days of discharge) | ● | ● | ● |
| Disability (You must be receiving company long-term disability benefits) | ● | ● | ● |
| Layoff due to lack of work | | | |
| Unpaid family and medical leave | ● | ● | ● |
| Maternity or paternity leave that does not qualify as a family and medical leave (You receive only enough service credit to keep you from having a break-in-service) | ● | ● | ● |

*Special Note: Because of special rules applicable to the method of accruing credited service under the Savannah Electric Schedule, you receive at least one year of credited service after you leave Savannah Electric for any reason other than your resignation, discharge, retirement, or death.*

## BREAK IN SERVICE

If you have a break in service, you may lose service that you have already earned. You have a break in service if:

- You earn 500 or fewer hours of service in a Plan year; or
- You are absent from work for 12 consecutive months.*

*Special Note: Absence from work starts the day you quit, retire, are discharged, or die. If you leave Savannah Electric for any other reason (for example, sickness or layoff), it starts one year later.*

## WHEN YOU MIGHT LOSE YOUR SERVICE

You could lose your years of vesting and credited service if:

- You do not already have 5 years of vesting service (you are not vested); and
- You have 5 or more consecutive breaks in service.

You cannot lose your vesting or credited service if you had 5 years of vesting service (were vested) when you had your break in service. Remember, to be vested means that you have a guaranteed right to a benefit which cannot be taken away because you leave Savannah Electric.

## WHEN YOU MAY RECEIVE YOUR BENEFIT

### IF YOU RETIRE FROM SAVANNAH ELECTRIC

You may begin receiving your full benefit when you retire after age 65. This is your normal retirement age.

If you work until age 55, you may begin receiving your benefit on the first of any month after age 55. If you choose to receive your benefit early, it will be reduced. This is because you may receive it for a longer time.

If you retire directly from Savannah Electric, the accrued benefit you could have received at age 65 is reduced by 5% for each year you receive your benefit before age 62.

# pension plan

| EARLY RETIREMENT REDUCTIONS | |
|---|---|
| Age when you start your benefit | Early retirement reduction |
| 65-62 | 0% |
| 61 | 5% |
| 60 | 10% |
| 59 | 15% |
| 58 | 20% |
| 57 | 25% |
| 56 | 30% |
| 55 | 35% |

## RECEIVING YOUR BENEFIT EARLY

You can receive your benefit anytime after age 55. However, you may receive a smaller benefit because you may receive it for a longer time. If you are working with Savannah Electric when you retire, your benefit is reduced 5% for each year that you retire before age 62.

**Example:** If you retire at age 60, your benefit is reduced by 10% (5% x 2 years). You may retire from Savannah Electric but delay the start of your benefit. If you do, your early retirement reduction is based on when your benefit begins, not on when you retired.

## IF YOU LEAVE SAVANNAH ELECTRIC BEFORE RETIREMENT

If you leave Savannah Electric before you are eligible for normal or early retirement, you may still receive a benefit. If you have at least 5 years of vesting service, you are vested and entitled to a benefit at age 65. Within a year after you leave, the Employee Service Center will contact you and tell you how much your benefit is and when you can receive it.

You may begin your benefit any time after age 55. However, because you did not retire directly from active service with Savannah Electric, your benefit is reduced more than if you had retired from Savannah Electric after age 55. Your benefit is reduced 5% for each year that you receive your benefit before age 65.

**Example:** If you begin your benefit at age 60, your benefit is reduced by 25% (5% x 5 years).

## IF YOU WORK PAST AGE 65

If you continue to work past age 65, you will not receive a pension payment for any month you earn at least 40 hours of service. However, you must begin receiving your benefit by April 1 after the year you turn 70½ or, if later, the year you retire.

| EARLY COMMENCEMENT REDUCTIONS | |
|---|---|
| Age when you start your benefit | Early commencement reduction |
| 65 | 0% |
| 64 | 5% |
| 63 | 10% |
| 62 | 15% |
| 61 | 20% |
| 60 | 25% |
| 59 | 30% |
| 58 | 35% |
| 57 | 40% |
| 56 | 45% |
| 55 | 50% |

## IF YOU RETURN TO WORK AFTER RETIREMENT

If you begin receiving your benefit, then return to work at any Southern Company subsidiary with a pension plan, your benefit may be stopped. You will not receive a payment for any month you earn at least 40 hours of service.

You will not be paid back for pension payments you miss because you were working. You may accrue more service and earn more benefit while you are working. If you accrue more benefit, your benefit will be increased when you terminate employment and start your benefit again.

## IF YOU WERE A PARTICIPANT BEFORE APRIL 1, 1959

If you were a participant in the Savannah Electric Plan before April 1, 1959, some of your benefit may be paid by The Equitable Life Assurance Society. Call the Employee Service Center (1-888-435-7563) for more information if this applies to you.

**pension plan**

retirement plan guidelines

## CALCULATING YOUR BENEFIT

Savannah Electric uses two formulas to calculate pension benefits. The benefit you receive is the greater of the two. See Formulas A and B below.

| FORMULA A | | | |
|---|---|---|---|
| *For the period...* | *The benefit you earn is...* | | |
| After April 1, 1969 | 1 1/6% x each year's annual pay up to $3,600* | + | 2% x each year's annual pay above $3,600* |
| April 1, 1959 to March 31, 1969 | 1% x each year's annual pay up to $3,000* | + | 2% x each year's annual pay above $3,000* |
| 1956 -- March 31, 1959 | 1% x average annual pay (up to $3,000) for each year of credited service earned in 1956, 1957 and 1958 | + | 1 1/2% x average annual pay (above $3,000) for each year of credited service earned in 1956, 1957 and 1958 |

*\* For each year of credited service earned during the period.*

| FORMULA B |
|---|
| Your benefit = |
| 1 2/3 % x |
| your final average pay x |
| your years of credited service (up to 36 years) minus |
| 1 1/2 % x your estimated Social Security benefit x |
| your years of credited service (up to 33 1/3 years) |

### FINAL AVERAGE PAY

Your final average pay is the average of your highest consecutive 36 months of pay during the last 10 years you work for Savannah Electric. On and after January 1, 1994, only those months in which you receive pay count towards the determination of consecutive months of pay.

Not all pay is included. The following are included:

- Regular, straight time pay (before taxes);
- Straight time differential pay;
- Substitution straight time pay;
- Substitution flat rate pay;
- Earned vacation pay; and
- The difference between military pay and regular straight time pay you would have received if you had not been serving in the military.

Pay is determined before adjustments for pre-tax contributions you make to the Employee Savings Plan and Flexible Benefits Plan.

The following are not included:

- Overtime pay;
- Bonuses (including incentive compensation awards);
- Contributions to any nonqualified deferred compensation plan;
- Separation pay;
- Imputed income;
- Relocation pay; and
- Workers' compensation.

Also, as of January 1, 2002, only annual pay up to $200,000 can be included when calculating your final average pay.

**AR-461**

# pension plan

## A PENSION BENEFIT EXAMPLE

The following example shows how to calculate a benefit under the two formulas.

John Doe's normal retirement date was January 1, 1999. The following information was used to calculate his benefit:

| PAY HISTORY |
| --- |
| **Annual Pay** |
| $12,000 |
| $13,000 |
| $14,500 |
| $15,500 |
| $17,000 |
| $19,000 |
| $21,000 |
| $23,000 |
| $25,000 |
| $27,000 |
| $29,000 |
| $31,000 |
| $33,000 |
| $35,000 |
| $37,000 |
| $40,000 |
| $42,000 |
| $44,000 |
| $42,000 per year ($3,500 per month) |
| $850.00 per month |

| | |
| --- | --- |
| *Date of Hire:* | October 1, 1981 |
| *Date of Participation:* | October 1, 1982 |
| *Years of Credited Service Earned as of December 31, 1998:* | 16.25 |

The following chart shows how Mr. Doe's benefit was calculated under Formula A.

| FORMULA A | | | |
| --- | --- | --- | --- |
| Year | Base Benefit 1 1/6% X Annual Pay Up To $3,600 | Excess Benefit 2% X Annual Pay Above $3,600 | That Year's Benefit Accrual (Annual Benefit) |
| 1981 | N/A | N/A | $0 (not a participant) |
| 1982 | 0.01167 x $900* = $10.50 | 0.02 x $2,350* = $47 | $57.50* |
| 1983 | 0.01167 x $3,600 = $42 | 0.02 x $10,900 = $218 | $260 |
| 1984 | 0.01167 x $3,600 = $42 | 0.02 x $11,900 = $238 | $280 |
| 1985 | 0.01167 x $3,600 = $42 | 0.02 x $13,400 = $268 | $310 |
| 1986 | 0.01167 x $3,600 = $42 | 0.02 x $15,400 = $308 | $350 |
| 1987 | 0.01167 x $3,600 = $42 | 0.02 x $17,400 = $348 | $390 |
| 1988 | 0.01167 x $3,600 = $42 | 0.02 x $19,400 = $388 | $430 |
| 1989 | 0.01167 x $3,600 = $42 | 0.02 x $21,400 = $428 | $470 |
| 1990 | 0.01167 x $3,600 = $42 | 0.02 x $23,400 = $468 | $510 |
| 1991 | 0.01167 x $3,600 = $42 | 0.02 x $25,400 = $508 | $550 |
| 1992 | 0.01167 x $3,600 = $42 | 0.02 x $27,400 = $548 | $590 |
| 1993 | 0.01167 x $3,600 = $42 | 0.02 x $29,400 = $588 | $630 |
| 1994 | 0.01167 x $3,600 = $42 | 0.02 x $31,400 = $628 | $670 |
| 1995 | 0.01167 x $3,600 = $42 | 0.02 x $33,400 = $668 | $710 |
| 1996 | 0.01167 x $3,600 = $42 | 0.02 x $36,400 = $728 | $770 |
| 1997 | 0.01167 x $3,600 = $42 | 0.02 x $38,400 = $768 | $810 |
| 1998 | 0.01167 x $3,600 = $42 | 0.02 x $40,400 = $808 | $850 |
| **Total annual benefit** | | | **$8,637.50** |
| **Total monthly benefit** | | | **$719.79** |

*Special Note: Only pay received while a participant in the Savannah Electric Plan and the Savannah Electric Schedule is counted for purposes of calculating your benefit. Therefore, because Mr. Doe was only a participant for 1/4 of the year, the $3,600 limit is reduced to $900 (1/4 of $3,600). The excess benefit pay limit is also prorated.

AR-462

# pension plan

retirement plan guidelines

This is how Mr. Doe's pension benefit was calculated under Formula B.

| FORMULA B |
| --- |

Take 1 2/3 % of monthly final average pay.

$3,500 x 0.0167 = $58.45

Multiply the result from step 1 by years of credited service.

$58.45 x 16.25 years = $949.81

Take 1 1/2 % of estimated Social Security benefit.

$850 x 0.015 = $12.75

Multiply the result from step 3 by years of credited service.

$12.75 x 16.25 years = $207.19

Subtract the amount in step 4 from the amount in step 2.

$949.81 - $207.19 = $742.62

Mr. Doe will receive the benefit calculated under Formula B because it is the larger of the two possible benefits:

**FORMULA A:**    **$719.79**
**FORMULA B:**    **$742.62**

## METHODS OF PAYMENT

The method of payment for your benefit depends on whether you are married or single when you begin receiving your benefit.

### IF YOU ARE SINGLE

If you are single and you do not choose another form of payment, your benefit will be paid as a life annuity. A life annuity pays you a monthly benefit for your lifetime only. After you die, no one else will receive a benefit.

### IF YOU ARE MARRIED WAIVING SPOUSAL BENEFITS

If you are married, the law requires you to receive a joint and survivor annuity. However, if your spouse waives his or her right to this benefit, you may choose:

- An optional form of payment that does not provide a benefit for your spouse;
- A joint and survivor annuity that is different from the normal form; or
- A beneficiary other than your spouse.

To waive spousal benefits, your spouse must sign a form that states:

- That he or she does not want Plan benefits under the normal form joint and survivor annuity;
- Which option you are choosing instead of the normal form joint and survivor annuity;
- The name of your beneficiary (if other than your spouse); and
- That he or she agrees to your election of an optional form of payment or other beneficiary.

Your spouse's signature must be witnessed by a notary public to be valid. A notary public is authorized by a court to witness signatures on legal documents and administer oaths. A notary public signs the document and then validates the signature with a seal.

AR-463

# pension plan

## IF YOU ARE MARRIED AND RETIRE FROM SAVANNAH ELECTRIC

Unless you and your spouse choose an optional form of payment, Savannah Electric will pay:

- A monthly benefit to you for life; then
- A monthly benefit to your spouse that is 50% of the monthly benefit you were receiving, if you die prior to your spouse.

Your monthly benefit will be actuarially reduced because Savannah Electric may continue to pay a benefit after your death. The reduction in your benefit offsets the added protection for your spouse.

## OPTIONAL FORMS OF PAYMENT

### LIFE ANNUITY

A life annuity pays you a benefit each month from your retirement date to your death. When you die, your payments stop, regardless of how many payments you received. The life annuity does not provide any benefit to your spouse or anyone else after you die. If you are married, your spouse must agree in writing for you to choose this option. This is the normal form of payment if you are single.

### JOINT AND SURVIVOR ANNUITY

This option pays an actuarially reduced monthly benefit to you until you die. Then your beneficiary receives either:

- 50% of the benefit you were receiving (this is the normal form of payment if you are married);
- 75% of the benefit you were receiving; or
- 100% of the benefit you were receiving.

The higher the percentage of your benefit that your beneficiary receives, the more your benefit is reduced. The reduction in your benefit offsets the added protection for your beneficiary.

### LEVEL INCOME OPTION

The level income option allows you to coordinate your pension benefit with your age 65 Social Security benefit if you retire before age 65. Alternatively, you may coordinate your pension benefit with your age 62 Social Security benefit if you retire before age 62. Under the level income option, you elect a life annuity, 50% joint and survivor annuity or 100% joint and survivor annuity, with a level income option as your form of payment.* Your payments will be adjusted to provide:

- A larger pension benefit from retirement until you reach age 65 (or age 62); then
- A smaller benefit after you reach age 65 (or age 62).

With the level income option, your total income before and after you begin receiving Social Security benefits is about the same.

Only your (not your spouse's) payments are adjusted to coordinate with Social Security. If you die after electing a joint and survivor annuity with level income option as your form of payment, your spouse will receive the same amount he or she would have received if you had elected a joint and survivor annuity without a level income option. See the section entitled Joint and Survivor Annuity (under Optional Forms of Payment) for more information.

The life annuity with level income option does not provide a survivor benefit at your death. Therefore, if you are married, your spouse must agree in writing to this option.

*If you are eligible to elect a 75% joint and survivor annuity, you may elect a 75% joint and survivor annuity with a level income option.*

### CHANGING YOUR OPTION

You can elect, change, or cancel an option within 90 days prior to the date payments begin. Before payments begin, you will receive information concerning the optional forms of payment.

YOUR GUIDE TO BENEFITS

# pension plan

retirement plan guidelines

## IF YOUR SPOUSE DIES OR YOU DIVORCE

If your beneficiary dies or you divorce before your payments begin, you should notify the Employee Service Center (1-888-435-7563). Then the option you chose is automatically canceled. If your ex-spouse has a Qualified Domestic Relations Order, he or she may be entitled to all or a portion of your pension benefit. See the section titled Other Information for more information on Qualified Domestic Relations Orders.

If your spouse dies after your payments begin, your benefit stays the same. If you divorce after payments begin, your former spouse beneficiary remains your beneficiary if you die, even if you remarry.

## PAYING SMALL BENEFITS

If you leave Savannah Electric before you are eligible to retire, and the present value of your vested benefit is $5,000 or less, you will receive your benefit as a single lump-sum payment. After you leave, the Employee Service Center will value your benefit and tell you whether your benefit will be paid as a lump sum or in the future in monthly installments.

If you are eligible to receive a lump sum, you may receive it as cash. You may also have the Employee Service Center transfer all or part of it into an individual retirement account (IRA) or another qualified retirement plan. This is called a direct rollover. See Taxes on Your Benefit in the Other Information section for more information on direct rollovers and taxes on lump sums.

## IF YOU COME BACK TO WORK FOR SAVANNAH ELECTRIC

If you receive a lump-sum payment of your benefit and later come back to Savannah Electric, you must repay the lump sum with interest if you want to keep the years of service you had already earned. You must repay the lump sum within 5 years from your date of rehire.

If you had 5 consecutive 1-year breaks in service before you were rehired, you cannot repay the lump sum. Therefore, you will not keep your prior service. You will be treated like a new employee, and you must complete a year of eligibility service before you can participate in the Savannah Electric Schedule again.

## IF YOU TRANSFER

If you transfer to another subsidiary in Southern Company's controlled group, you will not lose any of your accrued benefit under the Savannah Electric Schedule. You should contact the Employee Service Center (1-888-435-7563) for more information about your benefits under the Southern Plan.

## IF YOU DIE

### IF YOU ARE SINGLE

If you are single when you die and you elected the life annuity or level income option, all Plan benefits end.

If you elected a joint and survivor annuity, your beneficiary will receive a monthly benefit based on the option you chose. See Joint and Survivor Annuity under the section titled Optional Forms of Payment for more information on joint and survivor options.

### IF YOU ARE MARRIED AND DIE AFTER YOU START YOUR BENEFIT

If you are receiving a joint and survivor annuity, your spouse or other beneficiary will receive a monthly benefit based on the option you chose. See Joint and Survivor Annuity under Optional Forms of Payment for more information on joint and survivor options.

If you are receiving a life annuity or level income option instead, no further benefits will be paid from the Plan after you die.

# pension plan

retirement plan guidelines

## IF YOU DIE BEFORE YOU START YOUR BENEFIT

Your spouse may be eligible to receive a portion of your accrued benefit if you die before you start your benefit, provided your spouse has not waived his or her right to this benefit. To receive this benefit, your spouse must have been married to you for at least 12 months and you must fit into one of the following categories:

- *Category 1:* an active employee who is at least 55 years old or has at least 20 years of credited service;
- *Category 2:* an early retiree who has not started to receive a Plan benefit;
- *Category 3:* an active employee who is vested in the Plan (has 5 or more years of vesting service) but is not yet 55 years old; or
- *Category 4:* a terminated employee entitled to a benefit who has not started to receive the benefit.

### Categories 1 or 2

If you are eligible for category 1 or category 2 when you die, your spouse will receive a benefit beginning the first day of the month after your death. How much your spouse will receive is based on what your age would have been when your spouse receives his or her benefit.

Also, if your spouse is more than 60 months younger than you are, your benefit will be reduced by 1/6 of 1% for each month in excess of 60 months that your spouse is younger than you are. Your spouse's benefit will be based on a percentage of your reduced benefit.

| EARLY COMMENCEMENT REDUCTIONS | |
|---|---|
| Age you would have been at commencement | Percent of your benefit your spouse will receive |
| 40 to 45 | 40% |
| 46 | 41% |
| 47 | 42% |
| 48 | 43% |
| 49 | 44% |
| 50 | 45% |
| 51 | 46% |
| 52 | 47% |
| 53 | 48% |
| 54 | 49% |
| 55 or over | 50% |

### Category 3

If you are eligible for category 3 when you die, your spouse will receive 50% of your benefit on the first of the month after what would have been your 65th birthday. Your benefit is calculated as if you:

- Terminated employment on the day before you died;
- Lived to your normal retirement age (65);
- Chose to receive the normal form joint and survivor annuity; and
- Then died immediately.

Your spouse may choose to begin receiving his or her benefit on the first of any month after what would have been your 55th birthday. Your benefit will be reduced by 5% for each year that your spouse receives a benefit before your 65th birthday.

### Category 4

If you are eligible for category 4 when you die, your spouse will automatically receive 50% of your benefit on the first of the month after what would have been your 65th birthday. Your benefit is calculated as if you:

- Lived to your normal retirement age (65);
- Chose to receive the normal form joint and survivor annuity benefit; and
- Then died immediately.

Your benefit will be reduced by the cost of survivor benefit coverage. The period of coverage begins when you terminate employment and ends on your date of death. Your benefit is reduced according to the following table:

| Your age when you leave Savannah Electric | Percent reduction for each year of coverage |
|---|---|
| | No charge |
| | 0.2% |
| | 0.3% |
| | 0.4% |
| | 0.5% |
| | 1.0% |

O 36

AR-466

# pension plan

Your spouse may choose to begin receiving his or her benefit on the first of any month after what would have been your 55th birthday. Your benefit will be reduced by 5% for each year that your spouse receives a benefit before your 65th birthday.

## CHANGING YOUR OPTION

You may avoid the extra cost of survivor benefit coverage by electing to waive this benefit with your spouse's consent. You may make such an election when you leave Savannah Electric with a vested benefit under the Savannah Electric Schedule.

You may also waive your spouse's survivor benefit coverage when you attain age 65 while you are still working for Savannah Electric. Since no charge has been applied to your benefit because you have not terminated employment, this waiver option merely allows you to designate a beneficiary other than your spouse to receive any survivor benefit.

## IF YOU BECOME DISABLED

If you are an active employee in an eligible class and are vested and become disabled, you may receive your pension benefit once you reach retirement age. You may receive:

- Your full benefit at age 65 or later; or
- A reduced benefit at any time after age 55.

Disability means that you are receiving benefits from a Savannah Electric-sponsored Long-Term Disability Plan. You do not have to qualify for Social Security disability benefits to be considered disabled under the Savannah Electric Schedule.

### VESTING AND CREDITED SERVICE

While you are disabled, you earn vesting and credited service as if you were still working. So, even though you are disabled, you earn vesting rights and more benefits each year.

### FINAL AVERAGE PAY

When calculating final average pay, Savannah Electric assumes that your pay is the same while you are disabled, as it was right before you were disabled. For example: if your monthly pay rate in effect when you became disabled was $3,000, Savannah Electric assumes that you make $3,000 each month while you are disabled.

### THE AMOUNT OF YOUR BENEFIT

When you retire, your benefit will be calculated using the normal retirement benefit formulas.

However, if you did not qualify for Social Security disability benefits, your Plan benefit under Formula A will be calculated using the following chart. Your Formula B benefit is calculated normally as demonstrated under A Pension Benefit Example, Formula B.

| For the period... | The benefit you earn is... | | |
|---|---|---|---|
| After April 1, 1969 | 1 1/6% x each year's annual pay up to $3,600* | + | 2% x each year's annual pay above $3,600* |
| April 1, 1959 to March 31, 1969 | 1% x each year's annual pay up to $3,000* | + | 2% x each year's annual pay above $3,000* |
| 1956 — March 31, 1959 | 1% x average annual pay (up to $3,000) for each year of credited service earned in 1956, 1957 and 1958 | + | 1 1/2% x average annual pay (above $3,000) for each year of credited service earned in 1956, 1957 and 1958 |

*For each year of credited service earned during the period.*

**O 37**

AR-467

# pension plan

retirement plan guidelines

## HOW TO RECEIVE YOUR BENEFIT

You should notify the Employee Service Center (1-888-435-7563) no more than 90 and no less than 30 days before your retirement date. This is to allow time to process paperwork. Contact the Employee Service Center for more information on the forms you will need and timing of your benefit.

Every claim for benefits is reviewed. If your claim is denied, you may appeal the decision. For details on this process, see the Administrative Information section.

## WHEN BENEFITS MAY BE REDUCED

Remember, if you retire early, you also have an early retirement reduction. Possible reductions to your earned benefit are:

- Early retirement reductions (if you retire from Savannah Electric after age 55 and begin receiving your benefit before age 62);
- Early commencement reductions (if you leave Savannah Electric before age 55 and begin receiving your benefit before age 65); or
- Actuarial adjustments based on your optional form of payment (if you choose an annuity other than a life annuity).

## WHEN BENEFITS ARE NOT PAID

You may not receive all or part of your benefit if you:

- Lose your years of vesting and credited service due to a break in service (see Break in Service under Service);
- Die before you are eligible to receive a benefit (before you accrue 5 years of vesting service);
- Die without a beneficiary covered by a joint and survivor option; or
- Leave Savannah Electric before you are vested unless you return to work before you lose your prior service.

## OTHER INFORMATION

### MAXIMUM PENSION BENEFIT

Effective January 1, 2002, your annual pension payable as a life annuity (or joint and survivor annuity) cannot be larger than the lesser of:

- $160,000, which may be increased by the Internal Revenue Service to reflect increases in the cost of living; or
- 100% of your average compensation for your highest 3 consecutive years.

The $160,000 limit is reduced for retirements before age 62 and increased for retirements after age 65.

Any benefit you accrued as of December 31, 1986, which is in excess of these limits is still payable to you.

### QUALIFIED DOMESTIC RELATIONS ORDERS

A court could order the Company to pay part or all of your benefit to your spouse, former spouse, child, or another dependent. To be qualified, the order must meet certain requirements. For example, it must state that the benefit can only be paid in a form allowed by the Plan. The Retirement Board has established procedures for handling domestic relations orders.

Alternate payees who receive benefits through a qualified domestic relations order (QDRO) may elect to receive payment under the level income option. The adjustment required to determine the level income option payments will be determined by taking into account the alternate payee's actual Social Security salary history and estimated age 65 Social Security benefit (provided the alternate payee provides this information to the Retirement Board). For more information or to obtain a free copy of the Pension Plan's QDRO procedures, contact the Compensation and Benefits Department at 1-800-422-7685.

AR-468

# pension plan

retirement plan guidelines

## TAXES ON YOUR BENEFIT

You do not pay income tax on your pension benefit until you begin receiving payments. Your payments are taxed as ordinary income. When you start receiving your benefit, you can choose whether or not to have Federal income taxes withheld from your monthly payment. If you do not choose, the Company will withhold taxes based on IRS regulations.

If you receive a lump-sum payment from the Pension Plan, the lump sum will be subject to 20% Federal income tax withholding. You can avoid this withholding and defer taxes by calling the Employee Service Center at 1-888-435-7563 and instructing them to deposit this payment into an individual retirement account (IRA) or another qualified retirement plan.

## RETIREE MEDICAL BENEFITS

Retiree medical benefits may be paid from the Southern Plan. Contributions made to the Southern Plan to fund retiree medical benefits for participants other than key employees (as defined in Section 416(i) of the Internal Revenue Code of 1986, as amended) are held in a separate account and can only be used to provide retiree medical benefits. These assets are combined with Pension Plan assets for investment purposes only. If assets are left over once all retiree medical benefit expenses are paid, excess assets will be returned to Savannah Electric.

You will receive more information about retiree medical benefits when you retire.

## PENSION BENEFIT GUARANTY CORPORATION

Your pension benefits under this Plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the Plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people will receive all of the pension benefits they would have received under the Plan, but some people may lose certain benefits.

The PBGC guarantee generally covers: (1) normal and early retirement benefits; (2) disability benefits if you become disabled before the Plan terminates; and (3) certain benefits for your survivors.

The PBGC guarantee generally does not cover: (1) benefits greater than the maximum guaranteed amount set by law for the year in which the Plan terminates; (2) some or all of benefit increases and new benefits based on Plan provisions that have been in place for fewer than 5 years at the time the Plan terminates; (3) benefits that are not vested because you have not worked long enough for the Company; (4) benefits for which you have not met all of the requirements at the time the Plan terminates; (5) certain early retirement payments (such as supplemental benefits that stop when you become eligible for Social Security) that result in an early retirement monthly benefit greater than your monthly benefit at the Plan's normal retirement age; and (6) non-pension benefits, such as health insurance, life insurance, certain death benefits, vacation pay, and severance pay.

Even if certain of your benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money the Plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your Plan administrator or contact the PBGC's Technical Assistance Division, 1200 K Street N.W., Suite 930, Washington, D.C. 20005-4026 or call 202-326-4000 (not a toll-free number). TTY/TDD users may call the federal relay service toll-free at 1-800-877-8339 and ask to be connected to 202-326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's website on the Internet at http://www.pbgc.gov.

## ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of *Your Guide to Benefits* for additional information about the Plan, such as your rights under ERISA, how to appeal a denied claim, and how the Company may change or terminate the Southern Company Pension Plan.

AR-469

# ADMINISTRATIVE INFORMATION

**COBRA Continuation of Coverage**.................................................... **R 1**
- When can I continue coverage under COBRA? ................................... R 1
- Maximum period of coverage ............................................... R 2
- Notification ........................................................... R 2
- Choosing COBRA Coverage................................................ R 3
- Cost of Participation ................................................... R 3
- When COBRA Ends .................................................... R 4

**Your Rights Under ERISA** ............................................... **R 4**

**Claim Denial** ............................................................ **R 5**
- Disability plans ....................................................... R 6
- Group health plans .................................................... R 7

**Plan Administrator Discretion**............................................... **R 10**

**Plan Termination and Amendment** ......................................... **R 10**

**Plan Information (table)**..................................................... **R 11-22**

Administrative Information

Section R

AR-470

## administrative

# Administrative Information

*This section contains information on the administration of your benefit Plans, contacts you may need in certain situations and your rights as a Plan participant.*

## COBRA CONTINUATION OF COVERAGE

You and your dependents may continue your health care coverage in certain instances when your coverage would otherwise end. This is called COBRA coverage. COBRA stands for the Consolidated Omnibus Budget Reconciliation Act of 1985. COBRA applies to the following company plans.

- Southern Company Services, Inc. Healthcare Plan
- Southern Company Services, Inc. Dental Benefits Plan
- Southern Company Services, Inc. Flexible Benefits Plan (the Tax Saver Health Care Account only)
- Southern Company Services, Inc. Group Vision Plan
- Southern Company Services, Inc. Employee Assistance Plan

These plans will be referred to as the "Group Health Plans," collectively.

### WHEN CAN I CONTINUE COVERAGE UNDER COBRA?

*Covered Employees.* If you are an employee covered under one or more of the Group Health Plans, you may be entitled to elect COBRA coverage if you lose group health coverage (or your required premium payments or contributions for coverage increase) because:

- You are terminated for any reason other than "gross misconduct"
- Your hours of employment are reduced

*Covered Spouses.* If you are a spouse covered under one or more of the Group Health Plans, you may be entitled to continue coverage under COBRA if you lose group health coverage (or your required premium payments or contributions for health coverage increase) because:

- Your spouse is terminated for any reason other than "gross misconduct"
- Your spouse's hours of employment are reduced
- Your spouse dies
- Your spouse becomes entitled to Medicare (Part A or B)
- You divorce or legally separate

*Covered Dependent Children.* If you are the dependent child of an employee and are covered under one or more of the Group Health Plans, you may be entitled to COBRA coverage if you lose group health coverage (or your required premiums or contributions for coverage increase) for any of the following reasons:

- A termination of the employee's employment (for reasons other than "gross misconduct"), or a reduction in the employee's hours of employment
- The death of the employee
- Parent's divorce or legal separation
- You cease to be an eligible "dependent child" under the terms of the Group Health Plan
- Your parent who is our employee becomes entitled to Medicare Part A or B

If you are a child born or placed for adoption with a Covered Employee during COBRA coverage, you may also elect COBRA coverage. Your coverage period will be determined according to the date of the event that gave rise to the Covered Employee's COBRA coverage.

AR-471

**administrative**

information

## MAXIMUM PERIOD OF COVERAGE

*End of plan year.* If you or your dependents (including your spouse) lose coverage with respect to your Tax Saver Health Care Account under the Southern Company Services, Inc. Flexible Benefits Plan, the maximum COBRA coverage period is through the last day of the plan year (i.e., the calendar year) in which the above COBRA qualifying event occurs.

*18-month period.* If you lose coverage under a Group Health Plan (other than the Tax Saver Health Care Account) because of termination of employment or a reduction in hours, the maximum COBRA coverage period is 18 months for both you and your dependents.

*Disability extension.* The 18 months of COBRA coverage may be extended to 29 months if the Social Security Administration determines that you or your dependent is disabled at the time or within 60 days after you lose coverage because of termination of employment or reduction in hours. You and your dependents receiving COBRA coverage as a result of your termination of employment or reduction in hours are entitled to the extension.

*Secondary qualifying events.* Another extension of the 18-month period (or a 29-month period, if applicable) can occur for your dependents, if, during the 18 months (or 29 months) of COBRA coverage, a second qualifying event occurs (divorce, legal separation, death, entitlement to Medicare, or loss of status as a dependent child). If your dependents experience a second qualifying event, then the 18 months (or 29 months) of COBRA coverage may be extended to 36 months from the date of the original event giving rise to COBRA coverage. If a second qualifying event occurs, it is your or your dependents' obligation to notify us of the event within 60 days of the event and within the original 18-month (or 29 month) period. In no event, however, will COBRA coverage last beyond 36 months from the date of the original event giving rise to COBRA coverage.

*36-month period.* Your dependents can continue coverage under COBRA for up to 36 months if they lose coverage because of:
- Your death;
- Your entitlement to Medicare;
- Your divorce or legal separation; or
- Loss of dependent status.

## NOTIFICATION

You will be notified by mail of your right to choose COBRA coverage if you lose coverage due to reduction in hours or termination of employment. You will receive instructions on how to continue your health care benefits under COBRA.

Your dependents will be notified by mail of their right to choose COBRA coverage if they lose coverage due to your death or Medicare entitlement. Your dependents will receive instructions on how to continue their health care benefits under COBRA.

If your dependents lose coverage due to your divorce, legal separation, or their loss of dependent status, you (or a family member) must notify the ESC at 1-888-435-7563 within 60 days of the event so that COBRA can be offered and election rights can be mailed. If this notification is not made in a timely manner, then you or your dependents' rights to COBRA coverage may be forfeited.

If you or your dependents want to extend coverage beyond 18 months because of disability, proof that you or your dependents have been determined to be disabled by the Social Security Administration must be given within 60 days after the date of the disability determination and before the end of the first 18-month period. If there is a final determination under the Social Security Act that you or your dependent is no longer disabled, the ESC must be notified within 30 days of the determination that such person is no longer disabled, and any COBRA coverage extended beyond the maximum that would otherwise apply will be terminated for all family members.

**administrative**

information

CHOOSING COBRA COVERAGE

You will have 60 days to choose COBRA coverage after the later of the end of the month in which you lose coverage, or the date the Company notifies you of your COBRA rights. It is up to you, your spouse, your dependent children or any third party to contact the ESC within the 60-day period you choose COBRA coverage. If you or your dependents do not choose COBRA coverage during the 60-day election period, you lose your right to continue coverage.

If you or your dependents choose COBRA coverage, the Company must provide the same group coverage for you and your dependents that is provided to other participants in the Group Health Plan. This means that COBRA benefits and premiums will change if the benefits and premiums for the group change.

If you elect COBRA continuation coverage before the end of the election period:

- Initially, you will keep the same level of coverage you had before you elected COBRA coverage.
- Your COBRA coverage will be effective on the date your coverage would otherwise end, unless you waive COBRA coverage and then cancel your waiver within the 60-day election period. In that case, your coverage begins on the date you cancel your waiver.
- You may change coverage during annual enrollment or under the regular applicable Plan rules, such as the special enrollment right rules for certain family members upon the loss of other group health plan coverage or the acquisition of a new spouse or dependent through birth, adoption or placement for adoption.

COST OF PARTICIPATION

COBRA participants must pay monthly premiums for their coverage, based on the following:

- For health care coverage and dental coverage, premiums are based on the full cost of coverage set at the beginning of the year, plus 2% to cover administrative costs.
- You can contribute to your Tax Saver Health Care Account on an after-tax basis, without the administrative charge.
- If you or your dependent is disabled under the Social Security Act definition and the disabled family member is receiving COBRA coverage, COBRA premiums for months 19-29 reflect the full group costs per person plus 50% for all family members receiving the extended coverage. If the disabled family member is not receiving COBRA coverage, COBRA premiums for months 19-29 will reflect the full cost of COBRA coverage plus 2% for the family members receiving the extended coverage.

The initial premium must be paid within 45 days after you choose COBRA coverage. Thereafter, each premium must be paid within 30 days of the premium due date.

Your coverage will be canceled if your payment has not been received by the end of the applicable 45-day or 30-day payment period. If your payment is mailed in an appropriate wrapper, postage prepaid, and properly addressed, the date of the United States postmark stamped on the cover in which the item is mailed will be considered the payment date.

Postmarks by other than the U.S. Post Office must be on or prior to the payment deadline and received not later than the same class of mail would ordinarily be received if sent from the same point through the U.S. Mail. You assume all responsibility for the non-delivery of any premium payment.

AR-473

**administrative**

information

### WHEN COBRA ENDS

COBRA Coverage will end for a person before the maximum continuation period ends if:

- The covered person becomes covered under another group health plan (unless the plan has pre-existing condition limitations that affect the covered person)
- The covered person fails to make premium payments on time
- All group health plans of the Company are discontinued
- The covered person becomes entitled to Medicare on a date after the date of the COBRA election
- A covered person notifies the ESC that he wishes to cancel COBRA coverage
- The covered person's actions would result in the termination of coverage for a similarly situated active employee, such as fraudulent claims submission
- The covered person who has extended COBRA coverage due to disability is determined by the Social Security Administration to be no longer disabled (coverage will not terminate before the end of the initial 18-month period).

If you have any questions about COBRA, please contact the Employee Service Center at 1-888-435-7563.

### YOUR RIGHTS UNDER ERISA

As a participant in the Company's employee benefit Plans, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a Plan participant, you will be entitled to:

- Examine all Plan documents, including insurance contracts and collective bargaining agreements, and copies of all documents filed by the Plans with the U.S. Department of Labor, such as annual reports and Plan descriptions. All such documents may be examined in Human Resources without charge.
- Obtain copies of all Plan documents and other Plan information by writing to Human Resources. You may be asked to pay a reasonable amount for the copies.
- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to provide you with a copy of this summary annual report each year.
- Obtain a statement once a year which shows:
  - The total balance in your Employee Stock Ownership Plan and Employee Savings Plan accounts and the vested portion, if any
  - Whether you have a right to receive a pension at your normal retirement age under the Pension Plan
  - If you have a right to a pension, what your benefit would be at normal retirement age if you were to stop working now
  - If you do not have a right to a pension, how many more years you have to work to earn one

The Plan may require a written request for this statement, but it must be provided free of charge.

You also may be entitled to continue group health care coverage for yourself, spouse or dependents if there is a loss of coverage under a group health plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the group health plan on the rules governing your COBRA continuation coverage rights.

If your group health plan imposes limits on coverage for pre-existing conditions, you may be entitled to a reduction or elimination of exclusionary periods of coverage for pre-existing conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a

YOUR GUIDE TO BENEFITS

**AR-474**

# administrative

**information**

pre-existing condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

In addition to creating rights for Plan participants, ERISA imposes duties upon those who are responsible for the operation of your employee benefit Plans.

The people who operate your Plans, called "fiduciaries," have a duty to do so prudently and solely in the interest of you and other Plan participants and beneficiaries. Fiduciaries who violate the provisions of ERISA may be removed and required to make good any losses they have caused the Plan by virtue of their breach of their fiduciary duties. No one — including your employer, your union or any other person — may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit for exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days, you may seek assistance from the U.S. Department of Labor or file suit in federal court. In such case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

Provided you have fully exhausted the Plan's claims and review procedures, you may file suit in a federal or state court if you have a claim for benefits that is denied or ignored in whole or in part. In addition, if you disagree with the plan's decision on a final appeal or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court. If a Plan fiduciary misuses Plan money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees (for example, if the court finds your claim is frivolous).

If you have any questions about your Plan, you should contact the Plan Administrator. If you have questions about this statement or about your rights under ERISA, or if you need assistance obtaining documents from the Plan Administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N. W., Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

## CLAIM DENIAL

Claims for benefits must be made in the manner provided by the particular Plan (for disability Plans and group health Plans, please see below). No legal action to recover benefits or enforce or clarify rights under a Plan can be commenced until you have first exhausted the claims and review procedures provided under the Plan.

If your claim for benefits under a Plan offered by the Company is denied, in whole or in part, the Plan Administrator of that Plan (or its delegate) must give you or your beneficiary, if applicable, written notice of the denial within a reasonable period of time, but not later than 90 days after the claim is received. If special circumstances require more time to process your claim, you will receive a written explanation of the special circumstances prior to the end of the initial 90 day period and a decision will be made as soon as possible, but not later than 180 days after your claim is received.

AR-475

**administrative**

information

The written notice of your claim denial must include:

- Specific reasons why the claim was denied
- Specific references to applicable provisions of the Plan document or other relevant records or papers on which the denial is based, and information about where you may see them
- A description of any additional material or information needed to process the claim, and an explanation of why such material or information is necessary
- An explanation of the claims review procedure, including the time limits applicable to such procedure, as well as a statement notifying you of your right to file suit in federal or state court if your claim for benefits is denied, in whole or in part, on review

Upon request, you and/or your beneficiary will be provided without charge, reasonable access to, and copies of, all non-confidential documents that are relevant to any denial of benefits. If you disagree with the Plan Administrator's or insurer's decision, you have 60 days from the day you receive the original denial to request a review. Your request must be made in writing and sent to the Plan Administrator (as set forth in the insurance policy if the benefit is insured). The request should state the reasons why you want the claim reviewed and may also include evidence or documentation to support your or your beneficiary's position.

The Plan Administrator will reconsider your claim, taking into account all evidence, documentation, and other information related to your claim and submitted on your behalf, regardless of whether such information was submitted or considered in the initial denial of your claim. The Plan Administrator will make a decision within 60 days. If special circumstances require more time for this process, you will receive written a explanation of the special circumstances prior to the end of the initial 60 day period and a decision will be sent as soon as possible, but not later than 120 days after the Plan Administrator receives your request.

DISABILITY PLANS

With respect to a denial of benefits under a disability Plan offered by the Company, the following will apply. Claims for disability benefits must be made in the manner provided by the particular disability Plan. No legal action to recover benefits or enforce or clarify rights under a disability Plan can be commenced until you have first exhausted the claims and review procedures provided under the disability Plan. If your claim for benefits under a disability Plan is denied, in whole or in part, the Plan Administrator of the disability Plan (or its delegate) must give you or your beneficiary, if applicable, written notice of the denial within a reasonable period of time, but not later than 45 days after the claim is received. If more time is required to process your disability claim due to matters beyond the control of the Plan, you will receive a written explanation of such matters prior to the end of the initial 45 day period and a decision will be made as soon as possible, but not later than 75 days after your claim is received. If, however, even more time is required to process your disability claim due to matters beyond the control of the Plan, you will receive an additional written explanation of such matters prior to the end of the 75 day period and a decision will be made as soon as possible, but not later than 105 days after your claim is received.

The written notice of your claim denial must include:

- Specific reasons why the claim was denied
- Specific references to applicable provisions of the Plan document or other relevant records or papers on which the denial is based, and information about where you may see them
- A description of any additional material or information needed to process the claim, and an explanation of why such material or information is necessary
- An explanation of the claims review procedure, including the time limits applicable to such procedure, as well as a statement notifying you of your right to file suit in federal or state court if your claim for benefits is denied, in whole or in part, on review
- A copy of, or a statement that you may request free of charge a copy of, any specific rule, guideline, protocol or other similar criterion that was relied upon in deciding your claim

**AR-476**

# administrative

*information*

Upon request, you and/or your beneficiary will be provided without charge, reasonable access to, and copies of, all non-confidential documents that are relevant to any denial of benefits. If you disagree with the reasons for your claim denial, you have 180 days from the day you receive the original denial to request a review. Your request must be made in writing and sent to the Plan Administrator (as set forth in the insurance policy if the benefit is insured). The request should state the reasons why you want the claim reviewed and may also include evidence or documentation to support your or your beneficiary's position.

Your claim denial will be reviewed by an appropriate named fiduciary of the disability Plan who is neither the person who initially denied your claim, nor is subordinate to such person. During the review of your claim, no deference will be given to the initial determination of your claim. In addition, your claim denial will be reviewed in a manner that takes into account all evidence, documentation, and other information related to your claim and submitted on your behalf, regardless of whether such information was submitted or considered in the initial determination of your claim. If your initial claim denial is based, in whole or in part, upon a medical judgment, a health care professional who has the appropriate level of experience and training in the field of medicine involved with the medical judgment will be consulted during your review. If a health care professional is consulted during the review of your claim, the health care professional will not be the person who was consulted during the initial determination of your claim, nor be subordinate to such person. Moreover, in the event that any advice is sought from any health care or vocational professionals in connection with the determination of your claim, you will be provided with the professional's identity even if the advice was not relied upon in deciding your claim.

The appropriate named fiduciary will make a decision within 45 days. If special circumstances require more time for this process, you will receive a written explanation of the special circumstances prior to the end initial 45 day period and a decision will be sent as soon as possible, but not later than 90 days after the Plan Administrator receives your request.

## GROUP HEALTH PLANS

With respect to a denial of benefits under a group health Plan offered by the Company, the following will apply. Group health Plan benefit claims are divided into four categories: urgent care claims, pre-service claims, concurrent care claims and post-service claims. The timeframe for making claim and appeal determinations depends on the type of claim submitted. No legal action to recover benefits or enforce or clarify rights under a group health Plan can be commenced until you have first exhausted the claims and review procedures provided under the group health Plan.

*Urgent Care Claims.* An "urgent care claim" is any claim for medical care or treatment with respect to which the application of the time periods for making non-urgent care determinations (a) could seriously jeopardize your life or health or your ability to gain maximum function, or (b) in your physician's opinion with knowledge of your medical condition, would subject you to severe pain that cannot be adequately managed without the subject care or treatment.

- *How to make a claim.* An urgent care claim should be made by following the procedures established under your group health Plan benefit option. To obtain this information, contact your health Plan using the number found on your medical or dental ID card or contact the Southern Company Employee Service Center at 1-888-435-7563.

- *Initial claim review.* A claim involving urgent care must be decided as soon as possible, but no later than 72 hours after the Plan receives the claim. You will be notified within 24 hours if you have not followed the Plan's procedure for filing an urgent care claim, and will be provided the proper procedures to be followed. Similarly, if the Plan cannot render a decision within 72 hours because you have not provided sufficient information to review the claim, the Plan will notify you within 24 hours of the specific information needed to complete the claim. You must be given at least 48 hours to provide the required information. The Plan will notify you of its benefit determination within 48 hours after the earlier of: (i) the Plan's receiving the required information, or (ii) the expiration of the period afforded to you to provide the information. In the case of an adverse

AR-477

**administrative**

information

benefit determination, you will be provided a description of the expedited claim review process for urgent care claims.

- *Appeal.* Your appeal of an adverse benefit determination must be decided as soon as possible, but no later than 72 hours after the Plan receives the request for review or appeal.

*Pre-Service Claims.* A pre-service claim is any claim for a group health benefit with respect to which the Plan requires approval of the benefit in advance of obtaining medical care.

- *How to make a claim.* A pre-service claim should be made by following the procedures established under your group health Plan benefit option. To obtain this information, contact your health Plan using the number found on your medical or dental ID card or contact the Southern Company Employee Service Center at 1-888-435-7563.

- *Initial claim review.* A pre-service claim must be decided within 15 days after the Plan receives the claim, although the review period may be extended an additional 15 days if necessary due to circumstances beyond the Plan's control. You will be notified within the timeframe of the reason for the extension and the date the Plan expects to render its decision.

  If you have not followed the Plan's procedures for filing a pre-service claim, the Plan must notify you within 5 days of the proper procedures for you to complete the claim.

  If the Plan cannot render a decision within 15 days because you have not provided sufficient information to review the claim, the notice of extension must describe the specific information needed to complete the claim. You will be given at least 45 days from receipt of this notice to provide the required information. Then, the Plan has 15 days after it receives the information to render its decision.

- *Appeal.* The Plan will decide an appeal of a denied pre-service claim within 30 days after receiving the request for review.

*Concurrent Care Claims.* A concurrent care claim involves a claim for an ongoing course of treatment to be provided over a period of time or number of treatments. Any reduction or termination by the Plan of the course of treatment (other than by plan amendment or termination) before the end of the period of time or number of treatments originally prescribed is considered an adverse benefit determination.

- *How to make a claim.* A concurrent care claim should be made by following the procedures established under your group health Plan benefit option. To obtain this information, contact your health Plan using the number found on your medical or dental ID card or contact the Southern Company Employee Service Center at 1-888-435-7563.

- *Initial claim review.* An adverse benefit determination involving concurrent care will be made sufficiently in advance of any reduction in or termination of treatment to allow you to appeal the adverse benefit determination. If a course of treatment involves urgent care, your request to extend the course of treatment will be decided as soon as possible, but not later than 24 hours after the Plan receives the request, provided that the request is made at least 24 hours prior to the expiration of treatment.

- *Appeal.* An appeal of an adverse benefit determination regarding concurrent care must be decided within 72 hours for urgent care claims, 30 days for pre-service claims, or 60 days for post-service claims.

*Post-Service Claims.* A post-service claim is any claim for a group health benefit which is not an urgent care claim, pre-service claim or a concurrent care claim.

- *How to make a claim.* A post-service claim should be made by following the procedures established under your group health Plan benefit option. To obtain this information, contact your health Plan using the number found on your medical or dental ID card or contact the Southern Company Employee Service Center at 1-888-435-7563.

R 8

AR-478

## administrative

information

- *Initial claim review.* A post-service claim must be decided within 30 days after the Plan receives the claim. The Plan may extend the review period for an additional 15 days if necessary due to circumstances beyond the control of the Plan. The Plan will notify you within the timeframe of the reason for the extension and the date by which the Plan expects to render its decision.

  If the Plan cannot render a decision within 30 days because you have not provided sufficient information to determine whether, or to what extent, benefits are covered or payable under the Plan, the notice of extension will describe the specific information needed to complete the claim. You will be given at least 45 days from receipt of the notice to provide the required information. The Plan has 15 days from the date of receiving your information to render its decision.

- *Appeal.* An appeal involving a post-service claim must be decided by the Plan within 60 days after receiving the request for review.

If your claim for benefits is denied in whole or in part, the Plan must give you or your authorized representative, if applicable, written or electronic notice of the denial within a reasonable period of time, but not later than the deadlines addressed below for each type of claim. The written notice of your claim denial must include:

- The specific reason(s) for the adverse determination;
- Reference to the specific Plan provisions on which the determination is based;
- A description of any additional information needed for you to perfect the claim and an explanation of why such information is needed;
- A description of the Plan's review procedures, including your right to bring a civil action under Section 502(a) of ERISA following denial of an appeal;
- A copy of any internal rule, guideline, protocol or other similar criteria relied on in making the adverse benefit determination, or a statement that it will be provided without charge upon request; and,
- If the adverse determination is based on medical necessity or experimental treatment or a similar exclusion or limit, either an explanation of the scientific or clinical judgment, applying the terms of the Plan to your medical circumstances, or a statement that this will be provided without charge upon request.

Such information may be provided to you verbally in the case of an urgent care group health claim, in addition to the written or electronic notice.

Upon request, you and/or your authorized representative will be provided without charge, reasonable access to, and copies of, all documents that are relevant to any denial of benefits.

If you disagree with the reasons for your claim denial, except for a denial of a concurrent care claim, you (or your authorized representative) have 180 days from the date you receive the original denial to request a review. Your request must be made in writing and sent to the person designated to receive appeals under your group health Plan benefit option. The request should state the reasons why you want the claim reviewed and may also include evidence or documentation to support your position. Contact your health Plan or the Southern Company Employee Service Center at 1-888-435-7563 to obtain more information about this process.

Your appeal will be reviewed by the named fiduciary designated to review appeals under your group health Plan benefit option and will neither be the person who initially denied your claim, nor be subordinate to such person. During the review of your claim, no deference will be given to the initial determination of your claim. In addition, your claim will be reviewed in a manner that takes into account all evidence, documentation, and other information related to your claim and submitted on your behalf, regardless of whether such information was submitted or considered in the initial determination. If your initial claim denial is based, in whole or in part, upon a medical judgment, a health care professional who has the appropriate level of experience and training in the field of medicine involved with the medical

R 9

AR-479

# administrative

judgment will be consulted during your review. If a health care professional is consulted during the review of your claim, the health care professional will not be the person who was consulted during the initial determination of your claim, nor be subordinate to such person. Moreover, in the event that any advice is sought from any health care or vocational professionals in connection with the determination of your claim, you will be provided with the professional's identity even if the advice was not relied upon in deciding your claim.

The Plan will provide you with written or electronic notice of its decision on review of your claim. In the case of an adverse benefit determination, the notification will include the following:

- The specific reason(s) for the adverse determination;
- Reference to the specific Plan provisions on which the determination is based;
- A statement that you are entitled to receive without charge reasonable access to any document (1) relied on in making the determination; (2) submitted, considered or generated in the course of making the benefit determination; (3) that demonstrates compliance with the administrative processes and safeguards required in making the determination; or (4) constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment without regard to whether the statement was relied on;
- A statement of any voluntary appeals procedures and your right to receive information about the procedures as well as the claimant's right to bring a civil action under Section 502(a) of ERISA;
- A copy of any internal rule, guideline, protocol or other similar criteria relied on in making the adverse determination or a statement that it will be provided without charge upon request;
- If the adverse determination is based on medical necessity or experimental treatment or a similar exclusion or limit, either an explanation of the scientific or clinical judgment, applying the terms of the Plan to your medical circumstances, or a statement that this will be provided free of charge upon request; and
- The following statement: "You and your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency."

## PLAN ADMINISTRATOR DISCRETION

The Plan Administrator (or, for insured plans, the insurer) of each Plan (or its delegate) has the exclusive discretionary authority to:

- Interpret the Plan
- Decide all questions of eligibility for benefits
- Determine the amount of these benefits

The Plan Administrator's decisions are final.

## PLAN TERMINATION AND AMENDMENT

The Company intends to continue these Plans indefinitely. However, the Plans may be terminated or amended at any time and for any reason. The group responsible for such terminations or amendments is:

Southern Company Services, Inc., through its Board of Directors, Committee or Officer to which it has delegated authority.

*This handbook is intended to provide a summary of the major provisions of the Company's employee benefit Plans. However, the official Plan documents remain the final authority and, in the event of a conflict with this handbook, will control in all cases. The Plan documents and trust agreements are available for your review in Human Resources during normal business hours. Participation in any of the benefit Plans sponsored by the Company does not constitute a contract or guarantee of employment.*

R 10

AR-480

# administrative

*information*

| | Southern Company Pension Plan | Southern Company Employee Savings Plan |
|---|---|---|
| PLAN NAME | | |
| PLAN TYPE | Non-contributory defined benefit pension plan | Stock bonus, employee stock ownership and defined contribution pension plan |
| PLAN NUMBER/ POLICY NUMBER | 001 | 002 |
| PLAN YEAR | Calendar year (January 1-December 31) | Calendar year (January 1-December 31) |
| PLAN ADMINISTRATOR | Retirement Board for the Southern Company Pension Plan **Southern Company Services, Inc.** 270 Peachtree Street, N.W. BIN 943 Atlanta, GA 30303 (404) 506-0831 | Employee Savings Plan Committee **Southern Company Services, Inc** 270 Peachtree Street, N.W. BIN 943 Atlanta, GA 30303 (404) 506-0831 |
| PLAN SPONSOR* | **Southern Company Services, Inc.** 270 Peachtree Street, N.W. Atlanta, GA 30303 (404) 506-5000 | **Southern Company Services, Inc.** 270 Peachtree Street, N.W. Atlanta, GA 30303 (404) 506-5000 |
| EMPLOYER IDENTIFICATION NUMBER OF PLAN SPONSOR | 63-0274273 | 63-0274273 |
| AGENT FOR SERVICE OF LEGAL PROCESS | Secretary **Southern Company Services, Inc.** 270 Peachtree Street, N.W. Atlanta, GA 30303 Service of legal process may also be made on the Chairman, Retirement Board for the Southern Company Pension Plan, at the same address, or the Plan's Trustee. | Secretary **Southern Company Services, Inc.** 270 Peachtree Street, N.W. Atlanta, GA 30303 Service of legal process may also be made on the Chairman, Employee Savings Plan Committee, at the same address, or the Plan's Trustee. |
| TYPE OF ADMINISTRATION | The Retirement Board is responsible for all aspects of the administration of the Pension except management of the assets of the Plan, which is the responsibility of the Trustee and any investment managers appointed by the Company's Pension Fund Investment Review Committee. | The Plan is administered by the Employee Savings Plan Committee through a contract with: **Merrill Lynch, Pierce, Fenner & Smith Inc. Attn: Retirement Group Account Management** 1400 Merrill Lynch Drive Mail Stop # 04-4N-G Pennington, NJ 08534 |
| PLAN FUNDING | Pensions are paid from the pension fund. All contributions to the pension fund are made by the Employing Companies. The contributions (and any earnings or losses thereon) are held by the Trustee under a trust agreement with the Plan Sponsor. Each year the Employing Companies' contributions are determined on the basis of computations made by actuaries who determine how much is needed to keep the Plan actuarially sound. From time to time, certain reasonable Plan administration expenses approved in accordance with Plan requirements may be paid from Plan assets. | The Employee Savings Plan is funded through employee contributions and Company matching contributions. These contributions are held in a trust fund and invested in the Plan's investment options. Southern Company Services and its affiliated companies or the Plan's trust pay the Trustee's fees and other administrative costs. Brokerage commissions, transfer taxes, and other expenses resulting from purchases and sales of securities within the various investment funds are charged to those funds. Commissions are charged to participants who purchase or sell individual equities. For Company matching contributions, investment management fees for all funds, except Company stock, are deducted from fund earnings. For employee contributions, the Company pays investment management fees for the Merrill Lynch Retirement Preservation Trust, the Merrill Lynch Equity Index Trust, and the Merrill Lynch Aggregate Bond Index Trust; and investment management fees for all other funds are deducted from fund earnings. |
| TRUSTEE | **JP Morgan Chase Bank** 4 Chase Metrotech Center Brooklyn, NY 11245 | **Merrill Lynch Trust Company, FSB** 1600 Merrill Lynch Drive Pennington, NJ 08534 |

*\* For a list of affiliated companies that have adopted each Plan, contact the Plan Administrator.*

R 17

AR-481

## administrative

information

| | |
|---|---|
| PLAN NAME | Southern Company Employee Stock Ownership Plan |
| PLAN TYPE | Stock bonus, employee stock ownership, and defined contribution pension plan |
| PLAN NUMBER/POLICY NUMBER | 003 |
| PLAN YEAR | Calendar year (January 1-December 31) |
| PLAN ADMINISTRATOR | Employee Stock Ownership Plan Committee<br>**Southern Company Services, Inc.**<br>270 Peachtree Street, N.W. BIN 949<br>Atlanta, GA 30303<br>(404) 506-0831 |
| PLAN SPONSOR* | **Southern Company Services, Inc.**<br>270 Peachtree Street, N.W.<br>Atlanta, GA 30303<br>(404) 506-5000 |
| EMPLOYER IDENTIFICATION NUMBER OF PLAN SPONSOR | 63-0274273 |
| AGENT FOR SERVICE OF LEGAL PROCESS | Secretary<br>**Southern Company Services, Inc.**<br>270 Peachtree Street, N.W.<br>Atlanta, GA 30303<br>Service of legal process may also be made on the Chairman, Employee Stock Ownership Plan Committee, at the same address, or the Plan's Trustee. |
| TYPE OF ADMINISTRATION | The Plan is administered by the Employee Stock Ownership Plan Committee through a contract with:<br>**Merrill Lynch, Pierce, Fenner & Smith Inc.**<br>**Attn: Retirement Group Account Management**<br>1400 Merrill Lynch Drive<br>Mail Stop # 04-4N-G<br>Pennington, NJ 08534 |
| PLAN FUNDING | The Company makes all contributions to the Plan. The contributions are held in a trust fund and invested in common stock of Southern Company. The Trustee's fees and other administrative costs are paid from the trust fund. From time to time certain reasonable Plan administration expenses approved in accordance with Plan requirements may be paid from Plan assets. To the extent that such expenses are charged to Plan assets, there will be a small decrease in your Plan benefit at the time the expense is charged. Based on past experience, in a given Plan Year, the amount of expense charged to Plan assets is much less than one percent of the Company's annual contribution to the Plan. |
| TRUSTEE | **Merrill Lynch Trust Company, FSB**<br>1600 Merrill Lynch Drive<br>Pennington, NJ 08534 |

*\* For a list of affiliated companies that have adopted each Plan, contact the Plan Administrator.*

R 18

YOUR GUIDE TO BENEFITS

AR-482