## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren,** | ) ) ) ) ) |
| **Plaintiff,** | ) |
| **v.** | ) **CIVIL ACTION NO: 2:07 CV-00192-** ) **WKW** ) |
| **THE SOUTHERN COMPANY PENSION PLAN and THE SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD,** | ) ) ) ) |
| **Defendant.** | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendants Southern Company

Pension Plan ("the Plan") and Southern Company Pension Plan Retirement Board

(the "Retirement Board"), as fiduciary and administrator for the Plan, (hereinafter

collectively referred to as "Defendants"), hereby make the following disclosure

concerning parent companies, subsidiaries, affiliates, partnership, joint ventures,

debtor, creditors' committee, or other entities reportable under the provisions of the

Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

The Retirement Board serves as fiduciary and administrator of the Plan. Southern Company Services, Inc. sponsors and maintains the Plan for the benefit of its employees and the employees of the following subsidiaries and/or affiliates of Southern Company: Alabama Power Company, Georgia Power Company, Gulf Power Company, Mississippi Power Company, Southern Communications Services, Inc., Southern Company Energy Solutions LLC, and Southern Nuclear Operating Company, Inc.  The Southern Company issues equity shares to the public.  None of the other above listed companies has issued any such shares to the public.  Neither the Plan nor the Retirement Board has issued any such shares to the public.

Respectfully submitted this 6th day of December, 2007.

> s/Leigh Anne Hodge
> One of the Attorneys for Southern Company
> Pension Plan and Southern Company
> Pension Plan Retirement Board

**OF COUNSEL:**
Leigh Anne Hodge (HOD010)
Lindsay S. Reese (REE061)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100

Facsimile: (205) 226-8798

Louis M. Calligas
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (877) 313-6054
E-mail: lcalligas@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2007, I electronically filed

the foregoing with the Clerk of Court using the CM/ECF system which will send

notification of such filing to the following:

Stephen T. Etheredge
Dustin J. Fowler
Lexa Dowling
BUNTIN, ETHEREDGE & DOWLING, LLC
P.O. Box 1193
Dothan, Alabama  36302

s/Leigh Anne Hodge
One of the Attorneys for The Southern
Company Pension Plan and Southern
Company Pension Plan Retirement Board

Leigh Anne Hodge (HOD010)
Lindsay S. Reese (REE061)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205) 251-8100
Facsimile:  (205) 226-8798

Louis M. Calligas
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500