IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 2:07 CV-192-WKW |
| THE SOUTHERN COMPANY, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |

RECEIVED
2007 DEC -7 A 9: 36
DRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** the attorney for the Plaintiff in the above styled action and for compliance with the Court's order requiring conflict disclosure would state that the undersigned is unaware of any entity, including parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities that could potentially pose a financial or professional conflict for the Judge presiding over this action or for any other Judge.

/s/ Stephen T. Etheredge
Stephen T. Etheredge (STE002)
Attorney for Plaintiff
P.O. Box 1193
Dothan, AL 36302
334-793-3377

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date served a copy of the above and foregoing upon the following by placing same in the United States mail, postage prepaid and properly addressed on this the ___6___ day of December, 2007.

Leigh Ann Hodge
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306

Louis M. Calligas
Balch & Bingham, LLP
P.O. Box 78
Montgomery, AL 36101-0078

                                                                         /s/ [signature]
                                                                       OF COUNSEL