IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-192-WKW |
| THE SOUTHERN COMPANY PENSION, PLAN and THE SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

By the Uniform Scheduling Order dated May 8, 2007 (Doc. # 16), the parties were ordered to conduct their face-to-face settlement conference by November 25, 2007. The Uniform Scheduling Order requires counsel for the plaintiff to file with the court the "Notice Concerning Settlement Conference and Mediation" within five days of the date of the settlement conference. There having been no notice filed, it is hereby ORDERED that the counsel for the plaintiff **on or before January 15, 2008**, shall either file the notice or show cause in writing why counsel has failed to comply with the court's orders.

DONE this 8th day of January, 2008.

                                      /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE