IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren,<br><br>Plaintiff,<br><br>V.<br><br>THE SOUTHERN COMPANY PENSION PLAN AND THE SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 2:07 CV-00192-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiff and, in accordance with this Court's scheduling order, hereby give notice unto the Court of the following:

1.  That good faith settlement negotiations were conducted between the parties face to face on January 9, 2008 at 105 Tallapoosa Street, Suite 200, in Montgomery, Alabama.

2.  That a settlement has not been reached.

3.  The parties do not believe that mediation would assist them at this time.

/s/ Dustin J. Fowler
Dustin Fowler (FOW017)
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of January, 2008, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filings upon the following:

Leigh Anne Hodge
Lindsey S. Reese
Balch & Bingham LLP
P.O. Box 306
Birmingham, Al 35201-0306

Louis M. Calligas
Balch & Bingham LLP
P.O. Box 78
Birmingham, Al 36101-0078

/s/ Dustin Fowler