IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren,<br><br>    Plaintiff,<br><br>v.<br><br>THE SOUTHERN COMPANY PENSION PLAN AND THE SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) ACTION NO: 2:07 CV-00192-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SOUTHERN COMPANY PENSION PLAN AND SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD'S WITNESS AND EXHIBIT LIST

Defendants Southern Company Pension Plan ("the Plan") and Southern Company Pension Plan Retirement Board (the "Retirement Board"), as fiduciary and administrator for the Plan, (hereinafter collectively referred to as "Defendants"), file the following list of witnesses who shall or who it reasonably expects it will call to testify and exhibits it expects to submit at trial.

### WITNESS LIST

1. Gregory F. Marshall, Southern Company Services
2. Nancy K. Jones, Southern Company Services

950091.1

3. Any witness named by Plaintiff and not objected to by Defendants.

4. Any witness needed by Defendants for impeachment or rebuttal.

## EXHIBIT LIST

1. All documents contained within the Administrative Record (Bates Nos. AR-001 through AR-570):[1]

   a. The Southern Company Pension Plan, Effective as of January 1, 1997, with Amendments thereto (Bates Nos. AR-001 through AR-297);

   b. Excerpts from the 1997 "Your Guide to Benefits" (AR-297A through AR-297OO);

   c. The Southern Company Pension Plan, Effective as of January 1, 2002, including the First Amendment thereto (Bates Nos. AR-298 through AR-388);

   d. Excerpts from the 2002 "Your Guide to Benefits" (AR-389 through AR-429);

   e. Excerpts from the 2003 "Your Guide to Benefits" (AR-430 through AR-482);

   f. Claim and Appeals Correspondence, which includes correspondence by and between counsel for Ms. Woodall and

---

[1] On October 30, 2007, Defendant filed the Administrative Record with the Clerk of Court in support of its Motion for Summary Judgment.

      the Retirement Board, minutes of the Retirement Board's meetings, and copies of the QDRO Procedures (AR-483 through AR-570).

2. Divorce Decree entered February 14, 2001, in the Circuit Court of Lowndes County, Alabama, between David R. Fondren and Debra S. Fondren.

3. Written procedures governing handling and processing of QDROs (the "QDRO Procedures"). (AR-502 through AR-511 [dated May 16, 2005]; AR-566 through AR-570 [dated January 7, 2003]).

4. Any exhibit listed by the Plaintiff and not objected to by Defendants.

5. Any exhibit needed by Defendants for impeachment or rebuttal.

                                    s/ Leigh Anne Hodge
                                    One of the Attorneys for Southern Company Pension Plan and Southern Company Pension Plan Retirement Board

**OF COUNSEL:**
Leigh Anne Hodge (HOD010)
Lindsay S. Reese (REE061)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
E-mail: lhodge@balch.com
E-mail: lreese@balch.com

Louis M. Calligas
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: lcalligas@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen T. Etheredge
Dustin J. Fowler
Lexa Dowling
BUNTIN, ETHEREDGE & DOWLING, LLC
P.O. Box 1193
Dothan, Alabama 36302

                                            s/Leigh Anne Hodge
                                            One of the Attorneys for The Southern
                                            Company Pension Plan and Southern
                                            Company Pension Plan Retirement Board