**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                    TELEPHONE (334) 954-3600

January 17, 2008


# NOTICE OF CORRECTION


**To:**              All Counsel of Record

**From:**            Clerk's Office

**Case Style:**      R.A.F. v. The Southern Company Pension Plan, et al.

**Case Number:**     #2:07-cv-00192-WKW

**Referenced Document:**   Document #42
                           Witness and Exhibit List

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature on the pleading nor on the certificate of service as required by the Civil Administrative Procedures II-C. The title of the pleading was also incorrect. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE SOUTHERN COMPANY PENSION PLAN AND THE SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   ACTION NO: 2:07 CV-00192-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF R.A.F.'S WITNESS AND EXHIBIT LIST

Plaintiff R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren, files the following list of witnesses who shall or who she reasonably expects will call to testify and exhibits she expects to submit at trial.

### WITNESS LIST

1. B.F. Stokes, Stokes and Clinton, Attorney at Law, Mobile, Alabama

2. Debra S. Woodall f/k/a Debra S. Fondren

3. Any witness named by Defendants and not objected to by Plaintiff.

4. Any witness needed by Plaintiff for impeachment or rebuttal.

### EXHIBIT LIST

1. Divorce Decree entered February 14, 2001, in the Circuit Court of Lowndes County, Alabama, between David R. Fondren and Debra S. Fondren.

2. Letter of January 26, 2006, from B.F. Stokes to The Retirement board of Southern Company Pension Plan, with accompanying affidavit and QDRO.

3. Letter of November 29, 2005 from Gregory Marshall to B.F. Stokes with enclosure.

4. Letter of September 15, 2005, from B.F. Stokes to Ms. Nancy Jones with enclosure.

5. AR-519 which is a summary of events and time line.

6. Minutes of May 9, 2003, meeting of the Southern Company Pension Plan Retirement Board.

7. Minutes of June 15, 2001, meeting of the Southern Company Pension Plan Retirement Board.

8. Letters of May 3 and May 25, 2004, from Nancy Jones to Brandon Simmons.

9. Any exhibit listed by the Defendants and not objected to by Plaintiff.

10. Any exhibit needed by Plaintiff for impeachment or rebuttal.

Buntin, Etheredge & Dowling, L.L.C.

_____
Lexa E. Dowling (DOW007)
185 North Oates Street
P. O. Box 1193
Dothan, AL 36360
(334) 793-3377

**OF COUNSEL**
Lexa E. Dowling (DOW007)
Stephen T. Etheredge (ETH002)
Dustin J. Fowler (FOW017)
BUNTIN, ETHEREDGE & DOWLING, L.L.C.
P. O. Box 1193
Dothan, AL 36301
Telephone: 334-793-3377
Facsimile: 334-793-7756
E-mail: ldowling@graceba.net

E-mail: setheredge@snowhill.com
E-mail: attorneyDF@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on this the 16th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leigh Anne Hodge
Lindsay S. Reese
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201-0306

Louis M. Calligas
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, AL 36101-0078

_____
OF COUNSEL