IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) ACTION NO: 2:07 CV-00192-WKW<br>) |
| THE SOUTHERN COMPANY PENSION PLAN AND THE SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## SOUTHERN COMPANY PENSION PLAN AND SOUTHERN COMPANY'S OBJECTIONS TO PLAINTIFF'S LIST OF TRIAL WITNESSES AND EXHIBITS

Defendants Southern Company Pension Plan and Southern Company Pension Plan Retirement Board object to the Plaintiff's List of Trial Witnesses and Exhibits as follows:

1.  Southern Company objects to the Plaintiff calling B. F. Stokes as a witness on the grounds that this Court's review is limited to the Administrative Record in this ERISA action.

952384.1

2.   Southern Company objects to the Plaintiff calling Debra F. Woodall, f/k/a Debra S. Fondren as a witness on the grounds that this Court's review is limited to the Administrative Record in this ERISA action.

        s/ Leigh Anne Hodge
        One of the Attorneys for Southern Company
        Pension Plan and Southern Company
        Pension Plan Retirement Board

**OF COUNSEL:**
Leigh Anne Hodge (HOD010)
Lindsay S. Reese (REE061)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
E-mail: lhodge@balch.com
E-mail: lreese@balch.com

Louis M. Calligas
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: lcalligas@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen T. Etheredge
Dustin J. Fowler
Lexa Dowling
BUNTIN, ETHEREDGE & DOWLING, LLC
P.O. Box 1193
Dothan, Alabama 36302

                                        s/Leigh Anne Hodge
                                        One of the Attorneys for The Southern
                                        Company Pension Plan and Southern
                                        Company Pension Plan Retirement Board