IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:07-cv-192-WKW |
| THE SOUTHERN COMPANY PENSION, PLAN and THE SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD | )<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the parties shall be prepared to show cause at the pretrial conference why this case should not be submitted for final judgment based on the summary judgment briefs of the parties in light of *Doyle v. Liberty Life Assur. Co. of Boston*, 07-10348, __ F.3d __, 2008 WL 60090, at *9 n.6 (11th Cir. Jan. 7, 2008).

DONE this 29th day of January, 2008.

                                          /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE