IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:07-cv-192-WKW ) |
| THE SOUTHERN COMPANY PENSION, PLAN and THE SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Based on the agreement of the parties made during the pretrial conference held January 31, 2008, it is ORDERED that the lawsuit is submitted to the court for final judgment on the pleadings, the summary judgment briefs of both parties, and the exhibits attached thereto. All remaining dates and deadlines, including the trial scheduled for the February 25, 2008 trial term, are CANCELLED.

DONE this 1st day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE