IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| R.A.F., a minor, by and through her mother as natural guardian and next friend, Debra S. Woodall, f/k/a Debra S. Fondren, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-192-WKW [wo] |
| THE SOUTHERN COMPANY PENSION, PLAN and THE SOUTHERN COMPANY PENSION PLAN RETIREMENT BOARD | ) ) ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this day, it is the ORDER, JUDGMENT AND DECREE of the court that the decision of the Retirement Board is AFFIRMED.

It is further ORDERED that costs are taxed against the Plaintiff, R.A.F, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 10th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE